SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MICHAEL G. FREEDMAN (Cal. Bar No. 281279)
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorneys
General Crimes
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0631/3659
    Facsimile: (213) 894-6269
    E-mail:   michael.freedman@usdoj.gov
             katherine.rykken@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-215-PA |
| Plaintiff, | STIPULATION REGARDING EXHIBITS |
| v. | |
| MICHAEL MIRANDO, | Trial Date: April 25, 2017 |
| Defendant. | Trial Time: 8:30 a.m. |
| | Location: Courtroom of the Hon. Percy Anderson |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Michael G. Freedman and Katherine A. Rykken, and defendant MICHAEL MIRANDO, individually and by and through his counsel of record Kevin McDermott, hereby stipulate for the purposes of trial in this case to

the foundation and authenticity of the following documents, records, and summary charts, and that such documents, records, and summary charts may be received in evidence in the trial in this case, subject only to sustained objections for relevancy or under Fed. R. Evid. 403.

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 2 | Images of Holter Device | USA_000001-000004 | X |
| 3 | Datrix Flyer for Holter Device | USA_000646-000647 | X |
| 4 | Datrix 510(K) Premarket Notification Summary | USA_028260-028265 | X |
| 5 | Datrix Invoice to Caird Technology | USA_000690 | X |
| 6 | Datrix Invoice to Lynn Medical | USA_000652-000670 | X |
| 7 | Datrix Invoices to Holter Labs | USA_000703-000708 | X |
| 8 | Summary Chart of Holter Labs Orders from Datrix | USA_029032 | X |
| 9 | Holter Labs Website-FAQs | USA_000218-000219 | X |

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 10 | Holter Labs Website-How to Start | USA_000220 | X |
| 11 | Holter Labs Website-Services | USA_000221 | X |
| 12 | Holter Labs Website-What We Do | USA_000222 | X |
| 13 | Holter Labs Website-Your Benefit | USA_000223 | X |
| 14 | Holter Labs Promotional Materials | USA_001264 | X |
| 15 | Holter Labs Promotional Materials | USA_001265 | X |
| 16 | Holter Labs Promotional Materials | USA_001269 | X |
| 17 | Holter Labs Inventory List | USA_001227-001236 | X |
| 18 | Holter Labs Order Form | USA_001129-001131 | X |
| 21 | Records of Holter Labs Claims Submitted to Blue Shield | USA_001065-001084, USA_001027-001064 | X |

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 23 | Holter Labs, LLC's Answer to the Verified First Amended Complaint | USA_000009-000014 | X |
| 24 | Michael Mirando's Answer to the Verified First Amended Complaint | USA_000116-000120 | X |
| 25 | Defendants Holter Labs, LLC's and Michael Mirando's Motion to Require Plaintiffs to Furnish a Security | USA_000174-000217 | X |
| 26 | Proffer Letter Re: Stanton Crowley, September 17, 2013 | USA_001212-001215 | X |
| 27 | Martha Bennett Patient Medical Records | USA_028272-028275 | X |
| 28 | Holter Order Form for Martha Bennett, 12/3/2012 | USA_001978-001980 | X |
| 29 | Holter Labs Report for Martha Bennett, 12/3/12 | USA_025256-025282 | X |
| 31 | United Health Group Claims File for 12/3/12 Holter Labs Claim for Martha Bennett | USA_001843-001845 | X |

4

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 32 | United Health Group Claims File for 12/4/12 Holter Labs Claim for Martha Bennett | USA_001846-001848 | X |
| 33 | United Health Group Claims File for 12/6/12 Holter Labs Claim for Martha Bennett | USA_001849-001851 | X |
| 34 | United Health Group Claims File for 12/10/12 Holter Labs Claim for Martha Bennett | USA_001852-001854 | X |
| 35 | Checks from United Health Group to Holter Labs | USA_001366-001368 | X |
| 36 | Summary Chart of Claims Submitted by Holter Labs to United Health Group for Martha Bennett | USA_029120 | X |
| 37 | United Health Group Claims Data | USA_002363 | X |
| 41 | John Hattrup Patient Medical Records | USA_001900-001903 | X |
| 42 | Holter Labs Report for John Hattrup, 4/11/2011 | USA_025212-025222 | X |

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 44 | United Health Group Claims File for 4/11/11 Holter Labs Claim for John Hattrup | USA_001826-001830 | X |
| 45 | United Health Group Claims File for 4/12/11 Holter Labs Claim for John Hattrup | USA_001831-001833 | X |
| 46 | United Health Group Claims File for 4/15/11 Holter Labs Claim for John Hattrup | USA_001834-001836 | X |
| 47 | United Health Group Claims File for 4/18/11 Holter Labs Claim for John Hattrup | USA_001840-001842 | X |
| 48 | United Health Group Claims File for 4/21/11 Holter Labs Claim for John Hattrup | USA_001837-001839 | X |
| 49 | Checks from United Health Group to Holter Labs | USA_001448-001451 | X |
| 50 | Summary Chart of Claims Submitted by Holter Labs to United Health Group for John Hattrup | USA_029120 | X |
| // | | | |

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 51 | United Health Group Claims Data | USA_002361-USA_002365 | X |
| 55 | Lisa Solmor Patient Medical Records | USA_002084-002086, USA_002108 | X |
| 56 | Holter Labs Report for Lisa Solmor, 5/28/2013 | USA_025235-025255 | X |
| 58 | Holter Order Form for Lisa Solmor, 5/28/13 | USA_001633 | X |
| 59 | Aetna Claims File for 5/29/2013 Holter Labs Claim for Lisa Solmor | USA_001756-001757 | X |
| 60 | Aetna Claims File for 5/30/2013 Holter Labs Claim for Lisa Solmor | USA_001741-001742 | X |
| 62 | Summary Chart of Claims Submitted by Holter Labs to Aetna for Lisa Solmor | USA_029120 | X |
| 63 | Aetna Claims Data | USA_002153-002155 | X |
| 70 | Holter Labs Report for Stacey Foster, 8/10/2011 | USA_001928-001971 | X |
| // | | | |

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 72 | Holter Order Form for Stacey Foster, 8/10/2011 | USA_001816 | X |
| 73 | Cigna Claims File for 8/10/2011 Holter Labs Claim for Stacey Foster | USA_001815-001818 | X |
| 74 | Cigna Claims File for 8/11/2011 Holter Labs Claim for Stacey Foster | USA_001821-001822 | X |
| 75 | Cigna Claims File for 8/18/2011 Holter Labs Claim for Stacey Foster | USA_001819-001820 | X |
| 76 | Cigna Claims File for 8/24/2011 Holter Labs Claim for Stacey Foster | USA_001823-001825 | X |
| 77 | Summary Chart of Claims Submitted by Holter Labs to Cigna for Stacey Foster | USA_029120 | X |
| 78 | Cigna Claims Data | USA_002211-002213 | X |
| 83 | Michael Mirando DMV record | USA_000361 | X |
| 84 | Summary Chart of All Claims Submitted by Holter Labs | USA_002371 | X |
| // | | | |

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 85 | Summary Chart of Claims for Beneficiaries | USA_001588 | X |
| 86 | Articles of Conversion of Holter Labs, 3/15/2013 | USA_000368-000374 | X |
| 87 | Articles of Organization, 3/15/2012 | USA_000367 | X |
| 88 | Fictitious Business Name Statement for Murrieta Medical Supply, 1/30/07 | USA_001309-001310 | X |
| 89 | Summary Chart of Assets and Bank Accounts | USA_029118 | X |
| 90 | Summary Chart of Flow of Funds | USA_0029119 | X |
| 91 | Summary Chart of Holter Labs Chase Bank Distributions | USA_025521 | X |
| 92 | Summary Chart of Holter Labs Claims to Anthem Since October 2016 | USA_002606-002807 | x |
| 93 | Murrieta Medical Deposit Records | USA_001548-001587 | x |
| 94 | Summary Chart of Indictment Counts | USA_029122-029144 | x |
| // | | | |

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 95 | Summary Chart of Patient Claims | USA_029120 | x |
| 96 | Audi Wilsonville Records | USA_23191-023205 | x |
| 97 | Bank of the West Records | USA_003144-003171 | x |
| 98 | Bank of the West Signature Card for Holter Labs Account | USA_003710-003753 | x |
| 99 | Chase Bank Signature Card for Holter Labs Account | USA_016042 | x |
| 100 | Chase Bank Signature Card for Michael Mirando Accont | USA_006578 | x |
| 101 | Chase Bank Signature Card for Pelagic Properties of Mississippi Account | USA_016777 | x |
| 102 | Chase Bank Signature Card for Pelagic Properties of South Carolina Account | USA_017227 | x |
| 103 | Chicago Title Company of Oregon Escrow Documents for 9324 NW Finzer Ct | USA_004280-004343 | x |
| 104 | Uniform Residential Loan Application | USA_018214-018219 | x |

| Exhibit No. | Description | Bates Range | Stipulation to Authenticity, Foundation, Admissibility |
|---|---|---|---|
| 105 | Vanguard Redemption Checks | USA_023186-023188 | x |
| 106 | Bank of the West Wire Transfers | USA_003825-003828 | x |

IT IS SO STIPULATED

Dated: April 25, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

_/s/_
KATHERINE A. RYKKEN
MICHAEL G. FREEDMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

_/s/_
KEVIN B. MCDERMOTT
Attorney for Defendant
MICHAEL MIRANDO

_/s/_
MICHAEL MIRANDO
Defendant