# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 16-215-PA |
| Date | May 2, 2017 |
| Present: The Honorable | PERCY ANDERSON |
| Interpreter | NOT APPLICABLE |

| V.R. Vallery | Cindy Nirenberg | Michael Freedman; Katherine A. Rykken |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Mirando | | ✔ | ✔ | Kevin B. McDermott | ✔ | | ✔ |

___ Day COURT TRIAL   4th Day JURY TRIAL   ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   ✔ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

___ Witnesses called, sworn and testified.

___ Exhibits identified   ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) ___ rest.

___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

✔ Closing arguments made   ✔ Court instructs jury   ✔ Bailiff sworn

✔ Alternates excused   ✔ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ✔ Jury Verdict as follows:

Dft # ___ ✔ Guilty on count(s) 1 - 15   ___ Not Guilty on count(s)

___ Jury polled   ✔ Polling waived

✔ Filed Witness & Exhibit lists   ✔ Filed Jury notes   ✔ Filed Jury Instructions   ✔ Filed Jury Verdict

✔ Dft # ___ Referred to Probation Office for Investigation & Report and continued to 8/21/17 @ 8:30 a.m. for sentencing.

___ Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to ___ for further trial/further jury deliberation.

___ Other:

                                                                                   2 : 17
Initials of Deputy Clerk   VRV

cc: USM
    PSA
    USPO