# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 16-215-PA | | Title | U.S.A. V. MICHAEL MIRANDO |
|---|---|---|---|---|
| **Judge** | PERCY ANDERSON | | | |
| **Dates of Trial or Hearing** | 4/25/17; 4/26/17; 4/27/17; 4/28/217; 5/2/17 | | | |
| **Court Reporters or Tape No.** | TERRI HOURIGAN; CINDY NIRENBERG | | | |
| **Deputy Clerks** | V.R. VALLERY | | | |

FILED
CLERK, U.S. DISTRICT COURT
May 2, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| MICHAEL FREEDMAN | KEVIN MCDERMOTT, RETAINED |
| KATHERINE A. RYKKEN | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | JOHN HATTRUP - 4/26/17 | GOVT |
| | | | | | | JON BARRON - 4/26/17 | GOVT |
| | | | | | | GREGORY JOY - 4/27/17 | GOVT |
| | | | | | | MARTHA BENNETT - 4/27/17 | GOVT |
| | | | | | | RONALD RICHMOND - 4/27/17 | GOVT |
| | | | | | | SUZANNE DARSOW - 4/27/17 | GOVT |
| | | | | | | STACEY SIXTOS - 4/27/17 | GOVT |
| | | | | | | JEFFREY GLOBUS - 4/27/17 | GOVT |
| | | | | | | LISA SOLMOR - 4/27/17 | GOVT |
| | | | | | | RUBY SIMPKINS - 4/27/17 | GOVT |
| | | | | | | EMILY RUSSELL - 4/27/17 | GOVT |
| | | | | | | ROBYN CONSIGLIO - 4/27/17 | GOVT |
| | | | | | | STANTON CROWLEY - 4/27/17; 4/28/17 | GOVT |
| | | | C | 4/28/17 | | Declaration of Stanton R. Crowley | |
| | | | D | 4/28/17 | | Bankruptcy Petition of Stanton R. Crowley | |
| | | | | | | KATHLEEN KENNEDY - 4/28/17; 5/2/17 | GOVT |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Holter Device | 4/26/17 | 4/26/17 |
| 2 | Images of Holter Device | 4/26/17 | 4/26/17 |
| 3 | Datrix Flyer for Holter Device | 4/26/17 | 4/26/17 |
| 4 | Datrix 510(K) Premarket Notification Summary | 4/26/17 | 4/26/17 |
| 5 | Datrix Invoice to Caird Technology | 4/26/17 | 4/26/17 |
| 6 | Datrix Invoices to Lynn Medical | 4/26/17 | 4/26/17 |
| 7 | Datrix Invoices to Holter Labs | 4/26/17 | 4/26/17 |
| 8 | Summary Chart of Holter Labs Orders from Datrix | 4/25/17 | 4/28/17 |
| 9 | Holter Labs Website-FAQs | | |
| 10 | Holter Labs Website-How to Start | | |
| 11 | Holter Labs Website-Services | 4/28/17 | 4/28/17 |
| 12 | Holter Labs Website-What We Do | | |
| 13 | Holter Labs Website-Your Benefit | | |
| 14 | Holter Labs Promotional Materials | 4/27/17 | 4/27/17 |
| 15 | Holter Labs Promotional Materials | 4/28/17 | 4/28/17 |
| 16 | Holter Labs Promotional Materials | 4/28/17 | 4/28/17 |
| 17 | Holter Labs Inventory List | 4/28/17 | 4/28/17 |
| 18 | Holter Labs Order Form | 4/27/17 | 4/27/17 |
| 19 | Intentionally Blank | | |
| 20 | Email from Stan Crowley to Michael Mirando, 11/30/2012 | 4/28/17 | 4/28/17 |
| 21 | Records of Holter Labs Claims Submitted to Blue Shield | 4/28/17 | 4/28/17 |
| 22 | Intentionally Blank | | |
| 23 | Holter Labs, LLC's Answer to the Verified First Amended Complaint | 4/28/17 | 4/28/17 |
| 24 | Michael Mirando's Answer to the Verified First Amended Complaint | | |
| 25 | Defendants Holter Labs, LLC's and Michael Mirando's Motion to Require Plaintiffs to Furnish a Security | | |
| 26 | Proffer Letter Re: Stanton Crowley, September 17, 2013 | 4/28/17 | 4/28/17 |
| 27 | Martha Bennett Patient Medical Records | 4/27/17 | 4/27/17 |
| 28 | Holter Order Form for Martha Bennett, 12/3/2012 | 4/27/17 | 4/27/17 |
| 29 | Holter Labs Report for Martha Bennett, 12/3/12 | 4/27/17 | 4/27/17 |
| 30 | Custodian Declaration for Order Form and Report (Identification Only) | | |
| 31 | United Health Group Claims File for 12/3/12 Holter Labs Claim for Martha Bennett | 4/27/17 | 4/27/17 |
| 32 | United Health Group Claims File for 12/4/12 Holter Labs Claim for Martha Bennett | 4/27/17 | 4/27/17 |
| 33 | United Health Group Claims File for 12/6/12 Holter Labs Claim for Martha Bennett | 4/27/17 | 4/27/17 |
| 34 | United Health Group Claims File for 12/10/12 Holter Labs Claim for Martha Bennett | 4/27/17 | 4/27/17 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 35 | Checks from United Health Group to Holter Labs | 4/27/17 | 4/27/17 |
| 36 | Summary Chart of Claims Submitted by Holter Labs to United Health Group for Martha Bennett | 4/25/17 | 4/28/17 |
| 37 | United Health Group Claims Data | 4/27/17 | 4/27/17 |
| 38 | Intentionally Blank | | |
| 39 | Intentionally Blank | | |
| 40 | Intentionally Blank | | |
| 41 | John Hattrup Patient Medical Records | 4/27/17 | 4/27/17 |
| 42 | Holter Labs Report for John Hattrup, 4/11/2011 | 4/27/17 | 4/27/17 |
| 43 | Custodian Declaration for Order Form and Report (Identification Only) | | |
| 44 | United Health Group Claims File for 4/11/11 Holter Labs Claim for John Hattrup | 4/27/17 | 4/27/17 |
| 45 | United Health Group Claims File for 4/12/11 Holter Labs Claim for John Hattrup | 4/27/17 | 4/27/17 |
| 46 | United Health Group Claims File for 4/15/11 Holter Labs Claim for John Hattrup | 4/27/17 | 4/27/17 |
| 47 | United Health Group Claims File for 4/18/11 Holter Labs Claim for John Hattrup | 4/27/17 | 4/27/17 |
| 48 | United Health Group Claims File for 4/21/11 Holter Labs Claim for John Hattrup | 4/27/17 | 4/27/17 |
| 49 | Checks from United Health Group to Holter Labs | 4/27/17 | 4/27/17 |
| 50 | Summary Chart of Claims Submitted by Holter Labs to United Health Group for John Hattrup | 4/25/17 | 4/28/17 |
| 51 | United Health Group Claims Data | 4/27/17 | 4/27/17 |
| 52 | Intentionally Blank | | |
| 53 | Intentionally Blank | | |
| 54 | Intentionally Blank | | |
| 55 | Lisa Solmor Patient Medical Records | 4/27/17 | 4/27/17 |
| 56 | Holter Labs Report for Lisa Solmor, 5/28/2013 | 4/27/17 | 4/27/17 |
| 57 | Custodian Declaration for Order Form and Report (Identification Only) | | |
| 58 | Holter Order Form for Lisa Solmor, 5/28/13 | 4/27/17 | 4/27/17 |
| 59 | Aetna Claims File for 5/29/2013 Holter Labs Claim for Lisa Solmor | 4/27/17 | 4/27/17 |
| 60 | Aetna Claims File for 5/30/2013 Holter Labs Claim for Lisa Solmor | 4/27/17 | 4/27/17 |
| 61 | Intentionally Blank | | |
| 62 | Summary Chart of Claims Submitted by Holter Labs to Aetna for Lisa Solmor | 4/25/17 | 4/28/17 |
| 63 | Aetna Claims Data | 4/27/17 | 4/27/17 |
| 64 | Intentionally Blank | | |
| 65 | Intentionally Blank | | |
| 66 | Intentionally Blank | | |
| 67 | Intentionally Blank | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 68 | Intentionally Blank | | |
| 69 | Intentionally Blank | | |
| 70 | Holter Labs Report for Stacey Foster, 8/10/2011 | 4/27/17 | 4/27/17 |
| 71 | Custodian Declaration for Holter Report (Identification Only) | | |
| 72 | Holter Order Form for Stacey Foster, 8/10/2011 | 4/27/17 | 4/27/17 |
| 73 | Cigna Claims File for 8/10/2011 Holter Labs Claim for Stacey Foster | 4/27/17 | 4/27/17 |
| 74 | Cigna Claims File for 8/11/2011 Holter Labs Claim for Stacey Foster | 4/27/17 | 4/27/17 |
| 75 | Cigna Claims File for 8/18/2011 Holter Labs Claim for Stacey Foster | 4/27/17 | 4/27/17 |
| 76 | Cigna Claims File for 8/24/2011 Holter Labs Claim for Stacey Foster | 4/27/17 | 4/27/17 |
| 77 | Summary Chart of Claims Submitted by Holter Labs to Cigna for Stacey Foster | 4/25/17 | 4/28/17 |
| 78 | Cigna Claims Data | 4/27/17 | 4/27/17 |
| 79 | Intentionally Blank | | |
| 80 | Intentionally Blank | | |
| 81 | Intentionally Blank | | |
| 82 | Intentionally Blank | | |
| 83 | Michael Mirando DMV record | | |
| 84 | Summary Chart of All Claims Submitted by Holter Labs | 4/28/17 | 4/28/17 |
| 85 | Summary Chart of Claims for Beneficiaries | | |
| 86 | Articles of Conversion of Holter Labs, 3/15/2013 | | |
| 87 | Articles of Organization, 3/15/2012 | | |
| 88 | Fictitious Business Name Statement for Murrieta Medical Supply, 1/30/07 | | |
| 89 | Summary Chart of Assets and Bank Accounts | 4/28/17 | 4/28/17 |
| 90 | Summary Chart of Flow of Funds | 4/28/17 | 4/28/17 |
| 91 | Summary Chart of Holter Labs Chase Bank Distributions | 4/28/17 | 4/28/17 |
| 92 | Summary Chart of Holter Labs Claims to Anthem Since October 2016 | 4/28/17 | 4/28/17 |
| 93 | Murrieta Medical Deposit Records | | |
| 94 | Summary Chart of Indictment Counts | 4/28/17 | 4/28/17 |
| 95 | Summary Chart of Patient Claims | 4/28/17 | 4/28/17 |
| 96 | Audi Wilsonville Records | | |
| 97 | Bank of the West Records | | |
| 98 | Bank of the West Signature Card for Holter Labs Account | | |
| 99 | Chase Bank Signature Card for Holter Labs Account | | |
| 100 | Chase Bank Signature Card for Michael Mirando Account | | |
| 101 | Chase Bank Signature Card for Pelagic Properties of Mississippi Account | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 102 | Chase Bank Signature Card for Pelagic Properties of South Carolina Account | | |
| 103 | Chicago Title Company of Oregon Escrow Documents for 9324 NW Finzer Ct | | |
| 104 | Uniform Residential Loan Application | | |
| 105 | Vanguard Redemption Checks | | |
| 106 | Bank of the West Wire Transfers | | |