# EXHIBIT B

# EXHIBIT F – Supplemental Illustrations
# US. v. Mirando
# Rebuttal Expert Report Regarding Loss

Prepared by Michael F. Arrigo
marrigo@noworldborders.com
949-335-5580

DATE PREPARED:

OCTOBER 9, 2017

Note: this document is considered an integral part of the Rebuttal Expert Report Regarding Loss, a 132 page document published for filing with the court on October 9, 2017.  This Exhibit F by itself does not represent the full measure of Opinions or methods used.  I specifically reserve the right to amend my opinions if new facts or new testimony from other experts become available to me.

# Topics

- No definitive proof that Device cannot perform medical diagnostic procedures

- FDA data conflicts with Government's report

- Of the fourteen (14) steps involved in determining the veracity of medical claims and billing, coding data, the Government only sheds partial light onto four (4) of those steps.

- Other industry data tends to differ with definitions of 'duplicate'

- Industry standards and statutes mandate that documentation must be reviewed to determine veracity or fraudulent claims

# Government States "Impossible" to perform EEG test using Datrix 512 Due to Frequency

- Government based opinion on interview with one individual
- ONE witness, one page document out of 40,000 to 60,000 pages of material states 'impossible' to perform test based on frequency
- <u>Witness testimony does not coincide with FDA filing data</u>

# What is an FDA form 510(k)?

- A **510(K)** is a premarket submission made to FDA to demonstrate that the device to be marketed is at least as safe and effective, that is, substantially equivalent, to a legally marketed device (21 CFR §807.92(a)(3)) that is not subject to premarket approval.

- Must, among other things state the frequency and bandwidth of the device

# Datrix 512 Uses Same Frequency as FDA Approved Device for EEGs

- Findings: Datrix 512 uses same frequency for ECG as other devices that do EEG



Sample rate: 128 to 512 per channel/sec. programmable

Bandwidth: 0.05Hz to 50 Hz

Sample rate: 256 (in range between the 128 and 512 of Datrix)

Bandwidth: 0.0Hz to 50 Hz

# Datrix 512 Uses Same Frequency as FDA Approved Device for EEGs

- Findings: Datrix 512 uses same frequency for ECG as other devices that do EEG



Sample rate: 128 to 512 per channel/sec. programmable

Bandwidth: 0.05Hz to 50 Hz

Sample rate: 256 (in range between the 128 and 512 of Datrix)

Bandwidth: 0.0Hz to 50 Hz

U.S. v Mirando - Arrigo Rebuttal Expert Report Regarding Loss

6

# To Establish the Government's Case that there is Fraud, a Complete Review would be Required

- Treatment
- Payment
- Health Care Operations

https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/disclosures-treatment-payment-health-care-operations/index.html

# HIPAA Definition at 45 CFR 164.501.

- "Treatment" generally means the provision, coordination, or management of health care and related services among health care providers or by a health care provider with a third party, consultation between health care providers regarding a patient, or the referral of a patient from one health care provider to another.

# 42 CFR 405.902 - Definitions.

- *Clean claim* means a claim that has <span style="color:red">no defect</span> or impropriety (<span style="color:red">including any lack of required substantiating documentation</span>) or particular circumstance requiring special treatment that prevents timely  payment from being made on the claim under title XVIII within the time periods specified in sections 1816(c) and 1842(c) of the  Act.

American Medical Association:

Fourteen (14) step process to get paid for providing medical services



Relevance?

**ALL** of this information is necessary to determine veracity of a claim

Source: American Medical Association, "Prepare that Claim, taking an active approach to the claims management cycle"

**Why is this relevant from a fraud perspective?**

1. Verify that the identity of the patient

2. Verify that provider intended to render services and bill insurance

3. Verify that the patient appeared for treatment

4. Documentation of the service is what insurance companies use to verify the validity of a claim

5. Assignment of codes indicates which specific services were provided



## Provided by the Government?

Step 1: **no**

Step 2: **no**

Step 3: **no**

Step 4: **no**

Step 5: **no**

Step 6: **no**

Step 7: **no**

Step 8: **no**

Step 9: **partial**

Step 10: **no**

Step 11: **partial**

Step 12: **no**

Step 13: **partial**

Step 14: **partial**

(4 appeals were available out of 31,471 claims)

Source: American Medical Association, "Prepare that Claim, taking an active approach to the claims management cycle"

Why is this relevant from a fraud perspective?

6. Verify that the provider collected from patient for services

7. Verify that correct codes were used that accurately reflect the diagnosis and procedures; essential for determining medical necessity in any audit

8. Verify post delivery of services that the benefit coverage is there and that billing has correct data

9. Verify that the claim was generated and basis for pricing information from the bill

10. Verify claim for completeness and accuracy before submission



## Provided by the Government?

Step 1: **no**

Step 2: **no**

Step 3: **no**

Step 4: **no**

Step 5: **no**

Step 6: **no**

Step 7: **no**

Step 8: **no**

Step 9: **partial**

Step 10: **no**

Step 11: **partial**

Step 12: **no**

Step 13: **partial**

Step 14: **partial**

(4 appeals were available

out of 31,471 claims)

Source: American Medical Association, "Prepare that Claim, taking an active approach to the claims management cycle"

Why is this relevant from a fraud perspective?

11. Verify that the claim was paid via Explanation of Benefits (EOB) including exact services provided, patient diagnosis, date of service.

12. Verify claim receipt either manually or electronically (if not received, cannot be a valid claim)

13. Verify that the claim was paid

14. Verify the appeal process, if any and results of the appeal.



## Provided by the Government?

Step 1: **no**

Step 2: **no**

Step 3: **no**

Step 4: **no**

Step 5: **no**

Step 6: **no**

Step 7: **no**

Step 8: **no**

Step 9: **partial**

Step 10: **no**

Step 11: **partial**

Step 12: **no**

Step 13: **partial**

Step 14: **partial**

(4 appeals were available

out of 31,471 claims)

Source: American Medical Association, "Prepare that Claim, taking an active approach to the claims management cycle"

In the absence of the 14 complete steps, I was left to assess the Government's methods using only <u>partial information</u> for Steps 9, 11, 13, 14



Billing
Step 9: Claim generation

Health insurer
Step 11: Claims processing, adjudication and payment

Step 13: Posting of health insurer payment
Step 14: Claim appeal

Services paid in full

<u>Provided by the Government?</u>

Step 1: **no**

Step 2: **no**

Step 3: **no**

Step 4: **no**

Step 5: **no**

Step 6: **no**

Step 7: **no**

Step 8: **no**

Step 9: **partial**

Step 10: **no**

Step 11: **partial**

Step 12: **no**

Step 13: **partial**

Step 14: **partial**

(4 appeals were available

out of 31,471 claims)

Copyright 2008–2012 American Medical Association. All rights reserved.          10

# United States v. Siddiqi, 959 F.2d 1167 (2nd Cir. 1992).

- A New York physician was recently acquitted on 72 counts in a case in which no one -- including the government -- knew exactly what medical service a particular billing code covered, thus supporting the defendant's contention that he believed his claims were proper and that he did not *knowingly and willfully* submit false claims.

https://www.nacdl.org/CHAMPION/ARTICLES/94sep01.htm

# *United States v. Kline*

- the court held that it was improper to instruct the jury on the government's aiding and abetting theory under 18 U.S.C. 2, and reversed the defendant's convictions.
- The defendant was charged with violating the False Claims Act by making and submitting fraudulent claims, but the government was unable to prove that it was the defendant who prepared and submitted the claims.
- To cure this evidentiary defect, the prosecution tendered and the court gave an instruction that the defendant could be convicted for aiding another employee in submitting the false claims. However, that employee testified that she probably made a mistake in submitting the claims, which she said was easy to do given the complex billing codes.
- The aiding and abetting statute, 18 U.S.C. 2, has two parts, the court held. The first requires the existence of a principal who was aided by the defendant; here, the court said, there is no evidence of a principal. The second part of 18 U.S.C. 2 punishes a defendant who causes a criminal act to be done by another; however, the indictment only charged that the defendant "made and presented" the false claims, and the Court held that the government was, therefore, not entitled to the instruction.

https://www.nacdl.org/CHAMPION/ARTICLES/94sep01.htm

# May 13, 2015 Email from Crowley to his Attorney

Better yet before Holter labs started Mike worked for INTEL and knew NOTHING of the cardiac monitoring business yet Stan has worked in this business his entire life, so obviously Stan brought Mike into this field of business.

* "Mike" is Mr. Michael Mirando in the email above

Is it possible
Records were
altered by Jim
Cast?

**From:** Michael Mirando [mailto:mike@holterlabs.com]
**Sent:** Thursday, November 1, 2012 11:41 AM
**To:** Joseph M. Preis <jpreis@gaplegal.com>
**Cc:** mike@holterlabs.com
**Subject:** Jim Cast Website Hacking

Hey,

I just called Blue Shield of CA they said that the account was altered on 10/18/2012... I have not
logged into this site in over six months so I know that it was him as Stan does not ever log into
this account... I captured a screen shot of what I saw on my screen; see attached...

**E-Mail Used:** holterlabsllc@gmail.com (This is the e-mail that Jim Cast created as I do not own
this e-mail address nor does Stan)

**Security Question:** Fathers Middle Name: Dale (I believe that his father's middle name)

Hope this helps... Computer Crime...? Gaining access on a false pretenses being he is not part of
the company...?

I have since changed all of the other information so that he will not be able to access this again...

Thanks,

Michael Mirando

**From:** Michael Mirando [mailto:mike@holterlabs.com]
**Sent:** Tuesday, February 12, 2013 10:26 AM
**To:** Joseph M. Preis <jpreis@gaplegal.com>
**Cc:** mike@holterlabs.com
**Subject:** Jim Cast Illegal Logon

Joe,

See attached… Jim Cast illegally created an account on "NaviNet" as site that allows users to view private data as it pertains to Health Care claims… He has now Hacked in to Blue Cross\Blue Shield and NaviNet posing as an owner of Holter Labs… You can under "Security Officer" that its states "Yes"… His account is now terminated… The staff sent me this screen shot per my request…

Hope this helps…

Thanks,

Michael Mirando
Holter Labs, LLC
--------------
Phone: 888-821-4667
E-Mail: mike@holterlabs.com
Web: www.HolterLabs.com





# Government's Case

- Limited statistical sampling of < 10 patients and extrapolation to thousands of claims
- Lack of notice of guidelines by Medicare led to **no audits**
- Lack of notice of guidelines by private insurance led to **no audits**
- Arguing presumptions that favor the Government using health plan policies (Aetna) designed to unreasonably deny claims, paid by others, and
- Government ignores that Offsetting any alleged overpayment with the existence of underpayments or non payments

Government's Patient Interviews Are Limited in Sample Size

- There are over 3,351 Aetna claims line items in Government's data produced
- There are six patient interviews and <span style="color:red">two (2)</span> are related to Aetna with supporting detail
- Only six patients were interviewed
  - Belen Perazzo
  - Bennett
  - Hattrup
  - Lisa Meza – <span style="color:red">Aetna (not mentioned in Governments' summary of Evidence)</span>
  - Lisa Solmor - <span style="color:red">Aetna</span>
  - Maria Landis
  - Foster – "appears to be valid," not paid

> Based on my knowledge training, education and experience and prior expert work for IDTFs, it is my opinion that Aetna has a history of denying claims that other insurance pays for ECG and EEG using "experimental" reason for denial

# Aetna Policy Assumes Some Claims are Duplicated



- Correct rejected claims and **resubmit** electronically.

- Avoid the additional cost of **submitting duplicate** claims by using the Claim Status Inquiry to **check the status** of claims prior to resubmitting.

- Attachments aren't necessary. We'll contact you if we need additional documentation.

Source: Aetna 23.03.892.1 B (5/13)

# Aetna Policy Assumes No Documentation to Support Claim is Necessary, UNLESS there is an audit



- "Attachments aren't necessary. We'll contact you if we need additional documentation. "

Source: Aetna 23.03.892.1 B (5/13)

# What Happened in Holter Labs Case?

- Duplicate claims were submitted
  - Unknown by who
  - Unknown for what reason
  - Only one claim was paid
- NO audits were performed
- NO determinations were made

Unclear if Duplicates were intentional fraud or claim status checks that led to unintentional redundancy

Government's Patient Interviews Do Not Conclusively Demonstrate Fraud Because Patient's Recollection May be Inaccurate, or documentation in interview may not completely address factual basis for coding and billing

- Patients were interviewed up to four (4) years after treatment
- Is there certainty that these patients remembered exactly what services were provided to them?

- Example:
  - Patient xx states "only had ECG one time"
  - Does "one time" mean one day or one episode spanning multiple days?
- Single day vs. episode is important because it establishes:
  - Whether a service was provided for and billed on a single day
  - Whether a service was provided for multiple days (>24 hour period)

# Independent Diagnostic Testing Facility (IDTF) Filings

14164023100305 14164 P000

Tracking ID: T060320140000969
Date: 06/09/2014



CENTERS FOR MEDICARE & MEDICAID SERVICES

**Authorized Official Certification Statement for Clinics and Group Practices**

These are additional requirements that the supplier must meet and maintain to bill the Medicare program. By signing, the supplier is attesting to have read the requirements and understanding them.

By his/her signature(s), the authorized official named below agrees to adhere to the following requirements stated in this Certification Statement:

1) I authorize the Medicare contractor to verify the information contained herein. I agree to notify the Medicare contractor of any future change to the information contained in this application in accordance with provisions found at 42 CFR 424.516. I understand that any change in business structure of this supplier may require the submission of a new application.

2) I have read and understand the Penalties for Falsifying Information as printed in this application. I understand that any deliberate omission, misrepresentation, or falsification of any information contained in this application or contained in any communication supplying information to Medicare, or any deliberate alteration of text on this application form, may be punished by criminal, civil, or administrative penalties including, but not limited to, the denial or revocation of Medicare identification number(s), and/or the imposition of fines, civil damages, and/or imprisonment.

3) I agree to abide by the Medicare laws, regulations and program instructions that apply to this supplier. The Medicare laws, regulations and program instructions are available through the Medicare contractor. I understand that payment of a claim by Medicare is conditioned upon the claim and the underlying transaction complying with such laws, regulations and program instructions (including, but not limited to, the Federal anti-kickback statute and the Stark Law), and on the supplier's compliance with all applicable conditions of participation in Medicare.

4) Neither this supplier, nor any 5 percent or greater owner, partner, officer, director, managing employee, authorized official, or delegated official is currently sanctioned, suspended, debarred, or excluded by the Medicare or State Health Care Program, e.g., Medicaid program, or any other Federal program, or is otherwise prohibited from supplying services to Medicare or other Federal program beneficiaries.

5) I agree that any existing or future overpayment made to the supplier by the Medicare program may be recouped by Medicare through the withholding of future payments.

6) I will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare, and I will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity.

7) I authorize any national accrediting body whose standards are recognized by the Secretary as meeting the Medicare program participation requirements, to release to any authorized representative, employee, or agent of the CMS, a copy of my most recent accreditation survey, together with any information related to the survey that CMS may require (including corrective action plans).

Reference: CMS-855B (07/11)
Form Approved OMB NO. 0938-0685

Authorized Official Certification Statement
for Clinics and Group Practices
Page 3 of 4

---

14164023100305 14164 P009

## PART V: AUTHORIZATION

I hereby authorize the Centers for Medicare & Medicaid Services (CMS) to initiate credit entries, and in accordance with 31 CFR part 210.6(f) initiate adjustments for any credit entries made in error to the account indicated above. I hereby authorize the financial institution/bank named above to credit and/or debit the same to such account. CMS may assign its rights and obligations under this agreement to CMS' designated fee-for-service contractor. CMS may change its designated contractor at CMS' discretion.

If payment is being made to an account controlled by a Chain Home Office, the Provider of Services hereby acknowledges that payment to the Chain Office under these circumstances is still considered payment to the Provider, and the Provider authorizes the forwarding of Medicare payments to the Chain Home Office.

If the account is drawn in the Physician's or Individual Practitioner's Name, or the Legal Business Name of the Provider/ Supplier, the said Provider or Supplier certifies that he/she has sole control of the account referenced above, and certifies that all arrangements between the Financial Institution and the said Provider or Supplier are in accordance with all applicable Medicare regulations and instructions.

This authorization agreement is effective as of the signature date below and is to remain in full force and effect until CMS has received written notification from me of its termination in such time and such manner as to afford CMS and the Financial Institution a reasonable opportunity to act on it. CMS will continue to send the direct deposit to the Financial Institution indicated above until notified by me that I wish to change the Financial Institution receiving the direct deposit. If my Financial Institution information changes, I agree to submit to CMS an updated EFT Authorization Agreement.

### SIGNATURE LINE

| Authorized/Delegated Official Name (Print) | Authorized/Delegated Official Telephone Number |
|---|---|
| MICHAEL MIRANDO | 888-821-4667 |
| Authorized/Delegated Official Title | Authorized/Delegated Official E-mail Address |
| OWNER | MIKE @ HOLTERLABS.COM |
| Authorized/Delegated Official Signature (Note: Must be original signature in black or blue ink.) | Date |
| | 6/9/2014 |

#### PRIVACY ACT ADVISORY STATEMENT

Sections 1842, 1862(b) and 1874 of title XVIII of the Social Security Act authorize the collection of this information. The purpose of collecting this information is to authorize electronic funds transfers.

Per 42 CFR 424.510(e)(1), providers and suppliers are required to receive electronic funds transfer (EFT) at the time of enrollment, revalidation, change of Medicare contractors or submission of an enrollment change request; and (2) submit the CMS-588 form to receive Medicare payment via electronic funds transfer.

The information collected will be entered into system No. 09-70-0501, titled "Carrier Medicare Claims Records," and No. 09-70-0503, titled "Intermediary Medicare Claims Records" published in the Federal Register Privacy Act Issuances, 1991 Comp.Vol. 1, pages 419 and 424, or as updated and republished. Disclosures of information from this system can be found in this notice.

You should be aware that P.L. 100-503, the Computer Matching and Privacy Protection Act of 1988, permits the government, under certain circumstances, to verify the information you provide by way of computer matches.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0685. The time required to complete this information collection is estimated at 6 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.
DO NOT MAIL YOUR APPLICATION TO THIS ADDRESS.
MAILING YOUR APPLICATION TO THIS ADDRESS WILL SIGNIFICANTLY DELAY PROCESSING.

FORM CMS-588 (05/10)

USA_025536

All supervising physician(s) rendering supervisory services for this IDTF must sign and date this section. All signatures must be original.

1. I hereby acknowledge that I have agreed to provide (IDTF Name) **Holter Labs** with the identified Supervisory Physician services for all CPT-4 and HCPCS codes reported in the submitted enrollment application associated to the above Tracking ID. (See section 2 of this document if all reported CPT-4 and HCPCS codes do not apply). I also hereby certify that I have the required proficiency in the performance and interpretation of each type of diagnostic procedure, as reported by CPT-4 or HCPCS code in the submitted enrollment application associated to the above Tracking ID (except for those CPT-4 or HCPCS codes identified in section 2 of this document). I have read and understand the Penalties for Falsifying Information as printed in the submitted application. I am aware that falsifying information may result in fines and/or imprisonment. If I undertake supervisory responsibility at any additional IDTFs, I understand that it is my responsibility to notify this IDTF at that time.

2. I am not acting as a supervising physician for the following CPT-4 and/or HCPCS codes reported in this Attachment.

| CPT-4 or HCPCS Code | CPT-4 or HCPCS Code | CPT-4 or HCPCS Code |
|---|---|---|
| 93226 | | |
| 93025 | | |
| 93278 | | |
| | | |
| | | |

Supervising Physician:
Sudesh  Kedar
(803) 285-2225

SIGNAL SIGNATURE

Signature of Supervising Physician   Arrigo Rebuttal                Date Signed (mm/dd/yyyy)

6/10/2014



PO BOX 100190 | COLUMBIA, SC 29202-3190 | PALMETTOGBA.COM | ISO 9001

PALMETTO GBA.
A CELERIAN GROUP COMPANY

December 31, 2014

CTI
Attn: James Brown
684 W Shiloh Unity Rd
Lancaster SC 29720

DCN: 14314C22100006

Mr Brown:

Your application requesting an update to your Independent Diagnostic Testing Facility (IDTF)
number has been processed.  The following information has been added to your IDTF number
Q474630001:

CPT code(s) 93229 and 93271

Effective date of change: 01/01/2014

The Provider Education Information Packet and the Medicare Physician Fee Schedule are
available at our website at: www.palmettogba.com.  This information is available to help in
understanding Medicare issues that can affect you and your Medicare patients.

If you have any future changes to your IDTF, you must notify us within 90 days of the effective
date of the change, using an CMS-855B application.

Litigation Consulting Expert Report Regarding Loss

**From:** Jim Brown [jim@cairdtech.com]
**Sent:** Monday, August 04, 2014 10:00 AM
**To:** MARTIN A SMITH; Michael Mirando
**Subject:** Re: DCN 14164023100305 Medicare Enrollment Application ADR

Andy,

I reviewed the document you sent and I believe a certified Internal Medicine Doctor should be able to be our supervising physician.
These are the CPT Codes we would be billing.

93226 - cardio or internal

93025 - cardio

95921 - electrodiagnostic medicine or neurophysiology

95806 - not a covered code for IDTF

93271 - cardio or internal


I want to make sure this is correct before we make an agreement with our physician.
Please let me know if this is correct.

Thanks,

Jim

U.S. v Mirando - Arrigo Rebuttal Expert Report Regarding Loss



# Government's Case Does not Address Modalities for ECGs

Long-Term ECG Monitoring is defined as a diagnostic procedure, which can provide continuous recording capabilities of ECG activities of the patient's heart while the patient is engaged in daily activities. **These can include continuous, patient-demand or auto-detection devices.** The purpose of these tests is to provide information about rhythm disturbances and waveform abnormalities and to note the frequency of their occurrence.

https://www.unitedhealthcareonline.com/ccmcontent/ProviderII/UHC/en-US/Main%20Menu/Tools%20&%20Resources/Policies%20and%20Protocols/Medicare%20Advantage%20Policy%20Guidelines/External_Electrocardiographic_Recording.pdf

- Arrigo Rebuttal Expert Report Regarding Loss

34