# EXHIBIT C

not for publication in any form other than litigation consulting with permission when retained

# Michael F. Arrigo

marrigo@noworldborders.com +1949-633-5664

*Offices in Boston, Pittsburgh, New York, Washington DC, Nashville, Raleigh, Atlanta, Miami Seattle, Salt Lake City, Denver, St. Louis, Chicago, Dallas, San Francisco, Palo Alto, Orange County, San Diego, Honolulu*

## Education



- **Harvard Law School**, Cambridge MA - Studies in Bio Ethics the study of ethical, legal, technological and social issues in biology and medicine including genetic testing[i]

- **Stanford Medical School, Palo Alto CA -** Studies in Biomedical Informatics and mobile health [ii]

- **University of Southern California, Marshall School of Business, Los Angeles –** Bachelor of Science, Business Administration, 1981; studied in Entrepreneur Program which focuses on the management, marketing and finance of startups, first of its kind U.S.

- **Clinical documentation, medical coding, billing reimbursement, HIPAA transactions, value based care, risk adjustment** (*see* Attachments in this CV).

## Professional Affiliations

- Medical Group Management Association (MGMA)
- Health Information Management Systems Society (HIMSS)
- American Academy of Professional Coders (AAPC)
- American Health Information Management Association (AHIMA)
- American Academy of Pain Medicine (AAPM)
- Workgroup for Electronic Data Interchange (WEDI)
- Association for Clinical Documentation Improvement Specialists (ACDIS)

- American Society for Clinical Pathology (ASCP)
- Information Systems Audit and Control Association (ISACA)
- Volunteer, Children's Hospital Medical innovation committee
- Guest lecturer, Contributor, Strategic Financial Management Newsletter, Healthcare Financial Management Association;
- Prior contributor, Healthcare IT News, GovHealth IT, Mobile Health News, Financial Health News

## Additional Coursework and Training

- **Villanova University** – Lean Six Sigma and Process improvement 2007

- **Wharton School, University of Pennsylvania –** Leadership Strategies - 1982

- **University of Calif., Irvine –** Computer Science, Statistics, Economics '76 – '78

not for publication in any form other than litigation consulting with permission when retained

## Legal Experience *(See Separate Document for List of Cases & Opinions)*

1. Retained by **U.S. DOJ** re: Federal investigation into medical data, Health IT / E.H.R. stimulus funds, False Claims Act estimated value of $900 million;
2. Certified as expert by Judge Ambler in hearing re: medical billing, coding and loss / damages calculations
3. Presentations before **FBI**, Department of Justice, and U.S. HHS **Office of Inspector General** involving federal investigation under the False Claims Act.
4. Retained by former RAND Economists and Health IT firm for testimony before **Federal Trade Commission** involving anti-trust, access to clinical data impacting billing & revenue cycle.
5. Retained in five white collar crime cases, alleged fraud valued at over $5 million each
6. Federal, State, written testimony in expert reports, depositions, and court appearances re: **ACA**, **HIPAA**, medical coding and billing, usual customary and reasonable cost of care, Medicaid Expansion, Medicaid waivers for disabled insureds, and ACA Qualified Health Plans, ERISA / Taft-Hartley Trusts, subsidies, rates and actuarial value.
7. Engaged by plaintiffs, class action attorneys, relators, defendants with experience across payors (including Medicare, Medicaid, social security, workers' compensation, private insurance / health plans, ERISA / Taft-Hartley plans), providers (including hospital systems, physician groups, FQHCs, ASCs, IDTFs), patients, healthcare IT, (*see* Attachments for experience in various medical specialties).
8. User of eDiscovery tools such as *Relativity* for document discovery work, structured methods to review large case files with over 50,000 pages in complex litigation.

## Industry Awards and Recognition

*Arrigo, M. F. 2016 Nominee, Best Legal Blogs of 2016 for healthcare industry sector, No World Borders, Inc.*



## Publications & Lectures

*Arrigo, M. F. (2016) Strategic Financial Management for Healthcare Providers: Clinical Documentation Improvement and Accuracy as a Foundation Value Based Care. Peer review, review by clinical and business executives at Baptist Health, a large academic medical center. Healthcare Financial Management (HFMA). Published August 17, 2016* https://www.hfma.org/sfp/

*Arrigo, M. F. (2015) Mobile Health, HIPAA Privacy and Security Blackberry Sharpens Security with Good Technology Acquisition. Gov. Health IT*

not for publication in any form other than litigation consulting with permission when retained

*http://www.govhealthit.com/blog/commentaryblackberry-sharpens-security-good-technology-acquisition*

Arrigo, M. F. (2015) *Five Interest-Piquing Trends at HIMSS15.  Gov. Health IT*
*http://www.govhealthit.com/news/5-interest-piquing-trends-himss15*

Arrigo, M. F. (2014) *Cloud and Mobile Convergence: The Regulatory View.  Gov. Health IT*
*http://www.govhealthit.com/blog/cloud-and-mobile-convergence-regulatory-view*

Arrigo, M.F. (2014) *HIPAA Plain and Simple / HIPAA for Behavioral Health – Credible Behavioral Health E.H.R. Software Users Conference, Baltimore Maryland (18 March 2014)*

Arrigo, M.F. (2014) *DSM 5 and ICD-10 – Credible Behavioral Health E.H.R. Software Users Conference, Baltimore Maryland (18 March 2014)*

Arrigo, M.F. (2014) *Managed Care and Accountable Care for Behavioral Health – Credible Behavioral Health E.H.R. Software Users Conference, Baltimore Maryland (18 March 2014)*

Arrigo, M. F. (2011) *ICD-10 financial impact vs. mortgage crisis? Gov. Health IT*
*http://www.govhealthit.com/news/could-icd-10-have-big-financial-impact-mortgage-crisis*

Arrigo, M. F. (2012) *How a Flaw in the ACO Model Leaves Patients Out.  Gov. Health IT*
http://www.govhealthit.com/news/how-flaw-aco-model-leaves-patients-out

Arrigo, M. F. (2012) *10 ICD-10 Regulation Myths Demystified.  Gov. Health IT*
*http://www.govhealthit.com/news/10-icd-10-regulations-demystified*

Arrigo, M. F. (2012) *Real-time location, mobile health gain traction. Gov. Health IT*
*http://www.govhealthit.com/news/real-time-location-and-mobile-health-solutions-gain-traction-show-roi*

Arrigo, M. F. (2013) *3 Top Priorities for CommonWell.  Gov. Health IT*
*http://www.govhealthit.com/news/3-top-priorities-commonwell*

Arrigo, M. F. (2013) *Commentary: ICD-10 Arrives Early, New Claims Form.  Gov. Health IT*

2

not for publication in any form other than litigation consulting with permission when retained

*http://www.govhealthit.com/news/commentary-icd-10-arrives-early-claims-CMS-coding-HIPAA-icd-9*

*Arrigo, M. F. (2014) Increased Spending - Big Data, Cloud, mHealth Social.  Gov. Health IT*
*http://www.govhealthit.com/blog/increased-spending-and-savings-tap-big-data-cloud-mhealth-and-social*

*Arrigo, M. F. (2014) Ebola: How cloud, mHealth, and ICD-10 could help.  mHealth News*
*http://www.mhealthnews.com/blog/ebola-how-cloud-mhealth-and-icd-10-could-help*

*Arrigo, M. F. (2014) How Cloud and mHealth Ease Claims Processing (also coverage of Prior*
*Authorization / eligibility HIPAA EDI 270/271, referral EDI 278 transaction.  Gov. Health IT*
*http://www.govhealthit.com/news/how-cloud-and-mhealth-promise-ease-claims-processing*

*Arrigo, M. F. (2014) How to Get Behavioral Health Codes Right.  Gov. Health IT*
*http://www.govhealthit.com/blog/how-get-your-behavioral-health-codes-right*

**Lectures, Adjunct Faculty, Conference Speaking Engagements**

- Arrigo, M. (Speaker) (2015, November 2015) **Medical Device Reimbursement, FDA, FCC and CMS regulatory disruption and opportunities under the Affordable Care Act, ICD-10 and HITECH Act.**  BioMed Device and Wireless Device Conference, San Jose California

- Arrigo, M. (Speaker) (2015, September 2015). **Meaningful Use of Electronic Health Records, HIPAA Privacy and Security and potential damages for breaches under the HITECH Act as a foundation for the International Classification of Diseases from the World Health Organization (ICD-10)** – Discussion of risks and opportunities in these two regulations; discrete data, quality measures, medical codes: clinical Documentation, clinical decision support, physician and patient engagement, HIPAA Privacy and Security and revenue cycle.  Wolters Kluwer Corporate event presented to audience of over 1,800 participants.

- Arrigo, M. and Nichols J. MD - (Speakers) (2013, November). Claims Data, Clinical Data – Working together to Improve Clinical Documentation for **International Classification of**

3

not for publication in any form other than litigation consulting with permission when retained

**Diseases from the World Health Organization (ICD-10)**. **Workgroup for Electronic Data Interchange (WEDI)** National Conference.

- Arrigo, M. (Speaker) (2012, April 14). **The Perfect Storm in Healthcare - How Disruptive Regulations and Technologies Create Risks and Opportunities** for Medical Coding and Revenue Cycle Management. Affordable Care Act, ICD-10, CORE Operating Rules, and HITECH Act. American Academy of Professional Coders (AAPC) National Conference. Lecture conducted from Las Vegas, NV. http://news.aapc.com/icd-10-monitor-wish-i-were-in-las-vegas/

- Arrigo, M. (Speaker) (2012, June 14). **ICD-10: Impact on Payment Reform**. **Wisconsin Medical Society**. Lecture conducted from Madison, Wisconsin. http://bit.ly/16acIDy

- Arrigo, M. (Speaker) (2013, April 23). **The Perfect Storm in Healthcare** - How Disruptive Regulations and Technologies Create Risks and Opportunities for Medical Coding and Revenue Cycle Management. Affordable Care Act, ICD-10, CORE Operating Rules, and HITECH Act. **Scripps Healthcare Summit 2013. Lecture conducted from La Jolla, San Diego California**.

- Arrigo, M. (Speaker) (2012, May). How **ICD-10 and Payment Reform Will Change the Radiology Revenue Cycle**. **Radiology Business Management Association (RBMA), Orlando Florida.**

- Arrigo, M. (Speaker) (1994 - 1995). **Impact of the Internet on medical and financial businesses**, **Loyola University, Los Angeles CA**

- Arrigo, M. (Speaker) (1994 - 1995). **Impact of the Internet on medical and financial businesses**, **University of California, Irvine CA**

2010 to present **Instructor, HIPAA Privacy and Security, HITECH Act Electronic Health Records, value based care, medical coding and billing audits, Affordable Care Act,** Best practices in HIPAA and HITECH Act Information Privacy and Security[1] and Meaningful Use, Best practices Health IT, process improvement, eligibility and coverage determinations for value based care[2]  Recent courses included instruction at these venues:

- American Health Information Management Association 2016, Baltimore, MD
- JP Morgan Healthcare Conference 2015, San Francisco, CA
- Wolters Kluwer 2015 webcast

---

[1] Trained by published author in HIPAA privacy and security and advisor to CMS, HHS on Meaningful use of Electronic Health Records, currently lead training sessions for HIPAA covered entities

[2] Lead training for pharmacists, hospitals, physicians, health IT value based care firms

not for publication in any form other than litigation consulting with permission when retained

- Duke Life Health System 2013, Pittsburgh, PA
- HIMSS 2014
- AAPC Annual Conference 2012, Las Vegas

## Non- Litigation Consulting in Healthcare, Software, Financial Services

<u>2007 to Present</u> **- No World Borders** – I lead a healthcare data, regulatory, and economic consulting firm as Managing Partner**.**  Our business provides advisory services on disruptive health care regulations for hospitals, insurance companies, self-insured employers, and health IT companies and investors.

### Summary of Accomplishments and Experience

I work with hospital systems, physician groups, and health IT companies, health plans, investors, and law firms. I was selected as an expert for a landmark Federal Trade Commission case regarding healthcare data, regulations and economics.  I currently serve as managing partner of No World Borders.  I am:

- A writer and speaker quoted in Wall Street Journal, and a regular speaker with published works as an expert in the field.

- Prepared by leading litigation firm in Rule 702 including applying scientific or specialized knowledge Federal rules (702(a)); facts (702(b)); application of principles and methods (702(c)); application of criteria, principles, methodology, test methods (amended in *Daubert*, 2000 - (702(d)) before FTC Commissioner.

- An advisor to value based care companies including Medicare Advantage, Medicare Shared Savings Accountable Care Organizations.

- Led investor diligence on over $7 billion in health care merger and acquisition transactions.

- Trained in clinician, coder, medical billing, claims, E.H.R, hospital and practice management software, regulatory, usual, customary and reasonable (UCR) medical and prescription charges. Application of Inpatient Prospective Payment System (IPPS), Outpatient Prospective Payment System (OPPS), Medicare Physician Fee Schedules (MPFS) Part A, Part B, Physician Fee Schedules, U.S. standard wage indices, geographic adjustment factors (GAFs), market charges comparisons, where no collateral source rule is at issue, market reimbursement by health, auto, liability payors.

not for publication in any form other than litigation consulting with permission when retained

- Opinions on over $2 billion in medical reimbursements for inpatient facilities (inpatient prospective payment system or IPPS and DRGs, ICD-9) and ambulatory (non-facility using CPT codes)

not for publication in any form other than litigation consulting with permission when retained

## Regulatory Consulting for Health Care Provider and Healthcare I.T. Firms

I competed for, won and led these among other account engagements where large global firms were also bidding on the business:

- **Duke Life Point Academic Medical Ctr Pittsburgh -** *ACO, ICD-10, Revenue Cycle Strategy; HCC risk adjustment for Medicare Advantage.  Evaluate over $1 billion in health care claims for risk adjustment, audit quality using RADV methods, clinical documentation coding quality.  Evaluate Meaningful Use compliance risk with respect to storage and security of discrete data from medical records, data conversion strategies, analytics strategies.*

- **Advisory to E.H.R., Accountable Care Organizations, practice management IT companies -** *manage a team that has advised over 100 companies on Meaningful Use, Medicare Advantage, ACA, ICD-10 regulations. Ambulatory, acute care – MU1, MU2, DSM-5, CPT, ICD-9, ICD-10, clinical documentation, HIPAA, Clinical Quality Measures, CA Civil Code §56;*

- **Nemours Children's Hospital, Orlando Florida** *Meaningful Use of Electronic Health Records, HIPAA transactions for claims processing, HIPAA secure clinical and physical plant data interoperability strategy of clinical and health care claims data using enterprise web services solutions.  Sharing of data in emergencies between clinical staff and security to protect pediatric patients.*

- **Credible, Inc. a leading behavioral health electronic health record software vendor** Advise regarding compliance with HIPAA Privacy and Security in general and specific privacy and security rules for the Behavioral Health specialty, International Classification of Diseases version 10 versus Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM 5), Accountable Care Organizations and Managed Care for Behavioral Health.

## Regulatory Consulting for Health Plan, Self-Insured Employer Regulations

I competed for, won and led these among other account engagements where large global firms were also bidding on the business:

- **Excellus Blue Cross Blue Shield** – Rochester New York.  Lead consulting engagement to remediate health plan enrollment process and TriZetto Facets Claims system.  Rescue project from off-budget, off plan and restore to on time on budget.

- **Blue Cross Blue Shield / Triple – S** (Salud Puerto Rico) – Lead implementation of TriZetto QNXT claims system including all process models, software implementation and project management office.

- **Preferred Care – Florida -** Medicare Advantage HEDIS 5-Star Ratings, provider network clinical data, Utilization Management, Coordination of Benefits, Case Management and claims processing, chart review quality audits and analytics, risk adjustment using HCC and ICD-9 coding, RADV audit methods, RAPS file analytics.

- **United Healthcare, Florida -** Medicare Advantage HEDIS 5-Star Ratings, provider network clinical data, Utilization Management, Coordination of Benefits, Case Management and claims processing using HCC and ICD-9 coding, RADV audit methods, RAPS file analytics.

- **Public Employees Health Plan – Salt Lake City Utah –** Advise and assess re: new medical coding and medical policy management remediation to comply with ICD-10 which impacts medical policy plan design, actuarial processes, covered amounts, utilization management, eligibility, referrals, covered amount and other factors.

- **Regence BlueCross BlueShield, Seattle, Salt Lake, Portland** - HITECH Act, HIPAA 5010, ICD-10 processes, DRGs, Ambulatory claims, Ancillary Services, and IT architecture to enable these capabilities which impacts medical policy plan design, actuarial processes, covered amounts, utilization management, eligibility, referrals, covered amount calculations and other factors.

- **Walmart – largest self-insured non-military employer globally –** advice regarding ERISA Plans, Taft-Hartley Trusts, Minimum Essential Coverage, HIPAA insurance claims transactions, CORE operating rules, ICD-10, Affordable Care act business and regulatory issues and underlying systems and process issues for the largest self-insured employer in the world.

- **TennCare – Tennessee Medicaid and TN Insurance Exchange eligibility**

- ***Citra Health Solutions, Jacksonville FL*** *– Advisor to CEO.  Advise leadership regarding value based care, HIPAA privacy and security, meaningful use, strategic partnerships and acquisitions for Medicare Advantage and Accountable Care market. Focus on Value Based Pricing, Medicare Advantage Risk Adjustment using HCCs; population health, patient and physician engagement and quality reporting.*

## Investor Diligence - $4 billion in Health IT M&A transactions

Selected as advisor, investor diligence on large healthcare mergers and acquisitions.

- **London PE Firm -** pre-IPO cloud security business for healthcare.

- **Kleiner Perkins Caufield & Byers**, Silicon Valley **–** work with founding partners of VC that funded Google, Netscape, Amazon, Amgen, Intel, Sun Microsystems on largest cloud healthcare investment *in Medicare Advantage and Accountable Care population health management and analytics*

- In-Network and Out of Network medical charges, **340B Drug discount provider**

- **NY PE Firm** – diligence on $500 million acquisition of Medicare Administrative Contractor (MAC) electronic data connectivity and services company. Evaluate financial projections and growth potential, capabilities regarding claims status, new EDI standards, medical policy plan design, actuarial processes, covered amounts, utilization management, eligibility, referrals, covered amount calculations and other factors.

## Medical Device, Pharmaceutical Regulatory Compliance

**Abbott Labs, Medical Optics Div. (formerly Advanced Medical Optics) - Regulatory Affairs, FDA Compliance –** led global complaint handling roll out (US, UK, EU, Asia) of pharmacovigilance solution supporting FDA Adverse event reporting rules, National Drug Codes (NDCs), HCPCS, formularies, and health insurance coverage determinations for pharmaceuticals.  Consulted to Optics division on global FDA Adverse Event reporting system, pharmacovigilance system for medical devices and pharmaceuticals.

Led hardware and software development team through IQ/OQ/PQ process (IQ stands for Installation Qualification. OQ is Operational Qualification and PQ is Performance Qualification. Before you even get to IQ, OQ, PQ, if you're acquiring a new piece of equipment, you'll need design specifications that define exactly what's in that piece of equipment) for FDA approval for medical device.


## Prior Experience

**October 2002 to February 2007** – **First American** / **CoreLogic - SVP eCommerce –** *Banking solutions $8 billion firm.  Led one of the largest most complex Sarbanes Oxley IT audits in the U.S. according to attorneys and accounting firm.  Led roll out of single platform eCommerce solution to integrate Wells Fargo, JP Morgan Chase, Bank of America and other transactions for mortgage loan origination (credit, valuation, tax, flood, title, etc.), closing, securitization.*

**2002 to October 2003 – Fidelity - SVP eCommerce** – *Banking solutions $12 billion firm*

**May 2000 to 2002 – Citrix Systems –** President & CEO (Erogo, a SaaS Cloud medical and internet billing company) Built *cloud SaaS internet and medical billing company from $500k to $10 million in revenue and investment by Citrix*

**June 1997 to October 1999 to 2000 *Axway / Worldtalk,*** Silicon Valley – VP Marketing for a secure email and Cloud / Internet of Things (IoT) rules based interoperability company.

**June 1997 to October 1999** - **Heidrick & Struggles,** Silicon Valley – President & CEO**, LeadersOnline** – Hired by premier executive search firm to *build and lead an online recruiting business to diversify and assist with IPO. Set strategy acquired assets led launch of*

*Internet recruiting business as portion of IPO prospectus (S-1) and road show with Goldman Sachs, adding $100 million to market cap of Heidrick at IPO.*

**September 1981 – May 1997** – Smith Tool, **Oracle, HP, Symantec, Intel, ParcPlace Systems, Borland, Ashton-Tate** – Silicon Valley, Southern California, Boston – roles from analyst to Product Manager, VP Marketing and Sales, Corporate Development. Built a company from $2 million to $50 million buyout, owner of $350 million P&L and brand re-launch, turn around.

**CV ATTACHMENT 1**
**Healthcare Transactions and Processes**
**to Support Claims, Care Coordination and Financial Value of Care**

**Health Care Processes – Health Plans**

- **Value Based Care Reporting** for **Medicare Part C** and **Medicare Shared Savings Plan Accountable Care Organizations** including: HEDIS, MSSP 33 measures, HCC coding, risk adjustment, risk corridors, RADV and RAC audits, compliance platforms
- **Payor - provider contracting** – Mr. Arrigo leads a team that has over **30 years of health care provider and health insurance contract negotiation experience for hospitals, clinics and diagnostic services providers.** Mr. Arrigo and his team have advised 18 hospitals and clinics, four medical device and pharmaceutical firms, two healthcare IT firms, and two four insurance firms as well as CMS in all 50 states on new regulatory impacts. He and his team have advised on over 2,000 contracts.
- **Explanation of benefits** – Mr. Arrigo's team advises health plans on the revisions in EOBs that must be made to comply with new laws and regulations such as ICD-10.
- **Actuarial & Underwriting** – Mr. Arrigo and his team advise health plans on shifts in coverage determinations and medical policy based on the Affordable Care Act, ICD-10, CORE Operating rules and other regulations.
- **Coverage determination** planning and policy, IT systems supporting new regulations.
- **Claims processing metrics** – pass through rates, manual vs. electronic claims adjudication and **Utilization Management (UM) rates**.
- Payor - provider contracting – Mr. Arrigo leads a team that has over **30 years of health care provider and health insurance contract negotiation experience for hospitals, clinics and diagnostic services providers.** Mr. Arrigo and his team have advised 18 hospitals and clinics, four medical device and pharmaceutical firms, two healthcare IT firms, and two four insurance firms as well as CMS in all 50 states on new regulatory impacts. Over time he and his team have advised on over 2,000 contracts.

**Health Care Processes and IT – Hospitals, Clinics Physicians and Other Providers**

- Readmissions metrics
- Clinical documentation, coding, claims reimbursement
- Admission and discharge processes and metrics
- Revenue cycle management and metrics (DNFB – discharged not final billed, etc.)

not for publication in any form other than litigation consulting with permission when retained

# CV ATTACHMENT 2
# Private Payor, ACO, IDN, Medicare (Part A, B, C, D), Health IT Experience

**Additional Experience with Health Systems Providers**
ICD-10, HIPAA 5010, HIPAA Privacy and Security, Clinical Quality Measures Consulting Expert Work

**Feather River Hospital** -
http://www.frhosp.org

**Frank R. Howard Memorial Hospital** -
http://www.howardhospital.com

**Glendale Adventist Medical Center** -
http://www.glendaleadventist.com

**Loma Linda University and Loma Linda Medical Center** -
http://www.llu.edu/llumc/

**San Joaquin Community Hospital** -
http://www.sjch.us

**Selma Community Hospital** -
http://www.adventisthealthcv.com

**Sonora Community Hospital** -
http://www.sonoramedicalcenter.org

**St. Helena Hospital** -
http://www.sthelenahospital.org

**Ukiah Valley Medical Center** -
http://www.uvmc.org

**White Memorial Medical Center** -
http://www.whitememorial.com

**Additional Experience with Health Plans**

ICD-10, HIPAA 5010, HIPAA Privacy and Security, Clinical Quality Measures Consulting Expert Work

- Blue Cross Blue Shield of Oregon
- Blue Cross Blue Shield of Utah
- Public Employees Health Plan of Utah
- Blue Cross Blue Shield of Idaho
- Blue Cross Blue Shield of Washington State
- CareFirst Blue Cross – Mid-Atlantic Region
- BCBS of Tennessee – Chattanooga, TN

Over ten **Value Based Care Organizations** (**Accountable Care Organizations or ACOs** and **Medicare Advantage / Part C** Plans including Essence Health Plan St. Louis, United Healthcare and Preferred Care Partners.

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 3
# Investor Transactions and Diligence

| Investor | Target Company | Enterprise Value ($millions) |
|---|---|---|
| Confidential PE fund | Provided opinions re coding for diagnostic medical devices and their FDA approval process relating to Independent Diagnostic Testing Facility (IDTF). Opinion re: Fair Market Value (FMV) of medical directors; risk assessment of professional component (PC) and technical component (TC) for EEG and EKGs | Over $500 million |
| Confidential PE fund | Advise regarding Medicare Secondary Payor health care data, regulations, valuation structure for inpatient and outpatient medical claims | $2.0 billion + |
| Confidential $4 billion PE fund, New York | Ability Networks (leading Medicare claims technology infrastructure) | $550 |
| Confidential $4 billion PE fund, New York | Health Port, an electronic release of HIPAA information service provider | $120 |
| PE fund, confidential, west coast | Confidential ePCR (electronic patient care record) EMS (emergency management system) platform | Confidential |
| $300 million specialty PE fund, New York | Orange Health (now Citra Health) (Value based care for ACOs, MA plans) | $25 |
| $300 million specialty PE fund, New York | MZI, a health care claims processing software vendor | $25 |
| Kleiner Perkins Caufield & Byers, Menlo Park CA | Lumeris, an Essence Global Holdings Co. (Value based care for ACOs, MA plans) | $600 |
| Large Private Equity firm, London | Covisint, a spin out of Compuware (cloud user access mgmt.) | $450 |
| U.S. Private Equity firm, San Francisco | Evaluation of Diabetic population insulin initiation and titration mobile technology for glycemic control compared with standard clinical practices. | TBD |
| U.S. Private Equity firm | Drug formulary business, impact of specialty reimbursement in endocrinology, hematology and dermatology and new drug discoveries | Confidential |

not for publication in any form other than litigation consulting with permission when retained

| Public Debt Investor | Top 10 E.H.R. software co. debt offering | confidential |
|---|---|---|
| Confidential | Confidential healthcare analytics co. | $280 |
| Confidential | Confidential hospital revenue cycle management (RCM) business | $190 |
| Confidential | Confidential Electronic Data Interchange claims co. health insurance | $150 |
| Confidential | Genetic Testing and Precision Medicine | $300 |
| Confidential | Health system with multi-site hospital, physician group, clinic diagnostic imaging | $1,000 |
| Confidential | Health IT solutions: Drug Dispensary automation for oral and Intravenous Anti-Emetic Drugs for Chemotherapy Chemotherapeutic Regimen | confidential |
| Confidential | Pharmacy Benefit Management (PBM) business | $600 |
| Confidential | Independent Diagnostic Testing Facility (IDTF) that provides EEG and EKG services | $250 |
| | **Total Enterprise Value ($millions)** | **$7.7 Billion** |

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 4 (page 1 of 2)

# Affordable Care Act, Medicaid, Social Security, Insurance Exchange, Benefits Determination and Orthotics Reimbursement

Experience with regulations, technology and requirements for systems supporting 15 State HHS Medicaid insurance Exchange eligibility systems including these business requirements, which in turn provide state-by-state eligibility for Affordable Care Act insurance mandates:

**Types of Exchanges and Enrollee Characteristics:**
- Federal (HHS) Exchanges "Federally-Facilitated Marketplace" ("FFM") which are being used in states such (FL, GA, NC, SC, VA, AL, MS, MO, AR, LA, OH, PA, IL, OK, MT, UT, ND, SD, NE) and provider contracting
- State Based Exchange ("SBEs") and state-by-state variances (CA, WA, ID, CO, KY, MN, NY, VT, RI, CT, MA, DE, MD, DC)
- State MMIS – Medicaid Management Information Systems, which provide some of the eligibility technology platform for the Exchanges

**Eligibility Process, Technology for State Health and Public Welfare**
- Request for insurance, pre-existing conditions under Affordable Care Act
- **42 CFR MAGI** – Modified Adjusted Gross Income (U.S. Citizenship, criminal and State Residency, household size and FPL % [see FPL])
- FPL percentage – percent of Federal Poverty Level
- TANF – Temporary Assistance to Needy Families (formerly AFDC) / The Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Public Law 104-193) and **TEFRA**
- SNAP – Supplemental Nutrition Assistance Program (formerly food stamps)
- Medicaid – free and low-cost health care to low income families
- CHIP – Children's Health Insurance Program (Medicaid for kids)
- Women, Infants & Children (WIC) – nutritional supplement for pregnant women, infants and children (until school age)
- Section **1619(b) of the Social Security Act** re: Social Security beneficiaries, Medicaid eligibility.

# Durable Medical Equipment, Prosthetics, Orthotics, Supplies (DMEPOS)

Generally familiar with 280 classifications of HCPS and specifically:

1. Alarm Device
2. Ambulatory Traction Device
3. CPAP Device
4. Dynamic Flexion Devices
5. EMG Device
6. Foot Off Loading Device
7. Monitoring Feature/Device
8. Ocular Prosthetics
9. Oral Device to Reduce Airway Collapsibility
10. Orthopedic Devices
11. Pain Management
12. Passive Motion Exercise Device
13. Power Mobility Devices
14. Reaching/Grabbing Device
15. Repair of Prosthetic Device
16. Repair/Modification of Augmentative Communicative System or Device
17. Skin Piercing Device
18. Speech Generating Device
19. Standing Devices/Lifts
20. Stimulation Devices
21. TMJ Device and Supplies
22. Ventricular Assist Devices

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 4 (page 2 of 2)
# State HHS Eligibility Systems and Jurisdictions

| Jurisdiction | State Systems and Processes |
|---|---|
| **Alaska** | Eligibility Information System (EI) |
| **Arizona** | Arizona Technical Eligibility Computer System (AZTECS) |
| **Georgia** | SHINES, COMPASS, Vitale Events, Medicaid Data Broker |
| **Hawaii** | Hawaii Automated Welfare Information System (HAWI) |
| **Kansas** | Kansas Automated Eligibility & Child Support Enforcement System (KAECSES) |
| **Louisiana** | Medicaid Eligibility Data System (LA MEDS) |
| **Massachusetts** | Mass 21st Century Disability Policy (MA-21) |
| **Minnesota** | MAXIS – state, county eligibility for public assistance, health care; exchanges data with Medicaid Management Information System (MMIS), MN Employment and Economic Development, MN Dept. of Finance, and US Social Security Admin |
| **Mississippi** | Mississippi Applications Verification Eligibility Reporting Information and Control System (MAVERICS) |
| **Pennsylvania** | COMPASS – health care, cash, long-term, home, supplemental nutrition (SNAP) eligibility |
| **Rhode Island** | INRhodes and UHIP data and functions for the Family Independence Program, Food Stamps, Child Support Enforcement, Medicaid Eligibility, Child Care, Public Assistance |
| **South Carolina** | Family Independence Financial System (FIFN) |
| **Tennessee** | TennCare and **SSI** (Supplemental Security Income Under Social Security Administration) |
| **Vermont** | ACCESS |
| **Washington DC** | Automated Client Eligibility Determination System (ACEDS) |
| **Wyoming** | EPICS (Eligibility Payment Information Computer System) |

not for publication in any form other than litigation consulting with permission when retained

### CV ATTACHMENT 5
# Meaningful Use of Electronic Health Records

Mr. Arrigo manages a team that has worked with over 50 electronic medical records vendors and health care providers regarding achieving software certification for Meaningful Use (MU) under the HITECH Act as well as MU implementations, attestations, and audit defense v. CMS, OIG and CMS Auditors

Six of the Top 10 Electronic Health Record Companies – Athenahealth, Cerner, Epic, McKesson, NextGen; assessed five mid-tier E.H.R. companies with respect to Meaningful Use, HIPAA and Information Safeguards compliance.

Meaningful Use (**MU**) is composed of a complex list of Objectives, including HIPAA privacy, Personal Health Information Safeguards, Clinical Quality Measures (**CQMs**), clinical decision support (**CDS**), transitions of care, data portability, auditable events, patient engagement, and other measures.  Mr. Arrigo has opined as an Expert regarding MU provides opinions and guidance on all of the following factors:

- Authorized Testing and Certifications Bodies (ATCBs) and processes
- Eligible Hospital (EP) and Eligible Provider (EP) attestations and audit defense under Medicare and Medicaid in Civil and Criminal defense cases.
- Data quality check on numerators and denominators in live data vs. attestation reporting.
- Stimulus funds, OIG, CMS auditors
- HHS OCR, HIPAA breaches, State CMIA breaches and stimulus eligibility
- Modular and Complete E.H.R. certifications
- Discrete data structures
- HIPAA Privacy and Security Assessments as a Component of MU and the Administrative, Physical, Technical Safeguards of HITECH Act as well as Operational Policies, Procedures and Documentation and HIPAA overlapping requirements.
- Clinical workflow for both acute care and ambulatory E.H.R.s
- Rollout Phase I, II of E.H.R. implementation in Emergency and Radiology departments
- Medication dispensing modules
- Standardized the implementation process and used as quality control while contracted to U.S. HHS / ONC to educate Regional Extension Centers providing national education and quality standards that were adopted by ONC.

not for publication in any form other than litigation consulting with permission when retained

- Standardized at the highest benchmarking level so that every implementation met the same criteria.

Team Qualifications

- Served as co-chair of Critical Access Hospital boot camp for U.S. HHS for hospital E.H.R. implementations across the country
- Experience training the implementation process for RECs, co-chaired the committee that built the curriculum for a proper curriculum
- Served as E.H.R. advisors for the American Society of Oncologists, and American Gastro Institute standardized institute
- E.H.R. contract negotiation process Value Added Reseller (VAR) selection
- Hospital, Critical Access Hospital, Federally Qualified Health Centers, and Community Hospital (Medicare and Medicaid stimulus)
- Published authors in Meaningful Use and HIPAA
- Advised U.S. Department of Justice regarding E.H.R., §495.6 Meaningful use objectives and measures for EPs (physicians), eligible hospitals, and Critical Access Hospitals.
- Attestation processes including compliance with

    a. computerized provider order entry (CPOE) for medication orders

    b. drug-drug and drug-allergy interaction checks, and "The EP, EH, or CAH has enabled and implemented the functionality for drug-drug and drug-allergy interaction checks for the entire EHR reporting period."

    c. maintain an up-to- date problem list of current and active diagnoses

    d. Generate and transmit permissible prescriptions electronically (eRx) and access to external formularies

    e. medication information as structured data

    f. maintain Active Medication allergy list

    g. patient demographics, vital signs, smoking status, quality measures, patient education, clinical decision support, syndromic surveillance, immunization records, and transitions of care

    h. Patient access to records via web or mobile portal

not for publication in any form other than litigation consulting with permission when retained

**Meaningful Use Stage 1:**

Eligible professionals:

- 13 required core objectives
- 5 menu objectives from a list of 9
- Total of 18 objectives

Eligible hospitals and CAHs:

- 11 required core objectives
- 5 menu objectives from a list of 10
- Total of 16 objectives

**Meaningful Use Stage 2:**

Eligible professionals:

- 17 core objectives
- 3 menu objectives that they select from a total list of 6
- Total of 20 objectives

Eligible hospitals and CAHs:

- 16 core objectives
- 3 menu objectives that they select from a total list of 6
- Total of 19 objective

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 6
# Healthcare Business Transactions, Supporting HIPAA X12 Electronic Transactions

### 45 CFR Part 162 Health Insurance Reform; Modifications to the Health Insurance Portability and Accountability Act (HIPAA); Final Rules

1. Health Care Eligibility Benefit Inquiry and Response – EDI 270/271

2. Health Care Claim Status Request / Response – EDI 276/277

3. Health Care Services Request for Review / Response (Prior Auth.) – EDI 278

4. Payroll deductions for premiums – EDI 820

5. Benefit enrollment and maintenance – EDI 834

6. Health care claim: Payment / Advice – EDI 835,

7. Health Care Claim: institutional, professional / dental –

    a. EDI 837, Pharmacy claim (NCPDP),

    b. Coordination of Benefits (COB) and third-party liability

    c. Fraud waste and abuse analytics and Special Investigative Unit (SIU)

Modifications to § 162.1102, § 162.1202, § 162.1302, § 162.1402, § 162.1502, § 162.1602, § 162.1702, and § 162.1802 to adopt the ASC X12 Technical Reports Type 3 (TR3), Version 005010 (Version 5010) reporting of clinical data, enabling the reporting of ICD–10–CM diagnosis codes and ICD–10–PCS procedure codes

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 7
# Revenue Cycle Management, Clinical Documentation and Coding Processes

*Lead team that implements hospital system assessments for ICD-10 and CPT coding compliance and quality, including:*

CDI (Clinical Documentation Improvement) strategy and alignment between HIM department, coders, nursing, physicians. Benefits of coder-physician collaboration, and securing results in improved coding.  Engage case managers to focus on CDI trends, work with physicians that are the largest admitters.  Understanding of key processes including:

| Patient intake |
| --- |
| Patient assessment |
| Documentation of care |
| Insurance coverage determination |
| Discharge activities |
| Provider communications |
| Referrals |
| Prior authorizations |
| Coding |
| Charge capture, super bills |
| Billing |
| Revenue collection |
| Vendor impacts |
| EHR and other system readiness to support clinical documentation improvement |
| IT plans |
| Impact on concurrent initiatives |
| Reporting |
| Quality improvement efforts |
| Payor readiness and processes; medical policy assumptions for contracting |
| Institutional Review Board (IRB) impact review for ICD-10 |
| Data warehouse and business intelligence "retooling" of analytics required. |
| National Correct Coding Initiative (NCCI), Modifiers, Bundling and Unbundling Criteria According to Centers for Medicare and Medicaid |

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 8 – Drug Pricing Practices
## Experience using analytics to identify UCR (Fair Market Value) in Pharmaceutical Pricing

- Re-Defining AWP
- % Factor
- NDC price reporting
- Mark-Ups & Price Spreads
- Backroom Processor Schemes
- Rebate Schemes
- Flat, Access, Market Share
- Rebate Disguising
- Rebate Pumping
- Re-Defining "Brand" and "Generic"
- Formulary Steering
- Pre-Authorization Schemes
- Clinical Rules & Protocols

- Mail-Order Schemes
- Leveraging Captive Facility
- Multiple MAC Lists
- Drug Switching
- Drug Repackaging
- Fraudulent Plan Design
- Zero Cost Scripts
- Higher Than Logic
- Pocketing Refunds, Reversals and Returns
- Payor Account Crediting Tricks
- Specialty Drug Issue

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 9
# HIPAA Privacy Rule and HIPAA Security Rule, HITECH Act Information Safeguards and State Statutes in WA, CA, NV, NY, MA, FL

*Lead team that assesses and advises regarding industry best practices and implementation of HIPAA Privacy and Security as well as HITECH Act, including:*

Security best practices for HIPAA Covered Entities

HHS Security Standards:

1. **Administrative** Safeguards
2. **Physical** Safeguards
3. **Technical** Safeguards
4. **Organizational Policies and Procedures** and Documentation Requirements

Opinions regarding but not limited to:

- "Breach" under the Privacy Rule, including but not limited to, 45 C.F.R. § 164.402.
- "Business Associate" under the Privacy Rule, including but not limited to, 45 C.F.R. § 160.103.
- "Covered Entity" under the Privacy Rule, including but not limited to, 45 C.F.R. § 160.103.
- "Designated Record Set" under the Privacy Rule, including but not limited to, 45 C.F.R. § 164.501.
- "Disclosure" under the Privacy Rule, including but not limited to, 45 C.F.R. § 160.103.
- "Electronic Protected Health Information" or "ePHI" under the Privacy Rule, including but not limited to, 45 C.F.R. § 160.103.
- "Individual" under the Privacy Rule, including but not limited to, 45 C.F.R. § 160.103.
- "Minimum Necessary" under the Privacy Rule, including but not limited to, 45 C.F.R. §§ 164.502(b) and 164.514(d).
- "Privacy Rule" Standards for Privacy of Individually Identifiable Health Information at 45 C.F.R. Part 160 and Part 164, Subparts A and E.
- "Protected Health Information" or "PHI" in 45 C.F.R. §§ 160.103 and 164.501, and is the information created or received by BA
- "Required by Law" in 45 C.F.R. § 164.103.
- "Security Incident" shall have the meaning given to such term under the Security Rule, including but not limited to, 45 C.F.R. § 164.304.
- "Security Rule" 45 C.F.R. Part 160 and Part 164, Subparts A and C.

not for publication in any form other than litigation consulting with permission when retained

- "Subcontractor" under the Privacy Rule, including but not limited to, 45 C.F.R. § 160.103.

- "Unsecured Protected Health Information or PHI" under the Privacy Rule, including but not limited to, 45 C.F.R. § 164.402.

- "Use" under the Privacy Rule, including but not limited to, 45 C.F.R. § 160.103.

not for publication in any form other than litigation consulting with permission when retained

### CV ATTACHMENT 10 Rural Health Centers (RHCs), Critical Access Hospitals (CAHs), Federally Qualified Health Centers (FQHCs)

Section 10501(i)(3)(B) of the Affordable Care Act

Rural Health Clinics Act (P.L. 95-210)

- Use of grants under TRICARE program under chapter 55 of title 10, United States Code for administrative programs.
- All-Inclusive Rate Reimbursement (**AIRR**)
- Prospective Payment System (**PPS**)
- CMS 222 financial reports for RHCs and FQHCs and basis for reports supported by clinical documentation and medical coding
- Baseline Practitioner Productivity Standards
- Historical perspective regarding Benefits Improvement and Protection Act of 2000 (BIPA) and State Medicaid program reimbursement RHCs (In lieu of cost-based reimbursement, Medicaid shifted RHCs to a PPS methodology)
- Industry best practices and guidelines and compliance to U.S. HHS / Health Resources and Services (HRSA) standards including:

| | | STATUTE |
|---|---|---|
| **1.** | Needs Assessment | Section 330(k)(2) of the PHS Act<br>Section 330(k)(3)(J) of the PHS Act |
| **2.** | Required and Additional Services | (Section 330(a) of the PHS Act)<br>(Section 330(h)(2) of the PHS Act) |
| **3.** | Staffing Requirement | (Section 330(a)(1), (b)(1)-(2), (k)(3)(C), and (k)(3)(I) of the PHS Act) |
| **4.** | Accessible Hours of Operation/Locations | (Section 330(k)(3)(A) of the PHS Act) |
| **5.** | After Hours Coverage | (Section 330(k)(3)(A) of the PHS Act and 42 CFR Part 51c.102(h)(4)) |
| **6.** | Hospital Admitting Privileges and Continuum of Care | (Section 330(k)(3)(L) of the PHS Act) |
| **7.** | Sliding Fee Discounts | (Section 330(k)(3)(G) of the PHS Act, 42 CFR Part 51c.303(f)), and 42 CFR Part 51c.303(u)) |
| **8.** | Quality Improvement/Assurance Plan | (Section 330(k)(3)(C) of the PHS Act, 45 CFR Part 74.25 (c)(2), (3) and 42 CFR Part 51c.303(c)(1-2)) |

4

not for publication in any form other than litigation consulting with permission when retained

| | | |
|---|---|---|
| **9.** | Key Management Staff | (Section 330(k)(3)(I) of the PHS Act, 42 CFR Part 51c.303(p) and 45 CFR Part 74.25(c)(2),(3)) |
| **10.** | Contractual/Affiliation Agreements | (Section 330(k)(3)(I)(ii), 42 CFR Part 51c.303(n), (t)), Section 1861(aa)(4) and Section 1905(l)(2)(B) of the Social Security Act, and 45 CFR Part 74.1(a) (2)) |
| **11.** | Collaborative Relationships | (Section 330(k)(3)(B) of the PHS Act and 42 CFR Part 51c.303(n)) |
| **12.** | Financial Management and Control Policies | Section 330(k)(3)(D), Section 330(q) of the PHS Act and 45 CFR Parts 74.14, 74.21 and 74.26) |
| **13.** | Billing and Collections | (Section 330(k)(3)(F) and (G) of the PHS Act) |
| **14.** | Budget | (Section 330(k)(3)(D), Section 330(k)(3)(I)(i), and 45 CFR Part 74.25) |
| **15.** | Program Data Reporting Systems | (Section 330(k)(3)(I)(ii) of the PHS Act) |
| **16.** | Scope of Project | (45 CFR Part 74.25) |
| **17.** | Board Authority | (Section 330(k)(3)(H) of the PHS Act and 42 CFR Part 51c.304) |
| **18.** | Board Composition | subsection (g), (h), (i), or (p). (Section 330(k)(3)(H) of the PHS Act and 42 CFR Part 51c.304) |
| **19.** | Conflict of Interest Policy | (45 CFR Part 74.42 and 42 CFR Part 51c.304(b)). |

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 11 - Clinical Documentation, Coding, Billing, Reimbursement Training

1. National Correct Coding (NCCI) claims edits, Sept 2012.
2. Ambulance billing fees and trauma triage and State, Federal CDC trauma activation criteria Sept 2012.
3. Behavioral health, November 2013[iii]
4. Cardiology, November 2013
5. Family practice and internal medicine, November 2013
6. Obstetrics, November 2013
7. Oncology, November 2013
8. Urology, November 2013
9. Orthopedics, November 2013
10. General Surgery, and Dental, November 2013
11. Plastic Surgery, November 2013
12. HCC, risk adjustment, November 2013[iv]
13. DRG calculations, ICD-10, IPPS, OPPS payment systems November 2013[v]
14. Diagnostic Imaging & Nuclear Medicine (PET-Scans) September 2014[vi]
15. Medical Auditing, including focus on anesthesiology, pathology, evaluation management, radiology, chemotherapy, psychotherapy, physical therapy, modifiers, medical necessity. November 2015[vii]
16. Dermatopathology diagnosis relevant to medical specialty, 2016
17. Dietetics and Nephrology, insulin DME billing for diabetes, December 2015, AHIMA
18. Liens, balance billing, subrogation seminar, 2014
19. Affordable Care Act 'metal' plans, Medicaid expansion, Federal Poverty Level guidelines on cost of care, 2014
20. Coding and reimbursement for Pain Management, December 2015; Outpatient physical, occupational, and speech therapy, ambulance and non-emergency transportation, January 2016[viii]
21. Valuing episodes of Care: a) episodic, b) bundled payments, c) value based payment / risk adjustments, d) episode groupers, methodologies, e) PBM / pharmacy charges, f) costs associated with complications, g) prospective, retrospective, and predictive modeling; h) claims adjudication in episodic processes, ACOs, MAOs, fiscal intermediaries, PROMETHIUS analytics payment model for risk adjustment, comorbid factors and cohorts, data required to produce episodic care analysis; June 2016[ix]

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 12 – Medical / Laboratory Test Fees

Opinions regarding economic value and medical necessity (based on the diagnosis of a licensed medical professional or retained medical expert provided to me as a precursor to rendering my opinion) as determined in payor medical policies and coverage determinations for medical laboratory test that can be used to detect, diagnose, or monitor diseases, disease processes, and susceptibility to disease or predisposition based on genetics.  Areas of expertise include:

1. diagnosis (associated diagnosis codes are an important indicator of medical necessity as determined in payor medical policies and coverage determinations) and billing codes including:
   a. ICD-10-CM which is U.S. standard from October 1, 2015 forward
   b. ICD-9-CM – for dates of service prior to October 1, 2015
   c. CPT – for outpatient procedures (for example 8500 - Blood count; blood smear, microscopic examination with manual differential WBC count)
   d. NCCI – National Correct Coding Initiative to verify whether bundled procedures and other factors are acceptable
2. overview of the test
3. utility - when/why/how the test is used
4. diseases the test is often used to detect or monitor as this pertains to coding and billing and economic value of the test in a specific geographic market or based on national standards, as well as:
   a. specimen collection methods/procedures (for example, whole blood collection)
   b. testing methodology (for example, hematology)
   c. usual turnaround time (for example, days elapsed time)
   d. reference ranges for test results (normal, abnormal, male / female values etc.)
   e. additional or related tests

NOTE: Interpretation of tests is performed by a licensed medical professional and if that interpretation is provided to me in patient medical record(s), it may be useful in opinions regarding payer determinations or economic value.  I do not give medical opinions.

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 13 – Ambulance, Trauma Activation Fees, Anesthesiology

Industry best practices and guidelines for determining economic value and medical necessity (which may be based on the diagnosis of a licensed medical professional or retained medical expert provided to me as a precursor to rendering my opinion) as determined in payor medical policies and coverage determinations

Ambulance Fees

1. Patient's condition - medically indicated / contraindicated
2. Medical Necessity as determined by CMS
3. Use of licensed personnel as a determinant of fees
4. Non-covered ambulance services
5. Transportation to or from one hospital or medical facility to another hospital or medical facility, skilled nursing facility, or free-standing dialysis center in order to obtain medically necessary diagnostic or therapeutic services
6. Mileage
7. Waiting time
8. Necessary equipment and supplies as determinant of fees
9. Supplies (bundled / unbundled, Date of Service and applicable standards)

Trauma Activation Fees

- CDC Guidelines for Field Triage of Injured Patients: Recommendations of the National Expert Panel on Field Triage
- County and Provider standards for Triage and documentation for Trauma Activation

Anesthesiology Fees

1. **Time unit** intervals, or fraction thereof, starting from the time the physician begins to prepare the patient for induction and ending when the patient may safely be placed under post-operative supervision and the physician is no longer in personal attendance. Actual time units will be paid and are not to be rounded.
2. **Base Units** and their values are described by industry regulatory and standards bodies
3. **Anesthesia Conversion Factors** for geographic adjustments
4. Industry best practices for billing and coding

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 14 – Staff and Operational Policies for Healthcare Providers

### Certification Review Process Guidelines and Best Practices:
### Health Care Staffing Services Certification, Personnel File Review, Joint Commission Standards [3]:

1. Current licensure, certification, or registration required by the state, the firm, or customer from primary sources

2. Education and training associated with residency or advanced practice, experience, and competency appropriate for assigned responsibilities

3. Clinical work history/references

4. Initial and ongoing evaluation of competency

5. Information on criminal background per law, regulation, and customer requirements

6. Compliance with applicable health screening and immunization requirements established by the firm or customer

7. Information on sanctions or limitations against an individual's license is reviewed upon hire, and upon reactivation or expiration.

8. For individuals who are practicing as Licensed Independent Practitioners, in addition to the aforementioned requirements, the firm performs the following according to law, regulation, and firm policy: Voluntary and involuntary relinquishment of any license or registration is verified and documented

9. Voluntary and involuntary termination of *hospital* medical staff membership is verified and documented

10. Any evidence of an unusual pattern or an excessive number of professional liability actions resulting in a final judgment against the applicant is investigated and documented

11. Documentation that the staff person has received orientation from the organization

---

[3] For a health care organization to participate in and receive payment from the Medicare or Medicaid programs, it must meet the eligibility requirements for program participation, including a certification of compliance with the Conditions of Participation (CoPs) or Conditions for Coverage (CfCs), which are set forth in federal regulations. The certification is based on a survey conducted by a state agency on behalf of the federal government, the Centers for Medicare & Medicaid Services (CMS) or a national accrediting organization, such as The Joint Commission, that has been approved by CMS as having standards and a survey process that meets or exceeds Medicare's requirements. Health care organizations that achieve accreditation through a Joint Commission deemed status survey are determined to meet or exceed Medicare and Medicaid requirements.

not for publication in any form other than litigation consulting with permission when retained

## CV ATTACHMENT 15 – Medical Device Approvals for Specific Purpose, Embedded Systems Development and Testing for Market, Pharmacovigilance for FDA Adverse Event Reporting

I.      A **510**(**k**) premarket submissions to FDA to demonstrate that device to be marketed safe and effective, that is, substantially equivalent, to a legally marketed device (21 CFR 807.92(a)(3)) that is not subject to Premarket approval (PMA):

II.     Device predicates as it pertains to FDA approval for specific purpose

- intended use
- technological characteristics vs. predicate;
- technological characteristics and the information submitted to FDA

    o does not raise new questions of safety and effectiveness
    o demonstrates that device is at least as safe, effective as predicate

III.    Audits of healthcare providers and claims with respect to approved devices matched to medically necessary procedures:

a. Frequencies and bandwidths applicable to cardiac and brain diagnostic monitoring (ECG, EKG, EEG) and applicable medical procedure codes
b. Independent Diagnostic Testing Facility form CMS-855B device inventories
c. CPT codes matched to devices, procedure billing timelines

IV.     Performance Qualification (PQ), IQ (Installation Quality), Operational Qualification (OQ)
a. Led embedded systems software team
b. Coordinated regulatory affairs work, liaison regarding IQ/OQ/PQ process

---

[i] Bioethics is the study of ethical, legal, and social issues raised by advances in biology and medicine including Paternalism and Genetic Testing for Disease.


[ii] Although the name 'health informatics' only came into use in about 1973 (Protti 1995) it is a study that is as old as healthcare itself.  It was born the day that a clinician first wrote down some impressions about a patient's illness, and used these to learn how to treat their next patient. The world is aging and there are increasing numbers of people with chronic disease; it is recognized that

not for publication in any form other than litigation consulting with permission when retained

the only sustainable option is planning and delivery of healthcare through technology innovation. Biomedical Informatics seeks to discern the difference between data, information, knowledge and wisdom by increasing sharing and comprehension.  Professor Enrico Coiera of the Macquarie University argues that health informatics is the logic of healthcare.   Dr. Mark Musen MD PhD Professor, Medicine - Biomedical Informatics Research at Stanford points out that that digital information has made knowledge infinitely larger for clinicians, and they are now are in a knowledge management crisis – getting the right information at the right time is the challenge.

[iii] Training delivered by MD, board certified orthopedic surgeon and AHIMA certified trainer who advised CMS in all 50 states, AHIMA certified inpatient coder and chart auditor, AAPC certified outpatient coder and chart auditor

[iv] Used in Medicare Part C (Medicare Advantage "MAO") Accountable Care (ACO) organizations

[v] Training delivered by MD, board certified orthopedic surgeon who advised CMS in all 50 states

[vi] Training delivered by Radiology Certified Coder (RCC), Certified Interventional Radiology Cardiovascular Coder (CIRCC), Certified Professional Coder (CPC) credentialed instructor

[vii] American Academy of Professional Coders (AAPC)

[viii] Training delivered by National Association of Rehabilitation Providers (NARP) trainer

[ix] Health Care Incentives Improvement Institute, HC3i