# EXHIBIT E

August 26, 2017

Honorable Percy Anderson
United States District Judge
350 W. 1st Street
Courtroom 9A (9th Floor)
Los Angeles, CA 90012

Dear Judge Anderson,

My name is Sarah Mirando. I am Michael Mirando's wife. I am writing this letter in the hope that you will consider my experiences with Michael when making your sentencing decision.

I know Mike probably better than anyone else. As I like to tell him, "I know what you're going to do before you even know you're going to do it." We have been married for almost three years but have been in a committed relationship since 2005. After 12+ years I've earned the right to tell him this.

I could go on and on about all the great things Mike has done – the volunteering for 9/11, Katrina and Mountain Rescue; the multiple car accidents he's pulled over for and render aide at; his generosity in helping family, friends and veterans. But I know you will receive a lot of letters detailing these good deeds. Mike has positively impacted a lot of lives.

What I'd like to provide is some insight into how Mike's actions have impacted him. He is not the same man I fell in love with in 2005.

Mike and I started dating in 2005, just a couple months before he formed Holter Labs with Stan Crowley. I've been by his side from the beginning to the bitter end.

I was there the first day Mike moved his printer into Stan's little home office – a young 28-year-old man so excited to start his own company after working his whole adult life at Intel.

I watched him work hard to build that company, the hours he put in and the pride he took in bringing in new business and developing relationships with the doctors and staff. He was the one who answered every single phone call. There was no receptionist. So it is no surprise that many of the doctors, nurses and office staff who called knew him by name, and he by theirs.

I was by his side when his professional and personal relationship with Stan – a man he counted among his best friends – fell apart. I watched the relationship, and Mike's excitement at being a part of a successful company, deteriorate. As it deteriorated so did his attitude. He became increasingly unhappy and bitter. He told me often that he hated who he had become. He missed the "old Mike." So did I. Part of the reason

we moved to Oregon was to start a new life and help him regain his lost spirit. We wanted to raise a family in a more down-to-earth environment, away from what we perceived to be widespread character flaws in many of those who live in Orange County. I'm from a small town in Arizona. He's from a small town in New Jersey.

The move helped, for a little while. Soon after Mike was served with a civil lawsuit, one we fought hard against for nearly five years. It was a drain on us emotionally and financially. Mike broke down several times, telling me he just wanted to get out. He hated the company. Hated what it had turned him into. I told him to quit, that I could support us while he found a new passion. But we had hundreds of thousands of dollars in legal bills to pay, and Mike is not the type of man to let his wife take on that burden. He is a strong east coast Italian man who takes pride in providing for his family.

Twelve years after I watched a green 28-year-old excitedly show me the "office" of his new business, I watched a broken 40-year-old man weep as he made the decision to shut it down. He had just been convicted of health care fraud and was frozen. He didn't know what to do. Should he keep working? He was under so much scrutiny. What if he accidentally put our family through this again? With great pain he decided to shut down his company website and phone line. Later that day he tearfully told me he felt bad for his customers. "What are they going to do? They won't know I've shut down until they hook up a patient and send a report. They're counting on me."  Even in the midst of his trauma he was concerned about how the people he had developed relationships with would fare.

Mike is a good man who got lost along the way. But he is finding himself again. He is not the man I fell in love with in 2005. Nor is he the man he grew to despise. He never wants to go back to being that person and is thankful, in some ways, for the opportunity the trial and conviction have given him to start over. It forced him to completely change the direction of his life.

Being on house arrest has been the worst (and maybe the best) thing for him. If you know Mike, you know he is like a shark. Never not moving. Always on the go. To be forced to stay in one place has been torture. The life has been drained from him. He is depressed and barely gets out of bed some days. The good thing is that it has forced him to examine himself without distraction. I believe him when he says he is sorry and will never put our family through this again. I knew that he wouldn't even before he told me that.

During these many months on house arrest since the trial Mike has good days and bad. On the good days we talk about the future and the new business venture he is working on with a close friend. He hopes it will be successful so he can provide for his family, and hopes his friend is a man of his word and allows him to re-enter the business after he completes his sentence.

On the bad days, which are more often than naught, he is scared about leaving his son. Our son Jaxen is 2 years old so he is thankfully unaware of what's going on. But he won't be for long.

Mike's biggest fear is that Jaxen will grow apart from him and the bond they've formed will be broken. I dread having to take my sweet boy, who absolutely adores his "dada," to see him once a week at a prison. I pray that the time away won't be too long, and that Jaxen will have little to no memory of these visits.

I come from a long line of broken homes. Of dads who were not around. I know how the absence of a father can break a child and form them as adults, especially a son. I have witnessed the negative impact it has had on my brothers, even now as 33- and 35-year-old men. I waited nearly 10 years to marry my husband because I made a vow as a little girl to break that cycle. I vowed I would never put my child through what we went through. I would make sure that the man I married was a good man and would be a good father. I vetted Mike for 10 years. He is the father, husband and man I was always looking for. God just had other plans, as He often does.

I beg you to open your heart to my words and to the words of those who know Mike, and let them paint a picture of him beyond what was presented at trial. I beg that you take into consideration the many months of house arrest he's endured, his remorsefulness, and his vow to never put his family through this again. I also beg that you consider our son, who stands to lose the most from this all.

Thank you for taking the time to read my letter, and for your consideration.

Sarah K. Mirando

August 22, 2017

Honorable Percy Anderson
United States District Judge
350 W. 1st Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

Your Honor,

My name is Anthony Mirando, father of Michael Mirando, who will be appearing in front of you
for sentencing. I am now retired and my 40+ year career was in the Consumer Electronics
Industry where I was an Vice President of Sales and marketing for major Electronics
Corporations. Prior to my career in the electronics industry I was in the US Army and proudly
served in Vietnam as an Infantry Sergeant from 1967-1968 to defend my country.

I would like to share what Michael has done with his life. He is the most caring, considerate
and loving person I know, He has helped many people in his life. Michael has always strived
to be there when someone is in need. He saved a person's life when he witnessed a
motorcycle accident. He quickly administered lifesaving CPR while calling 911 and continued
CPR until the Paramedics arrived. This saved that mans' life. The city of Aliso Viejo awarded
Michael with a certificate. The mother of the accident victim cried and thanked Michael for
saving her sons life. Michael also helped numerous skiers when volunteering to work, for
free, at the Bear Mountain Ski Resort in CA. Michael also is a Scuba Diver with a Level 3
Instructor rank. He has taught literally hundreds of adults and children the joys of Scuba. In
addition to this he volunteered at the Monterey Aquarium and the Long Beach Aquarium
doing shows for the audience 1 day a week.
Michael also has a special place in his heart for Veterans. He has gone to VA Hospitals with
$3,000 in $20.00 bills and a note of Thank You For Your Service to those patients. Also in his
business at Holter Labs he would waive the costs involved for veterans who were unable to
afford his services. This is a man who cares about his fellow man.

Michael now knows that he made a mistake. He regrets this and he regrets what it has done
to all who know him and love him. I have seen Michael breakdown and cry over this situation.
He now knows and accepts that he was wrong and if given the chance he would do things
differently. After the verdict, Michael closed the company Holter Labs, LLC within a week.
All I ask is that you look upon Michael as a loving father of his 2 year old son, a dedicated
Husband and that he has so much remorse for what he has done that you take this into
consideration on sentencing. I do not know what we would do without him.

Respectfully yours,


Anthony J. Mirando

August 24, 2017

Honorable Percy Anderson
United States District Judge
350 W. 1st Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

Dear Judge Anderson, I am writing this letter on behalf of my next-door neighbor and friend,
Michael Mirando. I have known Mike for approximately six years since he moved to Portland,
Oregon with his wife Sarah.  During that time, I have also gotten to enjoy his little son Jaxen.

I consider Mike the type of neighbor that enhances a neighborhood and community.  He is very
gregarious and open to meeting new people with his warm personality.  He usually takes the
initiative to get to know someone and—in my opinion—is colorblind.  It does not matter whether
you are African American, Asian, Mexican, etc… he treats everyone the same.  Over the years
we have been invited to BBQs / pot-lucks at his home where everyone has a good time—adults
and children.  Since then, many of the neighbors have started returning the social gatherings by
inviting neighbors to their home.  He has been a major influence to neighborhood friendliness.

I have had several instances of where I had to call on him to give me a helping hand—being 30
years his senior, I cannot always do things by myself anymore.  If it's just holding a ladder while
cleaning my gutters, or helping me get my car back up the hill during a snowstorm, he is more
than willing to help out.  The type of neighbor that you want to have in your community.  I can
remember that snowstorm just a couple of years ago where I could not get my SUV back up the
hill to my garage.  After struggling for a while, I called Mike—luckily, he was home—to ask if he
could help me get my car back up the hill.  Or at least parked in a safe area to wait things out.
He came out to help within five minutes and stayed with me until we were able to get the car
safely in my garage.  Well over an hour or so in the very cold weather--while other neighbors
watched from their windows.  Definitely a good neighbor and the type of friend a person is
fortunate enough to have.

I am a U.S. Navy veteran, and have volunteered for several organizations since retiring—
Referee for the U.S.T.A., homeowners association Vice President, etc… and currently a District
Staff Officer with the U.S.C.G. Auxiliary.  I have a pretty good gut feel about people.  And Mike
is a good person.  I also know that people make mistakes.  If you feel you can show Mike any
mercy during his sentencing, it would be deeply appreciated by me and I would imagine our
neighborhood as well.

Thank you for your consideration,

John Costic

## A LETTER FROM THE DESK OF

### MICHAEL A. DEROSE

August 21, 2017

Honorable Percy Anderson
United States District Judge
350 W. 1st Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

Dear Judge Anderson ;

I am writing this letter in support of Michael Mirando. I am hoping that my experiences with
Michael will be taken into consideration when making your decision for his sentencing on
October 16, 2017.

My name is Michael A. DeRose and I reside with my family in both Manhattan, New York and
Easton, Connecticut. I am the Chairman / CEO of Park Avenue Venture Group, Ltd. and it's
affiliated companies located at 100 Park Avenue, 16th Floor New York, N Y 10017. I started my
company in 2004 after 5 years of working for a Midsize FCM / Commodities Brokerage Firm in
Manhattans financial district.

My experience includes the employment of over 100 brokers and employees since 2004 that have
serviced well over 1500 clients through more than one of the affiliated companies of Park Avenue
Venture Group, Ltd., ( Mainly Park Avenue Asset Management Inc., Park Avenue Investment
Advisor's LLC & Park Avenue Property Group)

These 3 affiliated companies of Park Avenue Venture Group Ltd. fall under the heavily regulated
governing bodies of the CFTC, The NFA (National Futures Association) and the State of NY -
Dept. of Licensing Services. In 20 years that I have been in the Investment Industry I feel that I
have become an excellent judge of character and have developed an uncanny ability to read
people, their intensions and their ability to develop and maintain relationships both on a personal
level and a professional level. All Employees of mine have gone thorough background checks
and licensing requirements as well as continuing education mandates while building their careers
and representing my firm(s).

It is very rare that I have recommended and or sponsored someone for the purpose of licensing
and employment with my firm (s) only to find out after thorough vetting that they are not the type
of person I want in my organization. That being said, I feel that my first impressions of someone
and my continued relationship(s) thereafter have served in my best interest both professional and
personally throughout my career.

I first met Michael Mirando through a very good friend of mine on an annual ski trip in Utah that I have been going to for many years.   Michael Mirando and this mutual friend grew up together and have been very good friend for better part of their lives.

Over the past several years my relationship with Michael has been a complete pleasure.

My only regrets have been that we do not get a chance to spend more time together as a result of Michael residing on the West Coast and myself and family residing in the East Coast.  We have developed a very strong long distance relationship and speak often on the phone.  We get a chance  see other two or three times a year on, ski trips and vacations.I have also had the privilege of spending time with his wife Sarah and him as well as other members of his immediate family who reside in NJ when he has visited them in the NYC area.

I truly believe that the family and the friends of someone say a lot of a persons character.   And the friendships and acquaintances that I have made through Michael have been a welcomed addition to my life.

To be completely honest with you, when Michael first detailed the events that lead to the courts decision I was shocked.  The allegations and conviction are completely out of character to my belief of Michael as a result of our friendship over the past many years.

I have a very hard time believing that Michaels business decisions over the past several years that have lead to his current conviction were calculated and intentionally misleading.

I do not acknowledge that I know the "Nuts & Bolts" of the business that Michael was Involved in as it is not my avenue of expertise.  However, based on my basic understanding of that industry in whole, I firmly believe that there had to be some confusion and or misunderstanding In the proper procedures being implemented by Michael that resulted in his current situation.

My understanding is that Michael's prior legal counsel had not served him well, In the time consuming and tedious courtroom battle that Michael recently went through In an attempt to defend his actions and properly explain how this unfortunate situation came about over time.

It is unfortunate that all too often, incompetent & unprepared legal teams have resulted in countless convictions to far too many good people resulting in life changing situations that have been extremely harsh and  should have been much more lenient with an end result more favorable based on the Individuals true character and the type of person they really are.

Michael is good man, with a beautiful wife and young son as well as great family and friends that many  less fortunate people envy & strive to have in their lives.

I believe with all my heart that this terrible situation that Michael currently finds himself in has been a very harsh learning experience that comes at a time in a person life when everything and everyone around you seems like a dream come true.

I am confident (based on my knowledge & experiences, friendship etc.) that when Michael emerges from this unfortunate chapter in is life and is able to restart the personal life he has made for himself, he will do so in the manner for which I have grown accustomed to as a result of of our friendship. His family and friends will pick up exactly where we left off and look forward to the type of relationship we have all grown accustom to with Michael.

As you well know, life is very hard, and there are many obstacles we all face on a daily bases both professionally and personally. I believe that when you have the privilege of finding a handful of people that make life that much easier through real solid relationships & great experiences, you support them and do everything you can to keep that relationship strong. I am proud to say that Michael is one of those handful of people that I am happy to call my friend.

Respectfully,

Michael A. DeRose

Honorable Percy Anderson
United States District Judge
350 W. 1st Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

Your Honor,

My name is Alfonso Valadez. I am Michael Mirando's friend and have been for several years. Currently I am in the process of changing  my line of work to an Independent Deputy Inspector however for the past 8 years I was a Police Officer. During my time as an officer in a major U.S city I have witnessed and experienced many different life changing events. Some events changed the course of someone else's life and others change mine. I have interviewed hundreds of people both good and bad. I have worked on patrol, undercover, cadet coordinator, spanish information officer as well as the lead spanish translator for detectives. During my time as an officer I received multiple medals to include a life saving medal, community engagement medal, riot control medal and a commendation medal. I have also received 9 letters of commendation written by my supervisors for superior police work done out on the field.

From my listed accomplishments above I'd like to take the time and talk about the life saving medal award. I was given the award for performing CPR on a dying man. Due to where this man was found, paramedics had trouble finding my location. I waited and worked on this man for over 5 minutes. My quick thinking in recognizing what was wrong with him and allowing my training to take over,  I did what was expected of me. As a police officer my job is not to look at someone's current situation an apply my own beliefs to it. The man I was saving was a known criminal and dying of a heroin overdose. In short, I did my job in accordance with the oath I took and swore to protect. Some of my fellow partners and supervisors said to me, "you should have let him die." or "you could have saved tax payers future money had you just watched him die." These types of comments went against what I believe  was the right thing to do. I stand for something and refused to allow the "culture" to change what I know was the right decision. Approximately 1 year after,  I searched the mans name to see if he had been arrested since, to  my surprise he wasn't. 2 years later I searched again and again he had not been arrested since my encounter with him. Without knowing for sure I speculate but maybe his near death experience scared him enough to finally change his life. For some of us it takes that, for others it takes far less to change.

I met Michael approximately 6 years ago. He and I became instant friends as we shared the same love for sports, movies, comedy and family. I have had many long talks with Michael regarding life, marriage and parenthood. Based on my years as a police officer I consider myself a pretty good judge of character. Michael is compassionate, giving, reasonable and responsible to name a few things. I have seen these traits in Michael over the course of our relationship.

I remember taking Michael on a ride a long during a night shift patrol. I received a call of an aggressive homeless man in the middle of the street. When I arrived other officers were already dealing with him. My interaction on the call was minimal and Michael and I stood back and watched as officers moved him away from the street. When the call was over Michael asked if we could go talk to the homeless man. Surprised by the request I wondered what Michael wanted to ask him. I drove my police vehicle up to the man and Michael got out. Michael knelt down in front of the man and asked him his name. Michael asked him how old he was and when was the last time he ate. Michael then stood up and asked if we could go to Taco Bell across the street  and get the man some food. When we came back with the food

Michael again knelt down and handed the man the food along with a 10 dollar bill. I heard the man say "Thank you and God bless."

I never told Michael this but I was truly touched by his actions of that night. While most people would stand over the homeless man Michael knelt down in front of him. Rather than just giving him money to go buy his own food Michael went and got him food. Michael showed compassion for someone who most people would walk right passed. Not to sound too cliché but as I got to know Michael more this was just him. The kind of guy who helped people push their car out of the way, helped you move or helped you put together your kids swing set.

After speaking to Michael about what he did I felt a sincere feeling of remorse from him. He is sadden by what this is going to do to his wife Sarah and son Jaxen. Michael is a great guy and at times even good people make mistakes. When I speak to people I tend to key into certain words they say. It's been a part of my training for many years. After speaking to Michael about his arrest he apologized to me. He said he was sorry for letting me down as a friend. This spoke volumes as to who Michael is. Your Honor, I ask that when considering Michael's sentence you consider what Michael means to his family and friends. Like my story above about the dying heroin man, I believe strongly this is the life changing event for Michael.

Thank you

8/22/2017



Godes&PreisLLP

Joseph M. Preis

August 22, 2017

Honorable Percy Anderson
United States District Judge
U.S. District Court, Central District of California
350 W. 1st Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

              Re:   The Sentencing of Mr. Michael Mirando

Dear Judge Anderson:

        I write to the Court today to respectfully share a glimpse of my perspective on the character
of Mr. Michael Mirando ("Mike"), for your Honor's consideration in passing sentence.   I have
known Mike for the better part of the past five years, both personally and professionally.  We met
through a mutual friend at a time when Mike needed legal representation on the civil side, and
quickly became friends.  Our families have attended social functions together, including a Marine
Corps Ball[1] which I co-host each year in Dana Point, and Julie (my wife) and I truly love Mike and
Sarah (Mike's wife), and their two (2) year old son Jaxen.  Mike and Sarah moved to Oregon a few
years back in an effort to pursue a slower lifestyle and start a family, and we have missed having
them being locally available for family events and other social gatherings.

        Like any close personal relationship, Mike and I have had good days, and also disagreement,
while discussing business, family and of course sports (Mike is unfortunately a *misguided* fan of the
N.Y Giants).  Regardless, Mike has always impressed me as a strong family man, dedicated to his
wife, and a particularly devoted and affectionate father to their young son Jaxen.   On the
professional side, I have come to know Mike as a hardworking entrepreneur, who wants nothing
more than to provide for his family, and give his son a better life than he had – an aspiration shared
by most parents I am sure.  Despite the stress of civil litigation which certainly took its toll, Mike

---

        [1] I am a former Marine (1990-1994 and 2002-2005) and had the great honor of serving our
Country in Desert Storm and Somalia.

Orange County                              San Diego
300 Spectrum Center Drive, Suite 1420      12636 High Bluff Drive, Suite 200
Irvine, California 92618                    San Diego, California 92130

Honorable Percy Anderson
U.S. District Court, Central District of California

Page 2

maintained a positive attitude and never lost sight of the importance of fairness and his family values.

     Mike is also very much a community guy, having volunteered at the Long Beach Aquarium as a diver (scuba diver in main tank feeding fish/narrating for kids) and for three years that I know of, and he also volunteered as ski patrol up in our local mountains before leaving for Oregon.  He also tried to give back to his community by applying (numerous times) to be a volunteer police officer up in Oregon – applications which we now assume were turned down as a result of the investigation against him.  Nonetheless, Mike always wanted to make a difference, and always gave back to those less fortunate around him.

     In closing, while I am not privy to all of the evidence presented against him (I was not his criminal trial counsel), I am confident that Mike did not set out to break any law(s), but rather must have become a bit lost along the way.  The Mike that I knew (and still know) set out to make a difference to his family and community, and worked/volunteered countless long hours and late nights in making that difference.  Although I certainly appreciate our system of justice, it saddens me that Mike is now facing an uncertain future away from his wife and two (2) year old boy.  I do hope Your Honor will consider Mike's lifetime contributions as a whole, previously unblemished record, years of volunteer work, and the tender age of his son Jaxen, in deciding what sentence to impose.

             Very truly yours,

             Joseph M. Preis

Orange County
300 Spectrum Center Drive, Suite 1420
Irvine, California 92618

San Diego
12636 High Bluff Drive, Suite 200
San Diego, California 92130

August 24, 2017

Honorable Percy Anderson
United States District Judge
350 W. 1st Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

Dear Judge Anderson,

I thank you for taking the time out of your undoubtedly very busy schedule to give my letter some consideration in regards to the sentencing of Mike Mirando. I wanted to take this opportunity to share with you my many experiences with Mike of the years.

My name is Ryan McShea. I am a District Sales Manager for Aflac here in the Chicagoland area. I have been in the insurance and financial advising industry for over 4 years, some of which in Oregon and down state Washington. I have worked with both consumer and commercial businesses in the small to midmarket sector.

I originally met Mike when I first moved to Portland, OR 4 years ago. I was grabbing dinner alone at a local restaurant after one of my first days of work. It happened to be empty until Mike walked in. Being the engaging and always including person that he is, he sat at the table next to me and struck up a conversation only to find out I was new to the area, just moved across country and had no local friends. After some brief conversation, he invited me to meet him and some of his friends to watch a football game that was taking place later that evening. From the very beginning I could tell that Mike had a big heart and always looked out for those around him.

I have since been out with Mike and over to his house countless times. We have traveled all over together, took part in his wedding and even was lucky enough to be included in several of his family's holiday gatherings when I couldn't make it home to see my family; one of which was Christmas 2014. He has always made me feel welcome and is the guy who would literally give you the shirt off his back. He welcomed me into his circle of friends and family. I will always be so thankful for that gift. I couldn't have asked to be surrounded by a better group of people and a better friend.

Mike is also the guy who will drop whatever he is doing when others need help. I had a very difficult break-up with a fiancé a few months after moving out to Oregon. I truly would have been alone if it were not from Mike. He wasn't just there to figuratively help me pick up the pieces but he literally did so. Between helping me move several times or dragging me out of the house to just get some fresh air, he was always there if for nothing else than to have someone to talk to and blow off some steam.

Not only is he a great friend but he is a tremendous family man. From his parents, to his wife Sarah and his son Jaxen, they are truly his life and passion. From our first conversation, he spoke of his wife Sarah. You could instantly see how his face lite up. It was a man who was absolutely in love with and so proud of his wife. He made me excited to meet her just in how highly he spoke of her. They have spent the last 13 years together and in my eyes are the true meaning of love and devotion to ones partner. They do everything together and can't go a day without at least talking. I can attest to this because Mike came to visit me in Chicago after I moved home and literally was either on the phone or taking pictures for her so she could see how our weekend was going. And that feeling and love was just amplified when he had his son Jackson. He has been ready to be a dad for years and couldn't be happier to have his son in his life now. I get weekly pictures so I can see just how much he has grown and how handsome of a little guy he is turning in to; thankfully he looks like his mom! But this is what Mike looks forward to every day and why he so often says he is the luckiest man alive. He is a great dad.

His parents after retiring followed him up to Oregon from California because they couldn't stand being away from him and Sarah. Mike even named and dedicated a room in his house to his dad Tony; his best friend. From the weekly dinners they have at each others homes with the family, to the many golf rounds played and even the occasional cigar sitting on the patio ending their week together, they have such a great father and son relationship. It is inspiring to see and watch how much fun they have together.

As I previously eluded to, I unfortunately had to move home after a few years in Oregon as the job market was scarce and thought I would find better opportunities closer to home. During that hectic process, I was out of a job and I was financially in a tight spot. Without hesitation Mike stepped in and offered to help me out with some bills to relieve some of the stress and to potentially help me buy some additional time to figure things out. It was a wildly generous offer and one I will never forget. But that is what Mike does, he takes care of the people around him.

In short, Mike is the best man I know and is my best friend. I have learned so much from him over the years and have been blessed to have this type of person in my life to help out when times are tough. One of the things he has always preached is accountability and being responsible for ones actions. That has absolutely been his attitude.  He has had an optimistic outlook and been very hopeful and excited to move forward. Life is not about where you start but where you finish. It is also about second chances and having the opportunity to right your wrongs. Mike on numerous occasions has mentioned the great "opportunity" he has ahead of him to not only better serve himself, family and friends yet the community and world around him. We all are given a choice in life and I am so excited to see what the future has in store for him and what good will come of this.

I, with the humblest regards, ask for Mike Mirando to be afforded the opportunity and given the responsibility to make up for his actions through rigorous time based service in the community in which he will not only get a better understanding of the positive impact he could have on those around him but to demonstrate an act of humility in regards to the faults he is acknowledging and leaving behind while being ever devoted to the long path of redemption.

I greatly appreciate your time and will keep all those involved in this process in my prayers.

Respectfully yours,
Ryan McShea

August 22, 2017

Honorable Percy Anderson
United States District Judge
350 W. 1st Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

Dear Judge Anderson,

Michael Mirando is my smile, my laugh and my heart beat….. he is my Son. He is also a loving and caring Husband and Dad.

Michael cares, he is a kind person and above all he is nice to all people, a rare quality to find in a person today. I know Michael and he is not the same since these proceedings. He truly regrets any wrong doing on his behalf. His smile is gone, only sorrow on his face. He realizes that time is precious and he is losing it and would change things if he could only go back in time.

While others look away and do not want to get involved when help is needed, you can count on Michael to be there. He was like that as a child and is the same as a man. Michael will be by your side always, ready to help with actions, advise and love.

Being a friend came easy to Michael. I remember his first days at Nursery School. The teacher told me that she wanted each child to tell her who their best friend was, she asked all the boys and girls, and they all responded with "Michael". I was so proud of my little boy.

As a young boy Michael always made friends very quickly. He was fun to be around and treated everyone fairly. His laugh was contagious. During his football days, which started at the age of 8, Michael or "Mike" as his friends call him, was giving it his all at practice and on game days. Giving help where needed and keeping the moral up on his team lasted into his High School Years. He loved football but also enjoyed baseball. The baseball coach chose him to be the catcher. An important position in baseball. He did well, caught most of the pitches that were thrown to him and even at a young age, he was a team player.

Wanting to help others, Michael considered being a part of a group, who are a necessity in the winter sport of skiing, called Ski Patrol. The ski patrollers, who are at the ski area very early in the morning to check the slopes and leave at the end of the day, receive no pay, clothing or equipment allowance, they only receive the gratification of helping others in need. This was Michael. He studied, took classes and most of all was a very good skier and he became the Youngest Ski Patroller in the history of Bear Mountain Ski Patrol, Bear Mountain, CA. Willing to be there for others and help them when they were hurt was important to him. Michael did a good job.

Michael has volunteered at many positions, this is who he is. Willing to be there on time, with a cheerful attitude and the good feeling that he is helping others.

If there was a car at the side of the road and the occupants needed help, Michael stopped to see if he could be of assistance. In his car was a first aid back pack, which he used on many

occasions to assist those in need. To this day, the first aid back pack, is there. If you or a loved one was in a circumstance that needed help....you would be happy to see Michael.

He has made me proud in many ways but never as much as the time he saved the life of a stranger who was in a single motorcycle accident. Michael did not turn away, he saved this man's life. He received an award at an official ceremony in Aliso Viejo, CA. for doing so. Not that Michael wanted an award or praise because the "thank you for saving my son" from the accident victim's Mother was enough. She hugged Michael with happy tears in her eyes. As a Mom myself, I will never forget that look in her eyes.

Michael knows the wrong he has done, the sadness and shame are in his eyes where once happiness shown through. As his Mom I miss the person who is in there....he has told me many times that he regrets any wrong doing and learned his lesson, the hard way. He would just like to "live" again, never to do harm to anyone and take his son to the park. The guilt will be with him always, he has learned his lesson, and he must live with that.

Please allow Michael, his wife Sarah and their son Jaxen be a happy family again. They love and need each other so much.

I think every Mom loves their children unconditionally but I also LIKE Michael.
He makes me smile.
Please give me back my son and our smiles.

Thank you for taking the time to read this letter.


Respectfully yours,

*Joann Mirando*

Joann Mirando

# J. Gregory Brown

August 24, 2017

Honorable Percy Anderson
United States District Judge
350 W. 1st Street
Courtroom 9A, 9th Floor
Los Angeles, CA 90012

Dear Judge Anderson,

I am writing this letter in support of Mr. Michael Mirando with the hope that you will strongly consider my collective experiences with him when making your sentencing decision.

My name is Greg Brown and I reside in Long Beach, California. I am a life insurance broker and own my own firm, named J. Gregory Brown Insurance Services. I have been in the insurance business since April of 1973. In 1989 I founded a Property & Casualty agency and the business grew in size such that in 2003, I merged the property and casualty business with a publicly traded insurance agency, Brown and Brown. They are currently the sixth largest insurance brokerage in the world. I was president of Brown and Brown of California for approximately five years. Some of my clients are prominent worldwide. Through all of these years I have gained extensive experience in dealing with individuals and business owners.

I met Michael in approximately 2009 at a car show type event. We became friendly and developed a close personal and working relationship. In my experience as a life insurance agent, I have come to understand the importance of one's character. In all my dealings with Michael, he has exhibited great character. Michael and I have a number of common interests – cars being one of them. We would quite often go for a drive and stop at a restaurant that had an outside patio that permitted cigars. We would talk for hours about our common interests and enjoy the food and a cigar. During this time he introduced me to his now wife, Sarah Mirando, and we would socialize frequently with him and his wife. Additionally, my wife and I had the pleasure of being guests at Michael and Sarah Mirando's wedding in Portland, Oregon, and always enjoyed their company. I have also had the opportunity of meeting Michael's parents. I know that they are a very close family, and Michael and his father worship one another. I can't tell you how distraught his mother and father are over this situation that Michael has gotten himself into. Michael and I have had countless conversations and he has told me that in many ways I am like a second father to him. I have grown to feel also as if he is a third son of mine. Michael and I would have many conversations where he would ask me for advice and we would speak for the longest time at a very personal level. In my dealings with people, I have found that people who, on their own, seek to buy life insurance are generally people of good character. Michael did this and he told me he wanted to make sure that his wife, Sarah, and later his son, Jaxson, would be well cared for in the event Michael was not there to care for them himself. I have a great deal of respect for Michael (except for this problem at hand) because in every dealing, both personal and business, he has shown the

# J. Gregory Brown

It is very hard for me to come to terms with the severity of his situation.   From what I understand, you could sentence him to prison for a very long time, and I almost can't believe this is true.   I have spoken with Michael over this on many occasions and I know he is beyond devastated as on many of these phone calls we have had to hang up because he cannot control his crying.   I can tell you from having known Michael for quite some time now that he is completely remorseful for his criminal behavior.   Also in knowing Michael for so long, I have always judged him as a big picture guy, and not so much for the details.   I'm not quite sure, if when he was operating his company, he understood the gravity of his misbehavior.   I am not asking you to excuse this, but rather it's the only way I can conclude that he would have done something so utterly stupid.

Your honor, I think in many ways Michael is very childlike.   I don't think until this moment, he has emotionally grown up.   This event has done that I believe.   I think that Michael is a very intuitively smart person, but adolescent in his analysis, and I really don't feel he had an adult-like understanding of what on earth he was doing.   I understand that does not excuse his actions, but I think it can be, and I would ask should be, taken into consideration in his sentencing.   What I am trying to say is that I'm convinced he was not as consciously aware of his actions then as he would be now.    Please believe me when I tell you that Michael is utterly devastated.   He now understands that it was through his actions alone that put him in this position.   I don't think that he would ever act inappropriately again.   Because we have a business relationship he described to me his utter disgust with Holter Labs, and that it has such bad connotations to him, he wants to rid himself of it as quickly as possible (if he has not done so already).   He said it reminds him of his stupidity, and wants to expunge this from his life.   Michael has told me that whenever he is able to enter the work environment again, whatever he does will be thoroughly straightforward and third party verified to make certain he does not make such a mistake again.

Your honor, he has cried to me, telling me how sorry he is that he disappointed me and his family, and has genuine remorse for his actions.   He got me crying too.   I know what Michael did is beyond severe by the possible sentence he could receive.   I still can't believe the severity of the situation.   I ask you to consider maximum leniency as I believe justice (with the payment of his fine) would be served.   Even though many people in situations such as he have families and would be asking for the same thing, I know Michael did not live a criminal life – he did a criminal thing – and I don't see how it serves our society to incarcerate Michael in this case. I know many of Michael's friends, and I do not believe any of them to be involved in criminal behavior whatsoever.   I honestly do not believe Sarah had any knowledge of this activity.   By incarcerating Michael, she and their young son will be without a husband and a father, with virtually no means of financial support.

Respectfully yours,

J. Gregory Brown

August 25, 2017

Honorable Percy Anderson
United States District Judge
350 W. 1st Street
Courtroom 9A (9th Floor)
Los Angeles, CA 90012

Your Honor:

I am writing this letter in support of Michael Mirando in hopes that my description of Mike
as I know him will be considered in his sentencing.  Mike is one of my best friends who
I've known for over 15 years.  Mike and I worked together at Intel Corporation when we
were both right out of college and became friends immediately.  Over the next many
years it would become clear that Mike was one of the most loyal, loving, and dependable
people I had ever met.  At the time we met he had recently stopped being a member of
the Bear Mountain ski patrol team but started training divers at Sport Chalet.  Mike just
liked helping people out whether it was on the mountain or in learning something new
that he himself loved to do.  That was his character.

Over the years he grew up and I grew up.  As with many people as we got older we were
working more so we weren't getting together as much as in the past but still remained
very close friends.  But through all the busy days Mike was always still out there helping
people out.  From keeping in touch with his old high school football coach who was
having personal issues to helping out veterans (his dad was a Vietnam veteran so Mike
tried to stay active in the community) Mike was always doing what he could.  I even
remember the time Mike rushed to the aid of a fallen motorcycle rider in Orange County
and performed CPR on him after he stopped breathing until the ambulance showed up.
That man had 7 surgeries over 4 months and wouldn't have been alive if it weren't for
Mike doing what he did instinctively (http://www.ocregister.com/2006/05/04/motorcycle-
accident-victim-credits-stranger-for-life/).

I recently became aware that Mike was convicted of health care fraud a few months ago.
I'd be lying if I said that wasn't a shock to me – I was blown away.  I remember he called
me crying about his entire situation but also about how he felt bad that he missed calling
me on my birthday (April 28th) since he was in court.  I was thinking to myself that should
be the last thing on his mind – but that's just the way he is.  He felt bad that he let down

a friend.  I truly believe both his bad choices and decision making were him thinking about how he didn't want to let down his wife and parents; when in reality they just needed Mike to be Mike.  I've talked to him at length over the past few months and it is clear that he truly wants to take responsibility for his troubling actions and has said on multiple occasions that he would like to "take his lumps" as deserved and then focus on rebuilding his life with his wife and his 3 year old son.  That is all that is important to him now.

When Mike started the business at Holter Labs I know he did it with a neighbor learning the ropes from him but it is clear he didn't do his due diligence on how the industry works.  That combined with many poor decisions has left Mike with the situation he is in and must take responsibility for.  There is no arguing that point and as I mentioned Mike is ready to do that.  I just felt it important to share my thoughts on the Mike I know and have known for over 15 years.  He has been and always will be a good person.  He's demonstrated that throughout his life.  I just hope reading this allows you to see him in a light that was not present during the trial.  I know you probably get many of these letters so I thank you for taking the time to listen.


Respectfully yours,


*****Sign here*****
Gianni G. Ferrise

To: Honorable Percy Anderson

United States District Judge

350 W. 1st Street, Courtroom 9A, 9th Floor

Los AngelesCA.

Your Honor,

I am writing in regard to the character of Michael J. Mirando.I have gotten to know Michael over the years and I can attest to his being a person of integrity.He caresfor his country and community as much as any good American.He volunteered during the aftermath ofboth Hurricane Katrina and the horrible tragedy of the 911 terrorist attack on the World trade Center.He saved a mans life and received an award from the City of Aliso Viejo.Since moving to Portland Oregon he would give up his spare time to help law enforcement. Hisaspiration was to become an auxilery policeman. As a result he has befriended many of PortlandOregon's finest and continues to have a great friendship with them.He is an honest and trustworthyperson who loves his family and his many long time friends. He is a man of his word and it has been aprivilege to know him. I ask that you take all of these things into consideration when you make your critical decision in regard to his upcoming sentencing.

Thank you for taking the time to read my letter and for considering these important facts about Michael.

Lawrence A. Sciglimpaglia