# EXHIBIT F

# Aliso Viejo New[s]

The Orange County Register — Thursday, May 4, 2006

## Alive thanks to strangers' kindness

Motorcycle accident victim says passers-by were in 'the right place at the right time'

**By SALVADOR HERNANDEZ**
ALISO VIEJO NEWS



SAM GANGWER / THE NEWS
**RECOVERING:** Aliso Viejo resident Dan Pantano shows his "million dollar face" a little more than three months after his Jan. 16 motorcycle accident that left him in a coma for 10 days.

The only thing Dan Pantano remembers is waking up in a hospital bed, his jaw wired shut and broken in three places.

"You had a motorcycle accident," his wife, Tammy Pantano told him. "You've been in a coma."

Lying in a room in Mission Hospital, able to only mumble a few words through his closed mouth, Pantano could not remember anything. When the rear tire of his Suzuki Volusia blew on Jan. 16, he fell head first into the pavement. His motorcycle helmet cracked but withstood much of the impact. His face was badly hurt.

"I landed on my left side and my face," Pantano said. "The helmet saved my life."

So did the quick actions of three individuals who rushed to his side and brought him back to life that day.

Before the rear tire of his motorcycle stopped spinning, two off-duty sheriff's deputies and a passer-by were by his side.

Four months and seven surgeries later, Pantano has made nearly a full recovery, he said. Plastic surgery has brought his face back to what it looked like before the accident, he said.

"I have a million dollar face," he said.

His only regret is that the surgeon did not lean toward more of a Tom Cruise look, he jokes.

Only his shoulders bother him now, but he doesn't mind. He's just glad he made it out alive.

"I always thought that if you are in a motorcycle accident, you are going to die," Pantano said.

That's what Michael Mirando, 29, thought as he got out of his car on Aliso Viejo Parkway and ran toward Pantano that day.

"When I saw him in the street, I thought I was running to a dead man," Mirando said. "I was surprised he was breathing."

Pantano was turning on Aliso Viejo Parkway when the rear tire of his motorcycle blew, making him lose control. He had the motorcycle for al-

### No good deed goes unnoticed

Michael Mirando, Will Geoghegan, Deputy Kevin Geary and Deputy Darren Sandberg were recognized by the Aliso Viejo City Council for their assistance during the Jan. 16 accident.

Geoghegan was also at the scene the day of the accident, but didn't assist in first aid.

The four received certificates of recognition from the council during the April 19 meeting.

It was the first time Dan Pantano had met the four men after he woke from his coma, except for Mirando who visited him in the hospital.

said, and he never went fast on it.

"It was all paid for and real nice," Pantano said.

A motorcycle rider for 20 years, it was the first, and possibly the last, accident he was involved in.

He's promised his wife no more motorcycles from now on.

Mirando was going home from having his car washed when he noticed the traffic building up in the street. A former member of the Bear Mountain ski patrol, Mirando always travels with an emergency pack in his car. He pulled over, grabbed the pack and rushed toward Pantano.

"He was on his belly and his whole face was completely red," Mirando said.

"His whole face looked like red cement. It looked like a Slurpee."

Kevin Geary and Darren

NEWS

# Motorcycle accident victim credits stranger for life



Dan Pantano survived a severe head trauma from a motorcycle accident thanks to the quick thinking of Michael Mirando, a witness on the scene.

By **SALVADOR HERNANDEZ** | Orange County Register
May 4, 2006 at 3:00 am

0 COMMENTS

ALISO VIEJO — The only thing Dan Pantano remembers is waking up in a hospital bed, his jaw wired shut and broken in three places.

"You had a motorcycle accident," his wife, Tammy Pantano told him. "You've been in a coma."

Lying in a room in Mission Hospital, able to only mumble a few words through his closed mouth, Pantano could not remember anything. When the rear tire of his Suzuki Volusia blew on Jan. 16, he fell head first into the pavement. His motorcycle helmet cracked but withstood much of the impact. His face was badly hurt.

"I landed on my left side and my face," Pantano said. "The helmet saved my life."

So did the quick actions of three individuals who rushed to his side and brought him back to life that day.

Before the rear tire of his motorcycle stopped spinning, two off-duty sheriff's deputies and a passer-by were by his side.

Four months and seven surgeries later, Pantano has made nearly a full recovery, he said. Plastic surgery has brought his face back to what it looked like before the accident, he said.

8/21/2017 Motorcycle accident victim credits stranger for life – Orange County Register

"I have a million dollar face," he said.

His only regret is that the surgeon did not lean toward more of a Tom Cruise look, he jokes.

Only his shoulders bother him now, but he doesn't mind. He's just glad he made it out alive.

"I always thought that if you are in a motorcycle accident, you are going to die," Pantano said.

That's what Michael Mirando, 29, thought as he got out of his car on Aliso Viejo Parkway and ran toward Pantano that day.

"When I saw him in the street, I thought I was running to a dead man," Mirando said. "I was surprised he was breathing."

Pantano was turning on Aliso Viejo Parkway when the rear tire of his motorcycle blew, making him lose control. He had the motorcycle for almost three years, Pantano said, and he never went fast on it.

"It was all paid for and real nice," Pantano said.

A motorcycle rider for 20 years, it was the first, and possibly the last, accident he was involved in.

He's promised his wife no more motorcycles from now on.

Mirando was going home from having his car washed when he noticed the traffic building up in the street. A former member of the Bear Mountain ski patrol, Mirando always travels with an emergency pack in his car. He pulled over, grabbed the pack and rushed toward Pantano.

"He was on his belly and his whole face was completely red," Mirando said.

"His whole face looked like red cement. It looked like a Slurpee."

Kevin Geary and Darren Sandberg, both off-duty deputies from the Orange County Sheriff's Department, also went to help Pantano, who was breathing but with some difficulty.

They cut the strap of the helmet to help him breathe better, but no later than three minutes after Mirando got there, Pantano stopped breathing.

Geary and Sandberg began doing CPR as an ambulance was heard in the distance. When one of the deputies began to remove Pantano's shirt and jacket, Mirando stepped in and continued with the chest compressions.

"I just remember his chest giving in," Mirando said. "I pressed once and his belly and chest just gave in when he took a breath. I was surprised he came back."

Paramedics took over and transferred him to the hospital, where he was in surgery within minutes, Pantano said.

It was like clockwork, he said.

"It was like everyone was at the right place at the right time, and it was rush hour," he said. "God just had everyone in the right place."

**Contact the writer:** shernandez@ocregister.com or (949) 454-7309

---

SPONSORED CONTENT

### Hilarious Actress Reviews a Hotel's Drinks, Food and Service

By Hilton Garden Inn

Judy Greer checks in at Hilton Garden Inn to reminisce with her favorite bartender about the first time they met… 5…

---


### Salvador Hernandez

**VIEW COMMENTS**