SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MICHAEL G. FREEDMAN (Cal. Bar No. 281279)
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0141/3659
    Facsimile: (213) 894-0141
    E-mail:   michael.freedman@usdoj.gov
              katherine.rykken@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL MIRANDO,<br><br>        Defendant. | No. CR 16-215-PA<br><br><u>DECLARATION OF MICHAEL G. FREEDMAN IN SUPPORT OF GOVERNMENT'S POSITION REGARDING SENTENCING OF DEFENDANT MICHAEL MIRANDO</u><br><br>Hearing Date: October 30, 2017<br>Hearing Time: 8:30 a.m.<br>Location:    Courtroom of the Honorable Percy Anderson |
|---|---|

### DECLARATION OF MICHAEL G. FREEDMAN

I, Michael G. Freedman, declare as follows:

1. I am an Assistant United States Attorney assigned to this case for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of the Government's Position Regarding Sentencing of Defendant Michael Mirando.

3. Attached as Exhibit 1 is a true and correct copy of Government's Exhibit 84, which was admitted at trial on April 28, 2017.

4. Attached as Exhibit 2 is a true and correct copy of Government's Exhibit 92, which was admitted at trial on April 28, 2017.

5. Attached as Exhibit 3 is a true and correct copy of Government's Exhibit 90, which was admitted at trial on April 28, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 16, 2017.

/s/
_____
MICHAEL G. FREEDMAN