CASE NO.  __16-CR-215-PA__

____UNITED STATES OF AMERICA____

VS. __MICHAEL MIRANDO__

PLAINTIFF'S EXHIBIT  __# 84__

_____

DATE _____ IDEN.

DATE _____ EVID.

BY_____

**DEPUTY CLERK**

AO 386

January 4, 2005 through March 2016

| Insurance Company | Date range of claims |
|---|---|
| Aetna Life Insurance Company | 4/10/2006 to 2/13/2016 |
| Anthem Inc/ Anthem Blue Cross/Wellpoint * | 10/11/2005 to 3/29/2016 |
| Arkansas Blue Cross and Blue Shield | 5/5/10 to 9/27/11 |
| Blue Cross Blue Shield of Alabama * | 3/22/2006 to 3/10/2016 (no claims in 2012) |
| Blue Cross Blue Shield of Minnesota | 8/22/2005 to 10/6/2015 (none from 2012) |
| Blue Cross Blue Shield of New Jersey | 07/13/2009 to 03/25/2016 |
| Blue Cross & Blue Shiled of Rhode Island | 12/12/06 to 1/27/12 |
| Blue Cross Blue Shield of South Carolina | 6/4/09 to 7/29/12 |
| Blue Cross Blue Shield of Hawaii | 04/15/08 to 05/05/08 |
| Cigna | 07/18/2005 through 11/07/2013 |
| Coventry Health Care | 4/10/06 to 2/2/13 |
| Emblem Health | 4/22/2013 - 7/26/2015 |
| Florida Blue dba Blue Cross and Blue Shield of Florida | 9/18/2006 to 4/24/2013 (no claims 2009 thru 2012; none since 2013 |
| GEHA | 7/20/2009 to 7/25/2013 |
| Healthfirst | 12/17/2013 to 3/25/2016 |
| Highmark Blue Cross* | 7/06 to 10/13/13 |
| Humana | 01/01/2005 to 3/29/2016 |
| IHC Health Solutions | 12/19/2006 to 12/6/2011 |
| Independence Blue Cross | 7/16/2008 to 06/09/2015 |
| Independent Health | 10/25/2007 to 12/11/2012 |
| Kaiser Permanente | 11/07/2007 to 9/7/2013 |
| Premera Blue Cross | 6/7/2013 to 4/26/2016 |
| Tricare | 08/01/2006 to 02/25/2016 (specific CPT codes 2006 - 2008) |
| United Health Group (Optum) | 1/5/2005 to 3/18/2016 |
| WellCare Health Plans, Inc. | 3/9/2010 to 9/20/2011 |
| XL Health | 1/1/2009 thru 8/31/2013 (paid thru 9/24/2013) |

* (only provided CPT codes requested)

Holter Labs, LLC and Holter Labs, Inc
All claims received by 10/21/2016

| Row Labels | Values | |
| --- | --- | --- |
| | Sum of BILLED AMT | Sum of PAID AMT |
| **AETNA** | **$ 1,681,855.44** | **$ 437,492.41** |
| **92921** | **$ 195.00** | **$ 53.62** |
| Unknown | $ 195.00 | $ 53.62 |
| **93025** | **$ 172,874.00** | **$ 11,048.91** |
| Unable to perform | $ 172,874.00 | $ 11,048.91 |
| **93226** | **$ 135,310.00** | **$ 27,038.84** |
| Appears to be Valid | $ 87,715.00 | $ 16,351.01 |
| Duplicate date of service | $ 47,595.00 | $ 10,687.83 |
| **93229** | **$ 25,500.00** | **$ 5,820.70** |
| Unable to perform | $ 25,500.00 | $ 5,820.70 |
| **93232** | **$ 173,136.01** | **$ 62,016.50** |
| Appears to be Valid | $ 87,636.01 | $ 30,319.10 |
| Duplicate date of service | $ 85,500.00 | $ 31,697.40 |
| **93271** | **$ 389,946.00** | **$ 102,132.02** |
| Unable to perform | $ 389,946.00 | $ 102,132.02 |
| **93278** | **$ 11,125.20** | **$ 165.77** |
| Duplicate date of service | $ 590.00 | $ - |
| Unknown | $ 10,535.20 | $ 165.77 |
| **93799** | **$ 161,138.20** | **$ 38,727.40** |
| Appears to be Valid | $ 144,673.20 | $ 32,361.93 |
| Duplicate date of service | $ 16,465.00 | $ 6,365.47 |
| **95806** | **$ 69,025.00** | **$ 22,312.11** |
| Unable to perform | $ 69,025.00 | $ 22,312.11 |
| **95827** | **$ 463,635.00** | **$ 149,671.43** |
| Unable to perform | $ 463,635.00 | $ 149,671.43 |
| **95921** | **$ 75,196.03** | **$ 18,358.17** |
| Duplicate date of service | $ 61,706.03 | $ 16,846.35 |
| Unknown | $ 13,490.00 | $ 1,511.82 |
| **95999** | **$ 176.00** | **$ -** |
| Unable to perform | $ 176.00 | $ - |
| **99000** | **$ 4,599.00** | **$ 146.94** |
| Appears to be Valid | $ 3,875.00 | $ 126.02 |
| Duplicate date of service | $ 724.00 | $ 20.92 |
| **Anthem Blue Cross/Wellpoint** | **$ 1,260,463.00** | **$ 326,071.53** |
| **93025** | **$ 58,188.00** | **$ 6,103.14** |
| Unable to perform | $ 58,188.00 | $ 6,103.14 |
| **93226** | **$ 116,183.00** | **$ 26,811.35** |
| Appears to be Valid | $ 89,248.00 | $ 17,145.33 |
| Duplicate date of service | $ 26,935.00 | $ 9,666.02 |
| **93229** | **$ 95,940.00** | **$ 12,875.84** |
| Unable to perform | $ 95,940.00 | $ 12,875.84 |
| **93232** | **$ 20,310.00** | **$ 5,337.02** |
| Appears to be Valid | $ 16,095.00 | $ 4,870.76 |

| | | | |
|---|---|---|---|
| Duplicate date of service | $ | 4,215.00 | $ | 466.26 |
| **93235** | $ | **1,940.00** | $ | **1,084.00** |
| Appears to be Valid | $ | 1,585.00 | $ | 729.00 |
| Unknown | $ | 355.00 | $ | 355.00 |
| **93271** | $ | **357,531.00** | $ | **95,878.59** |
| Unable to perform | $ | 357,531.00 | $ | 95,878.59 |
| **93278** | $ | **3,055.00** | $ | **590.00** |
| Duplicate date of service | $ | 295.00 | $ | 295.00 |
| Unknown | $ | 2,760.00 | $ | 295.00 |
| **93799** | $ | **23,215.00** | $ | **1,934.12** |
| Appears to be Valid | $ | 22,705.00 | $ | 1,934.12 |
| Duplicate date of service | $ | 510.00 | $ | - |
| **95806** | $ | **98,205.00** | $ | **30,243.16** |
| Unable to perform | $ | 98,205.00 | $ | 30,243.16 |
| **95827** | $ | **481,235.00** | $ | **144,820.85** |
| Unable to perform | $ | 481,235.00 | $ | 144,820.85 |
| **95921** | $ | **2,845.00** | $ | **292.35** |
| Duplicate date of service | $ | 2,845.00 | $ | 292.35 |
| **99000** | $ | **1,816.00** | $ | **101.11** |
| Appears to be Valid | $ | 1,740.00 | $ | 101.11 |
| Duplicate date of service | $ | 76.00 | $ | - |
| **BCBS of Alabama** | $ | **227,504.00** | $ | **124,913.29** |
| **93025** | $ | **984.00** | $ | **-** |
| Unable to perform | $ | 984.00 | $ | - |
| **93226** | $ | **12,080.00** | $ | **5,774.43** |
| Appears to be Valid | $ | 7,910.00 | $ | 4,286.51 |
| Duplicate date of service | $ | 4,170.00 | $ | 1,487.92 |
| **93232** | $ | **25,715.00** | $ | **12,992.33** |
| Appears to be Valid | $ | 7,870.00 | $ | 3,651.21 |
| Duplicate date of service | $ | 17,845.00 | $ | 9,341.12 |
| **93271** | $ | **64,790.00** | $ | **35,272.52** |
| Unable to perform | $ | 64,790.00 | $ | 35,272.52 |
| **93278** | $ | **2,205.00** | $ | **369.88** |
| Duplicate date of service | $ | 1,910.00 | $ | 308.59 |
| Unknown | $ | 295.00 | $ | 61.29 |
| **93797** | $ | **355.00** | $ | **75.00** |
| Unknown | $ | 355.00 | $ | 75.00 |
| **93799** | $ | **17,250.00** | $ | **3,967.81** |
| Appears to be Valid | $ | 15,735.00 | $ | 3,607.81 |
| Duplicate date of service | $ | 1,515.00 | $ | 360.00 |
| **95806** | $ | **625.00** | $ | **-** |
| Unable to perform | $ | 625.00 | $ | - |
| **95827** | $ | **101,040.00** | $ | **66,094.59** |
| Unable to perform | $ | 101,040.00 | $ | 66,094.59 |
| **95921** | $ | **420.00** | $ | **104.51** |
| Duplicate date of service | $ | 420.00 | $ | 104.51 |
| **99000** | $ | **1,940.00** | $ | **262.22** |

| | | |
|---|---:|---:|
| Appears to be Valid | $ 690.00 | $ 111.54 |
| Duplicate date of service | $ 1,036.00 | $ 122.14 |
| Unknown | $ 214.00 | $ 28.54 |
| **99499** | **$ 100.00** | **$ -** |
| Unknown | $ 100.00 | $ - |
| **BCBS of Arkansas** | **$ 7,090.00** | **$ 3,034.60** |
| **93226** | **$ 600.00** | **$ 271.28** |
| Appears to be Valid | $ 500.00 | $ 209.54 |
| Duplicate date of service | $ 100.00 | $ 61.74 |
| **93232** | **$ 390.00** | **$ 63.34** |
| Appears to be Valid | $ 390.00 | $ 63.34 |
| **93271** | **$ 790.00** | **$ 284.71** |
| Unable to perform | $ 790.00 | $ 284.71 |
| **93799** | **$ 2,660.00** | **$ 930.65** |
| Appears to be Valid | $ 2,660.00 | $ 930.65 |
| **95827** | **$ 2,425.00** | **$ 1,426.00** |
| Unable to perform | $ 2,425.00 | $ 1,426.00 |
| **95921** | **$ 225.00** | **$ 58.62** |
| Duplicate date of service | $ 225.00 | $ 58.62 |
| **BCBS of Florida** | **$ 34,155.90** | **$ 8,822.97** |
| **93025** | **$ 811.00** | **$ -** |
| Unable to perform | $ 811.00 | $ - |
| **93226** | **$ 300.00** | **$ 61.74** |
| Appears to be Valid | $ 300.00 | $ 61.74 |
| **93232** | **$ 8,386.90** | **$ 1,658.49** |
| Appears to be Valid | $ 5,056.90 | $ 978.41 |
| Duplicate date of service | $ 3,330.00 | $ 680.08 |
| **93271** | **$ 8,925.00** | **$ 2,945.13** |
| Unable to perform | $ 8,925.00 | $ 2,945.13 |
| **93799** | **$ 3,100.00** | **$ 1,329.00** |
| Appears to be Valid | $ 2,985.00 | $ 1,205.00 |
| Duplicate date of service | $ 115.00 | $ 124.00 |
| **95806** | **$ 650.00** | **$ -** |
| Unable to perform | $ 650.00 | $ - |
| **95827** | **$ 5,125.00** | **$ 1,725.40** |
| Unable to perform | $ 5,125.00 | $ 1,725.40 |
| **95921** | **$ 1,645.00** | **$ 266.63** |
| Duplicate date of service | $ 1,155.00 | $ 154.24 |
| Unknown | $ 490.00 | $ 112.39 |
| **95999** | **$ 4,645.00** | **$ 803.02** |
| Unable to perform | $ 4,645.00 | $ 803.02 |
| **99000** | **$ 217.00** | **$ 23.24** |
| Appears to be Valid | $ 124.00 | $ 14.94 |
| Unknown | $ 93.00 | $ 8.30 |
| **A4556** | **$ 56.00** | **$ 10.32** |
| Duplicate date of service | $ 56.00 | $ 10.32 |
| **A9900** | **$ 295.00** | **$ -** |

| | | |
|---|---:|---:|
| Duplicate date of service | $ 220.00 | $ - |
| Unknown | $ 75.00 | $ - |
| **BCBS of Hawaii** | **$ 3,926.00** | **$ 2,021.07** |
| **93232** | **$ 1,125.00** | **$ 443.80** |
| Appears to be Valid | $ 225.00 | $ - |
| Duplicate date of service | $ 900.00 | $ 443.80 |
| **93271** | **$ 495.00** | **$ 299.03** |
| Unable to perform | $ 495.00 | $ 299.03 |
| **93799** | **$ 225.00** | **$ -** |
| Appears to be Valid | $ 225.00 | $ - |
| **95806** | **$ 225.00** | **$ 148.50** |
| Unable to perform | $ 225.00 | $ 148.50 |
| **95827** | **$ 1,600.00** | **$ 1,096.80** |
| Unable to perform | $ 1,600.00 | $ 1,096.80 |
| **95921** | **$ 225.00** | **$ 24.64** |
| Unknown | $ 225.00 | $ 24.64 |
| **99000** | **$ 31.00** | **$ 8.30** |
| Appears to be Valid | $ 31.00 | $ 8.30 |
| **BCBS of Minnesota** | **$ 24,347.00** | **$ 12,984.33** |
| **93226** | **$ 800.00** | **$ 573.25** |
| Appears to be Valid | $ 600.00 | $ 496.08 |
| Duplicate date of service | $ 200.00 | $ 77.17 |
| **93232** | **$ 5,350.00** | **$ 1,916.88** |
| Appears to be Valid | $ 3,660.00 | $ 1,284.46 |
| Duplicate date of service | $ 1,690.00 | $ 632.42 |
| **93271** | **$ 4,050.00** | **$ 2,794.51** |
| Unable to perform | $ 4,050.00 | $ 2,794.51 |
| **93278** | **$ 195.00** | **$ 55.58** |
| Duplicate date of service | $ 195.00 | $ 55.58 |
| **93799** | **$ 3,445.00** | **$ 1,509.50** |
| Appears to be Valid | $ 3,270.00 | $ 1,509.50 |
| Duplicate date of service | $ 175.00 | $ - |
| **95806** | **$ 325.00** | **$ -** |
| Unable to perform | $ 325.00 | $ - |
| **95827** | **$ 6,275.00** | **$ 4,435.23** |
| Unable to perform | $ 6,275.00 | $ 4,435.23 |
| **95921** | **$ 1,480.00** | **$ 554.14** |
| Duplicate date of service | $ 1,130.00 | $ 239.14 |
| Unknown | $ 350.00 | $ 315.00 |
| **95999** | **$ 1,340.00** | **$ 971.50** |
| Unable to perform | $ 1,340.00 | $ 971.50 |
| **99000** | **$ 341.00** | **$ 157.25** |
| Appears to be Valid | $ 186.00 | $ 118.24 |
| Duplicate date of service | $ 155.00 | $ 39.01 |
| **A4556** | **$ 66.00** | **$ 16.49** |
| Duplicate date of service | $ 57.00 | $ 16.49 |
| Unknown | $ 9.00 | $ - |

| | | |
|---|---:|---:|
| **A9900** | $ **455.00** | $ **-** |
| Duplicate date of service | $ 455.00 | $ - |
| **A9999** | $ **225.00** | $ **-** |
| Unknown | $ 225.00 | $ - |
| **BCBS of New Jersey** | $ **33,162.00** | $ **10,847.90** |
| **93025** | $ **2,295.00** | $ **23.08** |
| Unable to perform | $ 2,295.00 | $ 23.08 |
| **93226** | $ **990.00** | $ **51.65** |
| Appears to be Valid | $ 890.00 | $ 51.65 |
| Duplicate date of service | $ 100.00 | $ - |
| **93229** | $ **1,785.00** | $ **357.00** |
| Unable to perform | $ 1,785.00 | $ 357.00 |
| **93232** | $ **4,495.00** | $ **2,188.88** |
| Appears to be Valid | $ 1,170.00 | $ 771.50 |
| Duplicate date of service | $ 3,325.00 | $ 1,417.38 |
| **93271** | $ **3,750.00** | $ **778.18** |
| Unable to perform | $ 3,750.00 | $ 778.18 |
| **93278** | $ **195.00** | $ **2.43** |
| Unknown | $ 195.00 | $ 2.43 |
| **93799** | $ **3,880.00** | $ **-** |
| Appears to be Valid | $ 2,620.00 | $ - |
| Duplicate date of service | $ 1,260.00 | $ - |
| **95806** | $ **650.00** | $ **-** |
| Unable to perform | $ 650.00 | $ - |
| **95827** | $ **11,075.00** | $ **7,396.72** |
| Unable to perform | $ 11,075.00 | $ 7,396.72 |
| **95921** | $ **2,585.00** | $ **49.96** |
| Duplicate date of service | $ 2,390.00 | $ - |
| Unknown | $ 195.00 | $ 49.96 |
| **99199** | $ **1,462.00** | $ **-** |
| Duplicate date of service | $ 1,324.00 | $ - |
| Unknown | $ 138.00 | $ - |
| **BCBS of Rhode Island** | $ **22,644.00** | $ **11,989.48** |
| **93025** | $ **1,200.00** | $ **919.11** |
| Unable to perform | $ 1,200.00 | $ 919.11 |
| **93226** | $ **700.00** | $ **308.68** |
| Appears to be Valid | $ 200.00 | $ 154.34 |
| Duplicate date of service | $ 500.00 | $ 154.34 |
| **93232** | $ **3,645.00** | $ **1,599.78** |
| Appears to be Valid | $ 1,235.00 | $ 458.79 |
| Duplicate date of service | $ 2,410.00 | $ 1,140.99 |
| **93271** | $ **3,060.00** | $ **2,133.09** |
| Unable to perform | $ 3,060.00 | $ 2,133.09 |
| **93278** | $ **295.00** | $ **-** |
| Duplicate date of service | $ 295.00 | $ - |
| **93799** | $ **2,135.00** | $ **656.00** |
| Appears to be Valid | $ 1,980.00 | $ 581.00 |

| | | | |
|---|---|---:|---:|
| Duplicate date of service | $ | 155.00 | $ | 75.00 |
| **95806** | $ | **1,185.00** | $ | **-** |
| Unable to perform | $ | 1,185.00 | $ | - |
| **95827** | $ | **8,250.00** | $ | **5,375.95** |
| Unable to perform | $ | 8,250.00 | $ | 5,375.95 |
| **95921** | $ | **1,445.00** | $ | **549.81** |
| Duplicate date of service | $ | 1,445.00 | $ | 549.81 |
| **95999** | $ | **335.00** | $ | **234.50** |
| Unable to perform | $ | 335.00 | $ | 234.50 |
| **99000** | $ | **124.00** | $ | **26.56** |
| Appears to be Valid | $ | 62.00 | $ | 13.28 |
| Duplicate date of service | $ | 62.00 | $ | 13.28 |
| **A4556** | $ | **25.00** | $ | **17.50** |
| Duplicate date of service | $ | 25.00 | $ | 17.50 |
| **A9900** | $ | **245.00** | $ | **168.50** |
| Duplicate date of service | $ | 245.00 | $ | 168.50 |
| **BCBS of South Carolina** | $ | **98,818.00** | $ | **38,667.13** |
| **93025** | $ | **8,620.00** | $ | **1,060.38** |
| Unable to perform | $ | 8,620.00 | $ | 1,060.38 |
| **93226** | $ | **3,510.00** | $ | **1,587.89** |
| Appears to be Valid | $ | 1,210.00 | $ | 728.35 |
| Duplicate date of service | $ | 2,300.00 | $ | 859.54 |
| **93229** | $ | **1,200.00** | $ | **29.17** |
| Unable to perform | $ | 1,200.00 | $ | 29.17 |
| **93232** | $ | **10,495.00** | $ | **4,397.30** |
| Appears to be Valid | $ | 2,840.00 | $ | 1,043.30 |
| Duplicate date of service | $ | 7,655.00 | $ | 3,354.00 |
| **93271** | $ | **13,920.00** | $ | **7,533.72** |
| Unable to perform | $ | 13,920.00 | $ | 7,533.72 |
| **93278** | $ | **1,835.00** | $ | **128.58** |
| Duplicate date of service | $ | 1,835.00 | $ | 128.58 |
| **93799** | $ | **12,060.00** | $ | **1,286.14** |
| Appears to be Valid | $ | 8,315.00 | $ | 870.00 |
| Duplicate date of service | $ | 3,745.00 | $ | 416.14 |
| **95806** | $ | **3,160.00** | $ | **591.20** |
| Unable to perform | $ | 3,160.00 | $ | 591.20 |
| **95827** | $ | **36,900.00** | $ | **20,463.71** |
| Unable to perform | $ | 36,900.00 | $ | 20,463.71 |
| **95921** | $ | **6,380.00** | $ | **1,501.89** |
| Duplicate date of service | $ | 6,380.00 | $ | 1,501.89 |
| **99000** | $ | **738.00** | $ | **87.15** |
| Appears to be Valid | $ | 431.00 | $ | 32.37 |
| Duplicate date of service | $ | 138.00 | $ | 23.24 |
| Unknown | $ | 169.00 | $ | 31.54 |
| **Cigna** | $ | **920,076.62** | $ | **300,576.52** |
| **93025** | $ | **99,796.00** | $ | **29,020.76** |
| Unable to perform | $ | 99,796.00 | $ | 29,020.76 |

| | | |
|---|---:|---:|
| **93226** | **$ 87,670.00** | **$ 19,015.54** |
| Appears to be Valid | $ 45,880.00 | $ 8,377.27 |
| Duplicate date of service | $ 41,790.00 | $ 10,638.27 |
| **93229** | **$ 4,200.00** | **$ 1,660.50** |
| Unable to perform | $ 4,200.00 | $ 1,660.50 |
| **93232** | **$ 138,947.62** | **$ 50,397.85** |
| Appears to be Valid | $ 66,285.62 | $ 19,640.00 |
| Duplicate date of service | $ 73,462.00 | $ 30,757.85 |
| Unknown | $ (800.00) | $ - |
| **93236** | **$ 790.00** | **$ 224.00** |
| Duplicate date of service | $ 790.00 | $ 224.00 |
| **93271** | **$ 185,442.00** | **$ 61,807.53** |
| Unable to perform | $ 185,442.00 | $ 61,807.53 |
| **93278** | **$ 2,215.00** | **$ 73.13** |
| Duplicate date of service | $ 1,295.00 | $ - |
| Unknown | $ 920.00 | $ 73.13 |
| **93790** | **$ 185.00** | **$ -** |
| Unknown | $ 185.00 | $ - |
| **93799** | **$ 77,320.00** | **$ 22,825.39** |
| Appears to be Valid | $ 66,900.00 | $ 19,698.26 |
| Duplicate date of service | $ 10,420.00 | $ 3,127.13 |
| **95806** | **$ 30,545.00** | **$ 8,278.17** |
| Unable to perform | $ 30,545.00 | $ 8,278.17 |
| **95824** | **$ 400.00** | **$ -** |
| Unable to perform | $ 400.00 | $ - |
| **95827** | **$ 254,427.00** | **$ 93,298.67** |
| Unable to perform | $ 254,427.00 | $ 93,298.67 |
| **95921** | **$ 35,165.00** | **$ 12,902.89** |
| Duplicate date of service | $ 33,160.00 | $ 12,521.59 |
| Unknown | $ 2,005.00 | $ 381.30 |
| **99000** | **$ 2,974.00** | **$ 1,072.09** |
| Appears to be Valid | $ 2,391.00 | $ 922.98 |
| Duplicate date of service | $ 583.00 | $ 149.11 |
| **Coventry Health** | **$ 46,906.00** | **$ 19,876.51** |
| **93025** | **$ 6,175.00** | **$ 2,042.72** |
| Unable to perform | $ 6,175.00 | $ 2,042.72 |
| **93226** | **$ 5,245.00** | **$ 2,590.63** |
| Appears to be Valid | $ 3,285.00 | $ 1,781.72 |
| Duplicate date of service | $ 1,960.00 | $ 808.91 |
| **93232** | **$ 5,245.00** | **$ 1,415.19** |
| Appears to be Valid | $ 3,820.00 | $ 780.06 |
| Duplicate date of service | $ 1,425.00 | $ 635.13 |
| **93271** | **$ 8,532.00** | **$ 3,533.52** |
| Unable to perform | $ 8,532.00 | $ 3,533.52 |
| **93799** | **$ 3,930.00** | **$ 1,111.32** |
| Appears to be Valid | $ 3,745.00 | $ 1,111.32 |
| Duplicate date of service | $ 185.00 | $ - |

| | | | |
|---|---|---|---|
| **95806** | $ | **1,975.00** | $ **729.35** |
| Unable to perform | $ | 1,975.00 | $ 729.35 |
| **95827** | $ | **14,400.00** | $ **7,661.50** |
| Unable to perform | $ | 14,400.00 | $ 7,661.50 |
| **95921** | $ | **1,280.00** | $ **787.48** |
| Duplicate date of service | $ | 420.00 | $ 242.23 |
| Unknown | $ | 860.00 | $ 545.25 |
| **99000** | $ | **124.00** | $ **4.80** |
| Appears to be Valid | $ | 31.00 | $ - |
| Unknown | $ | 93.00 | $ 4.80 |
| **Emblem Health** | $ | **44,710.84** | $ **9,113.12** |
| **93025** | $ | **5,157.14** | $ **2,036.38** |
| Unable to perform | $ | 5,157.14 | $ 2,036.38 |
| **93226** | $ | **4,340.92** | $ **447.91** |
| Appears to be Valid | $ | 4,040.92 | $ 392.91 |
| Duplicate date of service | $ | 300.00 | $ 55.00 |
| **93229** | $ | **6,168.84** | $ **1,785.29** |
| Unable to perform | $ | 6,168.84 | $ 1,785.29 |
| **93271** | $ | **6,725.00** | $ **1,353.42** |
| Unable to perform | $ | 6,725.00 | $ 1,353.42 |
| **93278** | $ | **803.94** | $ **84.86** |
| Unknown | $ | 803.94 | $ 84.86 |
| **93799** | $ | **6,630.00** | $ **485.50** |
| Appears to be Valid | $ | 6,435.00 | $ 485.50 |
| Duplicate date of service | $ | 195.00 | $ - |
| **95806** | $ | **1,950.00** | $ **867.00** |
| Unable to perform | $ | 1,950.00 | $ 867.00 |
| **95827** | $ | **12,350.00** | $ **1,731.00** |
| Unable to perform | $ | 12,350.00 | $ 1,731.00 |
| **95921** | $ | **585.00** | $ **321.75** |
| Unknown | $ | 585.00 | $ 321.75 |
| **GEHA** | $ | **37,682.00** | $ **15,138.21** |
| **93025** | $ | **4,630.00** | $ **1,939.51** |
| Unable to perform | $ | 4,630.00 | $ 1,939.51 |
| **93226** | $ | **5,090.00** | $ **2,015.98** |
| Appears to be Valid | $ | 2,670.00 | $ 996.06 |
| Duplicate date of service | $ | 2,420.00 | $ 1,019.92 |
| **93229** | $ | **400.00** | $ **67.26** |
| Unable to perform | $ | 400.00 | $ 67.26 |
| **93232** | $ | **1,385.00** | $ **564.00** |
| Appears to be Valid | $ | 400.00 | $ 141.60 |
| Duplicate date of service | $ | 985.00 | $ 422.40 |
| **93271** | $ | **6,386.00** | $ **2,939.35** |
| Unable to perform | $ | 6,386.00 | $ 2,939.35 |
| **93799** | $ | **4,020.00** | $ **977.80** |
| Appears to be Valid | $ | 3,045.00 | $ 794.38 |
| Duplicate date of service | $ | 975.00 | $ 183.42 |

| | | | | |
|---|---|---|---:|---|
| **95806** | $ | **2,625.00** | $ | **1,001.27** |
| Unable to perform | $ | 2,625.00 | $ | 1,001.27 |
| **95827** | $ | **11,825.00** | $ | **5,106.28** |
| Unable to perform | $ | 11,825.00 | $ | 5,106.28 |
| **95921** | $ | **1,290.00** | $ | **517.64** |
| Duplicate date of service | $ | 1,095.00 | $ | 437.66 |
| Unknown | $ | 195.00 | $ | 79.98 |
| **99000** | $ | **31.00** | $ | **9.12** |
| Appears to be Valid | $ | 31.00 | $ | 9.12 |
| **Healthfirst** | $ | **18,075.00** | $ | **6,322.26** |
| **93025** | $ | **1,975.00** | $ | **1,187.38** |
| Unable to perform | $ | 1,975.00 | $ | 1,187.38 |
| **93226** | $ | **1,780.00** | $ | **902.32** |
| Appears to be Valid | $ | 1,780.00 | $ | 902.32 |
| **93229** | $ | **695.00** | $ | **695.00** |
| Unable to perform | $ | 695.00 | $ | 695.00 |
| **93271** | $ | **6,345.00** | $ | **1,363.85** |
| Unable to perform | $ | 6,345.00 | $ | 1,363.85 |
| **93799** | $ | **1,755.00** | $ | **585.00** |
| Appears to be Valid | $ | 1,755.00 | $ | 585.00 |
| **95806** | $ | **325.00** | $ | **150.08** |
| Unable to perform | $ | 325.00 | $ | 150.08 |
| **95827** | $ | **4,225.00** | $ | **1,128.50** |
| Unable to perform | $ | 4,225.00 | $ | 1,128.50 |
| **95921** | $ | **975.00** | $ | **310.13** |
| Unknown | $ | 975.00 | $ | 310.13 |
| **Highmark Blue Cross** | $ | **391,777.00** | $ | **185,267.49** |
| **93025** | $ | **29,241.00** | $ | **1,508.10** |
| Unable to perform | $ | 29,241.00 | $ | 1,508.10 |
| **93229** | $ | **2,400.00** | $ | **-** |
| Unable to perform | $ | 2,400.00 | $ | - |
| **93232** | $ | **4,275.00** | $ | **1,750.15** |
| Appears to be Valid | $ | 1,575.00 | $ | 610.22 |
| Duplicate date of service | $ | 2,700.00 | $ | 1,139.93 |
| **93271** | $ | **67,981.00** | $ | **37,863.45** |
| Unable to perform | $ | 67,981.00 | $ | 37,863.45 |
| **93799** | $ | **1,705.00** | $ | **765.00** |
| Appears to be Valid | $ | 775.00 | $ | 345.00 |
| Duplicate date of service | $ | 930.00 | $ | 420.00 |
| **95806** | $ | **59,520.00** | $ | **2,385.55** |
| Unable to perform | $ | 59,520.00 | $ | 2,385.55 |
| **95827** | $ | **225,525.00** | $ | **140,639.79** |
| Unable to perform | $ | 225,525.00 | $ | 140,639.79 |
| **95921** | $ | **930.00** | $ | **325.57** |
| Duplicate date of service | $ | 465.00 | $ | 202.58 |
| Unknown | $ | 465.00 | $ | 122.99 |
| **99000** | $ | **200.00** | $ | **29.88** |

| | | | |
|---|---|---:|---|---:|
| Appears to be Valid | $ | 124.00 | $ | 23.24 |
| Duplicate date of service | $ | 76.00 | $ | 6.64 |
| **Humana** | **$** | **1,031,990.95** | **$** | **284,422.29** |
| **33271** | **$** | **695.00** | **$** | **309.60** |
| Unknown | $ | 695.00 | $ | 309.60 |
| **93025** | **$** | **203,402.50** | **$** | **65,935.10** |
| Unable to perform | $ | 203,402.50 | $ | 65,935.10 |
| **93226** | **$** | **50,240.00** | **$** | **7,035.66** |
| Appears to be Valid | $ | 32,105.00 | $ | 4,633.23 |
| Duplicate date of service | $ | 18,135.00 | $ | 2,402.43 |
| **93229** | **$** | **139,362.50** | **$** | **54,279.32** |
| Unable to perform | $ | 139,362.50 | $ | 54,279.32 |
| **93231** | **$** | **400.00** | **$** | |
| Unknown | $ | 400.00 | $ | - |
| **93232** | **$** | **153,699.45** | **$** | **38,642.41** |
| Appears to be Valid | $ | 86,923.50 | $ | 18,924.13 |
| Duplicate date of service | $ | 66,375.95 | $ | 19,718.28 |
| Unknown | $ | 400.00 | $ | - |
| **93271** | **$** | **275,924.50** | **$** | **74,573.71** |
| Unable to perform | $ | 275,924.50 | $ | 74,573.71 |
| **93278** | **$** | **7,675.00** | **$** | **314.28** |
| Duplicate date of service | $ | 5,000.00 | $ | 195.14 |
| Unknown | $ | 2,675.00 | $ | 119.14 |
| **93325** | **$** | **325.00** | **$** | **-** |
| Unknown | $ | 325.00 | $ | - |
| **93799** | **$** | **23,700.00** | **$** | **2,232.54** |
| Appears to be Valid | $ | 21,275.00 | $ | 1,990.04 |
| Duplicate date of service | $ | 2,425.00 | $ | 242.50 |
| **95805** | **$** | **61,825.00** | **$** | **13,645.28** |
| Unable to perform | $ | 61,825.00 | $ | 13,645.28 |
| **95812** | **$** | **400.00** | **$** | **-** |
| Unable to perform | $ | 400.00 | $ | - |
| **95816** | **$** | **395.00** | **$** | **204.38** |
| Unable to perform | $ | 395.00 | $ | 204.38 |
| **95827** | **$** | **58,325.00** | **$** | **21,558.58** |
| Unable to perform | $ | 58,325.00 | $ | 21,558.58 |
| **95921** | **$** | **9,055.00** | **$** | **1,430.15** |
| Duplicate date of service | $ | 2,475.00 | $ | 370.69 |
| Unknown | $ | 6,580.00 | $ | 1,059.46 |
| **95927** | **$** | **350.00** | **$** | **-** |
| Duplicate date of service | $ | 195.00 | $ | - |
| Unknown | $ | 155.00 | $ | - |
| **95999** | **$** | **31,650.00** | **$** | **2,158.62** |
| Unable to perform | $ | 31,650.00 | $ | 2,158.62 |
| **99000** | **$** | **4,806.00** | **$** | **982.77** |
| Appears to be Valid | $ | 3,347.00 | $ | 573.67 |
| Duplicate date of service | $ | 755.00 | $ | 219.43 |

| | | | |
|---|---|---:|---:|
| Unknown | $ | 704.00 | $ 189.67 |
| **99025** | $ | **400.00** | $ **-** |
| Unknown | $ | 400.00 | $ - |
| **99091** | $ | **640.00** | $ **-** |
| Unable to perform | $ | 640.00 | $ - |
| **A4556** | $ | **1,266.00** | $ **103.26** |
| Appears to be Valid | $ | 735.00 | $ 35.26 |
| Duplicate date of service | $ | 441.00 | $ 32.90 |
| Unknown | $ | 90.00 | $ 35.10 |
| **A9900** | $ | **7,455.00** | $ **1,016.63** |
| Appears to be Valid | $ | 225.00 | $ 30.00 |
| Duplicate date of service | $ | 1,385.00 | $ 475.50 |
| Unknown | $ | 5,845.00 | $ 511.13 |
| **IHC Health Solutions** | $ | **8,980.00** | $ **1,666.11** |
| **93226** | $ | **975.00** | $ **-** |
| Appears to be Valid | $ | 975.00 | $ - |
| **93232** | $ | **1,735.00** | $ **427.87** |
| Appears to be Valid | $ | 885.00 | $ 45.37 |
| Duplicate date of service | $ | 850.00 | $ 382.50 |
| **93799** | $ | **1,860.00** | $ **45.37** |
| Appears to be Valid | $ | 1,860.00 | $ 45.37 |
| **95827** | $ | **975.00** | $ **-** |
| Unable to perform | $ | 975.00 | $ - |
| **95921** | $ | **850.00** | $ **382.50** |
| Duplicate date of service | $ | 850.00 | $ 382.50 |
| **95999** | $ | **885.00** | $ **45.37** |
| Unable to perform | $ | 885.00 | $ 45.37 |
| **A4556** | $ | **850.00** | $ **382.50** |
| Duplicate date of service | $ | 850.00 | $ 382.50 |
| **A9900** | $ | **850.00** | $ **382.50** |
| Duplicate date of service | $ | 850.00 | $ 382.50 |
| **Independence Blue Cross** | $ | **186,588.00** | $ **83,388.42** |
| **93025** | $ | **17,350.00** | $ **9,786.16** |
| Unable to perform | $ | 17,350.00 | $ 9,786.16 |
| **93226** | $ | **7,300.00** | $ **2,728.85** |
| Appears to be Valid | $ | 4,010.00 | $ 1,703.74 |
| Duplicate date of service | $ | 3,290.00 | $ 1,025.11 |
| **93229** | $ | **7,835.00** | $ **5,007.75** |
| Unable to perform | $ | 7,835.00 | $ 5,007.75 |
| **93232** | $ | **22,135.00** | $ **7,831.13** |
| Appears to be Valid | $ | 8,645.00 | $ 2,296.91 |
| Duplicate date of service | $ | 13,265.00 | $ 5,434.36 |
| Unknown | $ | 225.00 | $ 99.86 |
| **93271** | $ | **27,521.00** | $ **14,809.94** |
| Unable to perform | $ | 27,521.00 | $ 14,809.94 |
| **93278** | $ | **1,275.00** | $ **301.55** |
| Duplicate date of service | $ | 885.00 | $ 200.46 |

| | | | | |
|---|---|---|---|---|
| Unknown | $ | 390.00 | $ | 101.09 |
| **93799** | **$** | **20,200.00** | **$** | **4,065.50** |
| Appears to be Valid | $ | 17,135.00 | $ | 3,350.75 |
| Duplicate date of service | $ | 2,740.00 | $ | 639.75 |
| Unknown | $ | 325.00 | $ | 75.00 |
| **95806** | **$** | **5,945.00** | **$** | **1,388.52** |
| Unable to perform | $ | 5,945.00 | $ | 1,388.52 |
| **95827** | **$** | **63,450.00** | **$** | **34,235.43** |
| Duplicate date of service | $ | 800.00 | $ | 346.54 |
| Unable to perform | $ | 62,650.00 | $ | 33,888.89 |
| **95921** | **$** | **12,772.00** | **$** | **3,058.99** |
| Duplicate date of service | $ | 12,027.00 | $ | 2,901.76 |
| Unknown | $ | 745.00 | $ | 157.23 |
| **99000** | **$** | **805.00** | **$** | **174.60** |
| Appears to be Valid | $ | 341.00 | $ | 100.56 |
| Duplicate date of service | $ | 464.00 | $ | 74.04 |
| **Independent Health** | **$** | **237,068.00** | **$** | **161,428.50** |
| **93025** | **$** | **29,847.00** | **$** | **21,696.81** |
| Unable to perform | $ | 29,847.00 | $ | 21,696.81 |
| **93226** | **$** | **15,555.00** | **$** | **6,171.35** |
| Appears to be Valid | $ | 6,600.00 | $ | 2,743.34 |
| Duplicate date of service | $ | 8,955.00 | $ | 3,428.01 |
| **93229** | **$** | **2,000.00** | **$** | **1,825.00** |
| Unable to perform | $ | 2,000.00 | $ | 1,825.00 |
| **93232** | **$** | **37,545.00** | **$** | **17,324.31** |
| Appears to be Valid | $ | 15,750.00 | $ | 6,613.06 |
| Duplicate date of service | $ | 21,795.00 | $ | 10,711.25 |
| **93271** | **$** | **51,724.00** | **$** | **32,590.42** |
| Unable to perform | $ | 51,724.00 | $ | 32,590.42 |
| **93278** | **$** | **1,215.00** | **$** | **307.09** |
| Duplicate date of service | $ | 695.00 | $ | 216.12 |
| Unknown | $ | 520.00 | $ | 90.97 |
| **93799** | **$** | **10,445.00** | **$** | **8,392.76** |
| Appears to be Valid | $ | 9,405.00 | $ | 7,494.25 |
| Duplicate date of service | $ | 1,040.00 | $ | 898.51 |
| **95806** | **$** | **8,250.00** | **$** | **3,000.63** |
| Unable to perform | $ | 8,250.00 | $ | 3,000.63 |
| **95816** | **$** | **400.00** | **$** | **-** |
| Unable to perform | $ | 400.00 | $ | - |
| **95827** | **$** | **65,150.00** | **$** | **64,787.64** |
| Unable to perform | $ | 65,150.00 | $ | 64,787.64 |
| **95921** | **$** | **9,690.00** | **$** | **5,158.03** |
| Duplicate date of service | $ | 7,105.00 | $ | 3,968.82 |
| Unknown | $ | 2,585.00 | $ | 1,189.21 |
| **95999** | **$** | **3,825.00** | **$** | **-** |
| Unable to perform | $ | 3,825.00 | $ | - |
| **99000** | **$** | **682.00** | **$** | **-** |

| | | |
|---|---:|---:|
| Appears to be Valid | $ 465.00 | $ - |
| Duplicate date of service | $ 31.00 | $ - |
| Unknown | $ 186.00 | $ - |
| **99232** | **$ 400.00** | **$ 138.46** |
| Duplicate date of service | $ 400.00 | $ 138.46 |
| **A4556** | **$ 90.00** | **$ 36.00** |
| Duplicate date of service | $ 9.00 | $ 9.00 |
| Unknown | $ 81.00 | $ 27.00 |
| **A9900** | **$ 250.00** | **$ -** |
| Duplicate date of service | $ 50.00 | $ - |
| Unknown | $ 200.00 | $ - |
| **Kaiser Permanente** | **$ 19,501.00** | **$ 11,302.93** |
| **93025** | **$ 1,195.00** | **$ 800.00** |
| Unable to perform | $ 1,195.00 | $ 800.00 |
| **93226** | **$ 425.00** | **$ 130.70** |
| Appears to be Valid | $ 425.00 | $ 130.70 |
| **93232** | **$ 3,200.00** | **$ 1,155.65** |
| Appears to be Valid | $ 1,200.00 | $ 325.80 |
| Duplicate date of service | $ 2,000.00 | $ 829.85 |
| **93271** | **$ 9,271.00** | **$ 5,553.29** |
| Unable to perform | $ 9,271.00 | $ 5,553.29 |
| **93799** | **$ 1,170.00** | **$ 945.00** |
| Appears to be Valid | $ 1,170.00 | $ 945.00 |
| **95827** | **$ 2,250.00** | **$ 1,295.00** |
| Unable to perform | $ 2,250.00 | $ 1,295.00 |
| **95921** | **$ 350.00** | **$ 99.15** |
| Duplicate date of service | $ 350.00 | $ 99.15 |
| **95999** | **$ 1,200.00** | **$ 1,200.00** |
| Unable to perform | $ 1,200.00 | $ 1,200.00 |
| **99000** | **$ 338.00** | **$ 40.14** |
| Appears to be Valid | $ 31.00 | $ - |
| Duplicate date of service | $ 155.00 | $ 40.14 |
| Unknown | $ 152.00 | $ - |
| **A4556** | **$ 27.00** | **$ 9.00** |
| Duplicate date of service | $ 27.00 | $ 9.00 |
| **A9900** | **$ 75.00** | **$ 75.00** |
| Duplicate date of service | $ 75.00 | $ 75.00 |
| **Premera Blue Cross** | **$ 28,030.00** | **$ 8,343.73** |
| **93025** | **$ 395.00** | **$ -** |
| Unable to perform | $ 395.00 | $ - |
| **93226** | **$ 2,385.00** | **$ 542.32** |
| Appears to be Valid | $ 1,790.00 | $ 411.12 |
| Duplicate date of service | $ 595.00 | $ 131.20 |
| **93229** | **$ 7,145.00** | **$ 1,741.75** |
| Unable to perform | $ 7,145.00 | $ 1,741.75 |
| **93271** | **$ 5,430.00** | **$ 2,123.83** |
| Unable to perform | $ 5,430.00 | $ 2,123.83 |

| | | | |
|---|---:|---|---:|
| **93278** | **$ 390.00** | **$** | **100.05** |
| Duplicate date of service | $ 390.00 | $ | 100.05 |
| **93799** | **$ 2,145.00** | **$** | **466.50** |
| Appears to be Valid | $ 2,145.00 | $ | 466.50 |
| **95806** | **$ 2,275.00** | **$** | **1,061.76** |
| Unable to perform | $ 2,275.00 | $ | 1,061.76 |
| **95827** | **$ 5,525.00** | **$** | **2,075.94** |
| Unable to perform | $ 5,525.00 | $ | 2,075.94 |
| **95921** | **$ 2,340.00** | **$** | **231.58** |
| Duplicate date of service | $ 1,365.00 | $ | 173.68 |
| Unknown | $ 975.00 | $ | 57.90 |
| **Tricare** | **$ 289,901.00** | **$** | **112,230.68** |
| **92025** | **$ 400.00** | **$** | **16.78** |
| Unable to perform | $ 400.00 | $ | 16.78 |
| **93025** | **$ 76,101.00** | **$** | **39,019.76** |
| Unable to perform | $ 76,101.00 | $ | 39,019.76 |
| **93226** | **$ 18,783.00** | **$** | **3,529.41** |
| Appears to be Valid | $ 13,815.00 | $ | 2,425.58 |
| Duplicate date of service | $ 4,968.00 | $ | 1,103.83 |
| **93229** | **$ 60,920.00** | **$** | **27,823.61** |
| Unable to perform | $ 60,920.00 | $ | 27,823.61 |
| **93232** | **$ 19,935.00** | **$** | **3,037.54** |
| Appears to be Valid | $ 15,935.00 | $ | 2,224.06 |
| Duplicate date of service | $ 4,000.00 | $ | 813.48 |
| **93271** | **$ 52,110.00** | **$** | **17,402.68** |
| Unable to perform | $ 52,110.00 | $ | 17,402.68 |
| **93278** | **$ 5,030.00** | **$** | **42.15** |
| Duplicate date of service | $ 820.00 | $ | 42.15 |
| Unknown | $ 4,210.00 | $ | - |
| **93799** | **$ 3,205.00** | **$** | **454.75** |
| Appears to be Valid | $ 3,205.00 | $ | 454.75 |
| **95806** | **$ 9,435.00** | **$** | **803.19** |
| Unable to perform | $ 9,435.00 | $ | 803.19 |
| **95827** | **$ 40,725.00** | **$** | **19,700.52** |
| Unable to perform | $ 40,725.00 | $ | 19,700.52 |
| **95921** | **$ 2,220.00** | **$** | **200.32** |
| Duplicate date of service | $ 450.00 | $ | 93.66 |
| Unknown | $ 1,770.00 | $ | 106.66 |
| **99000** | **$ 842.00** | **$** | **127.74** |
| Appears to be Valid | $ 766.00 | $ | 115.44 |
| Duplicate date of service | $ 76.00 | $ | 12.30 |
| **99232** | **$ 195.00** | **$** | **72.23** |
| Unknown | $ 195.00 | $ | 72.23 |
| **United Health Group** | **$ 3,631,111.68** | **$** | **1,314,383.06** |
| **31799** | **$ 155.00** | **$** | **-** |
| Unknown | $ 155.00 | $ | - |
| **92921** | **$ 195.00** | **$** | **-** |

| | | |
|---|---:|---:|
| Unable to perform | $ 195.00 | $ - |
| **93025** | **$ 383,296.12** | **$ 118,167.46** |
| Unable to perform | $ 383,296.12 | $ 118,167.46 |
| **93224** | **$ 520.00** | **$ 97.50** |
| Duplicate date of service | $ 195.00 | $ 97.50 |
| Unknown | $ 325.00 | $ - |
| **93225** | **$ 195.00** | **$ 107.25** |
| Unknown | $ 195.00 | $ 107.25 |
| **93226** | **$ 272,100.87** | **$ 96,086.34** |
| Appears to be Valid | $ 138,230.01 | $ 48,994.95 |
| Duplicate date of service | $ 133,070.86 | $ 47,004.31 |
| Unknown | $ 800.00 | $ 87.08 |
| **93229** | **$ 152,015.00** | **$ 55,409.18** |
| Unable to perform | $ 152,015.00 | $ 55,409.18 |
| **93230** | **$ 1,200.00** | **$ 465.00** |
| Appears to be Valid | $ 400.00 | $ 105.00 |
| Unknown | $ 800.00 | $ 360.00 |
| **93231** | **$ 695.00** | **$ 87.50** |
| Unknown | $ 695.00 | $ 87.50 |
| **93232** | **$ 417,307.85** | **$ 157,772.81** |
| Appears to be Valid | $ 200,998.05 | $ 66,637.10 |
| Duplicate date of service | $ 204,973.85 | $ 91,024.76 |
| Unknown | $ 11,335.95 | $ 110.95 |
| **93270** | **$ 3,320.00** | **$ 184.00** |
| Unknown | $ 3,320.00 | $ 184.00 |
| **93271** | **$ 878,012.59** | **$ 287,923.44** |
| Unable to perform | $ 878,012.59 | $ 287,923.44 |
| **93278** | **$ 26,450.00** | **$ 9,034.55** |
| Unknown | $ 26,450.00 | $ 9,034.55 |
| **93527** | **$ 890.00** | **$ 100.00** |
| Unable to perform | $ 890.00 | $ 100.00 |
| **93790** | **$ 995.00** | **$ -** |
| Unknown | $ 995.00 | $ - |
| **93799** | **$ 269,077.74** | **$ 45,245.36** |
| Appears to be Valid | $ 229,760.06 | $ 38,662.19 |
| Duplicate date of service | $ 37,284.73 | $ 6,295.20 |
| Unknown | $ 2,032.95 | $ 287.97 |
| **95806** | **$ 142,380.00** | **$ 48,640.25** |
| Unable to perform | $ 142,380.00 | $ 48,640.25 |
| **95810** | **$ 255.00** | **$ 255.00** |
| Unknown | $ 255.00 | $ 255.00 |
| **95827** | **$ 826,377.00** | **$ 426,455.16** |
| Unable to perform | $ 826,377.00 | $ 426,455.16 |
| **95921** | **$ 164,474.26** | **$ 57,493.50** |
| Unknown | $ 164,474.26 | $ 57,493.50 |
| **95951** | **$ 195.00** | **$ -** |
| Unable to perform | $ 195.00 | $ - |

| | | | | |
|---|---|---|---|---|
| **95999** | $ | **58,925.00** | $ | **5,297.83** |
| Unable to perform | $ | 58,925.00 | $ | 5,297.83 |
| **99000** | $ | **17,147.24** | $ | **1,329.54** |
| Appears to be Valid | $ | 7,006.00 | $ | 314.60 |
| Duplicate date of service | $ | 8,826.44 | $ | 644.14 |
| Unknown | $ | 1,314.80 | $ | 370.80 |
| **99070** | $ | **0.01** | $ | **-** |
| Appears to be Valid | $ | 0.01 | $ | - |
| **99090** | $ | **155.00** | $ | **-** |
| Unknown | $ | 155.00 | $ | - |
| **99091** | $ | **575.00** | $ | **-** |
| Unable to perform | $ | 575.00 | $ | - |
| **99199** | $ | **1,025.00** | $ | **-** |
| Unknown | $ | 1,025.00 | $ | - |
| **99204** | $ | **99.00** | $ | **-** |
| Unknown | $ | 99.00 | $ | - |
| **A4556** | $ | **1,814.00** | $ | **390.64** |
| Appears to be Valid | $ | 768.00 | $ | 151.12 |
| Duplicate date of service | $ | 698.00 | $ | 214.03 |
| Unknown | $ | 348.00 | $ | 25.49 |
| **A9900** | $ | **11,265.00** | $ | **3,840.75** |
| Appears to be Valid | $ | 275.00 | $ | 108.38 |
| Duplicate date of service | $ | 4,870.00 | $ | 1,537.44 |
| Unknown | $ | 6,120.00 | $ | 2,194.93 |
| **Wellcare** | $ | **14,285.00** | $ | **6,231.34** |
| **93025** | $ | **1,625.00** | $ | **948.44** |
| Unable to perform | $ | 1,625.00 | $ | 948.44 |
| **93226** | $ | **945.00** | $ | **117.81** |
| Appears to be Valid | $ | 620.00 | $ | 92.30 |
| Duplicate date of service | $ | 325.00 | $ | 25.51 |
| **93232** | $ | **2,900.00** | $ | **283.62** |
| Appears to be Valid | $ | 1,925.00 | $ | 175.15 |
| Duplicate date of service | $ | 975.00 | $ | 108.47 |
| **93271** | $ | **2,780.00** | $ | **700.70** |
| Unable to perform | $ | 2,780.00 | $ | 700.70 |
| **93799** | $ | **1,095.00** | $ | **-** |
| Appears to be Valid | $ | 1,095.00 | $ | - |
| **95806** | $ | **395.00** | $ | **175.15** |
| Unable to perform | $ | 395.00 | $ | 175.15 |
| **95827** | $ | **4,350.00** | $ | **3,932.28** |
| Unable to perform | $ | 4,350.00 | $ | 3,932.28 |
| **95921** | $ | **195.00** | $ | **73.34** |
| Unknown | $ | 195.00 | $ | 73.34 |
| **XL Health** | $ | **15,858.50** | $ | **8,139.29** |
| **93025** | $ | **1,620.00** | $ | **910.43** |
| Unable to perform | $ | 1,620.00 | $ | 910.43 |
| **93226** | $ | **980.00** | $ | **223.37** |

| | | | | |
|---|---|---:|---|---:|
| | Appears to be Valid | $ | 880.00 | $ | 190.89 |
| | Duplicate date of service | $ | 100.00 | $ | 32.48 |
| **93232** | | $ | **2,425.00** | $ | **553.09** |
| | Appears to be Valid | $ | 305.00 | $ | 110.62 |
| | Duplicate date of service | $ | 2,120.00 | $ | 442.47 |
| **93271** | | $ | **1,727.50** | $ | **425.68** |
| | Unable to perform | $ | 1,727.50 | $ | 425.68 |
| **93799** | | $ | **2,110.00** | $ | **1,140.25** |
| | Appears to be Valid | $ | 1,330.00 | $ | 852.20 |
| | Duplicate date of service | $ | 780.00 | $ | 288.05 |
| **95827** | | $ | **6,275.00** | $ | **4,679.20** |
| | Unable to perform | $ | 6,275.00 | $ | 4,679.20 |
| **95921** | | $ | **645.00** | $ | **207.27** |
| | Unknown | $ | 645.00 | $ | 207.27 |
| **99000** | | $ | **76.00** | $ | **-** |
| | Duplicate date of service | $ | 76.00 | $ | - |
| **Grand Total** | | $ | **10,316,506.93** | $ | **3,504,675.17** |

Holter Labs, LLC and Holter Labs, Inc
All claims received by 10/21/2016

| Row Labels | Values Sum of BILLED AMT | Sum of PAID AMT |
|---|---|---|
| **Appears to be Valid** | **$ 1,578,367.28** | **$ 399,250.32** |
| **93226** | **$ 445,678.93** | **$ 113,260.68** |
| ECG MONIT/REPRT UP TO 48 HRS | $ 87,515.00 | $ 16,267.01 |
| ECG MONITOR/REPORT UP TO 48 HRS | $ 358,163.93 | $ 96,993.67 |
| **93230** | **$ 400.00** | **$ 105.00** |
| ECG MONITOR/REPORT, 24 HRS | $ 400.00 | $ 105.00 |
| **93232** | **$ 530,825.08** | **$ 161,964.95** |
| ECG MONITOR/REPORT, 24 HRS | $ 530,825.08 | $ 161,964.95 |
| **93235** | **$ 1,585.00** | **$ 729.00** |
| WR ECG 24 HR FULL-SIZE TRCG W/MNTR/A/PHYS R&I | $ 1,585.00 | $ 729.00 |
| **93799** | **$ 576,203.26** | **$ 120,280.52** |
| CARDIOVASCULAR PROCEDURE | $ 576,203.26 | $ 120,280.52 |
| **99000** | **$ 21,672.00** | **$ 2,585.41** |
| SPECIMEN HANDLING OFFICE-LAB | $ 21,672.00 | $ 2,585.41 |
| **99070** | **$ 0.01** | **$ -** |
| SPECIAL SUPPLIES | $ 0.01 | $ - |
| **A4556** | **$ 1,503.00** | **$ 186.38** |
| ELECTRODES (E.G., APNEA MONITOR), PER PAIR | $ 1,503.00 | $ 186.38 |
| **A9900** | **$ 500.00** | **$ 138.38** |
| MISC DME SUPPLY, ACCESSORY, AND/OR SERVICE COMPONENT OF ANOTHER HCPCS CODE | $ 500.00 | $ 138.38 |
| **Duplicate date of service** | **$ 1,079,433.86** | **$ 369,883.36** |
| **93224** | **$ 195.00** | **$ 97.50** |
| ECG MONITOR/REPORT, 24 HRS | $ 195.00 | $ 97.50 |
| **93226** | **$ 297,808.86** | **$ 90,669.54** |
| ECG MONIT/REPRT UP TO 48 HRS | $ 47,595.00 | $ 10,687.83 |
| ECG MONITOR/REPORT UP TO 48 HRS | $ 250,213.86 | $ 79,981.71 |
| **93232** | **$ 521,796.80** | **$ 211,594.18** |
| ECG MONITOR/REPORT, 24 HRS | $ 521,796.80 | $ 211,594.18 |
| **93236** | **$ 790.00** | **$ 224.00** |
| (blank) | $ 790.00 | $ 224.00 |
| **93278** | **$ 14,205.00** | **$ 1,541.67** |
| SIGNAL-AVERAGED ECG | $ 14,205.00 | $ 1,541.67 |
| **93799** | **$ 80,914.73** | **$ 19,435.17** |
| CARDIOVASCULAR PROCEDURE | $ 80,914.73 | $ 19,435.17 |
| **95827** | **$ 800.00** | **$ 346.54** |
| NIGHT EEG | $ 800.00 | $ 346.54 |
| **95921** | **$ 137,458.03** | **$ 41,141.23** |
| AUTONOMIC NERVE FUNCT TEST | $ 137,458.03 | $ 41,141.23 |
| **95927** | **$ 195.00** | **$ -** |
| SHORT-LATENCY SOMATOSENSORY EVOKED POTENTIAL STUDY, STIMULATION OF ANY/ALL PERIPHERAL NERVES OR SH | $ 195.00 | $ - |
| **99000** | **$ 13,233.44** | **$ 1,364.39** |
| SPECIMEN HANDLING OFFICE-LAB | $ 13,233.44 | $ 1,364.39 |
| **99199** | **$ 1,324.00** | **$ -** |
| SPECIAL SERVICE/PROC/REPORT | $ 1,324.00 | $ - |
| **99232** | **$ 400.00** | **$ 138.46** |
| SUBSEQUENT HOSPITAL CARE | $ 400.00 | $ 138.46 |
| **A4556** | **$ 2,163.00** | **$ 691.74** |
| ELECTRODES (E.G., APNEA MONITOR), PER PAIR | $ 2,163.00 | $ 691.74 |
| **A9900** | **$ 8,150.00** | **$ 2,638.94** |
| MISC DME SUPPLY, ACCESSORY, AND/OR SERVICE COMPONENT OF ANOTHER HCPCS CODE | $ 8,150.00 | $ 2,638.94 |
| **Unable to perform** | **$ 7,369,392.69** | **$ 2,655,446.11** |
| **92025** | **$ 400.00** | **$ 16.78** |
| CORNEAL TOPOGRAPHY | $ 400.00 | $ 16.78 |
| **92921** | **$ 195.00** | **$ -** |
| PRQ TRLUML CORONARY ANGIOPLASTY ADDL BRANCH | $ 195.00 | $ - |
| **93025** | **$ 1,106,777.76** | **$ 314,153.63** |
| MICROVOLT T-WAVE ASSESS | $ 1,106,777.76 | $ 314,153.63 |
| **93229** | **$ 507,566.34** | **$ 169,377.37** |
| REMOTE 30 DAY ECG TECH SUPP | $ 507,566.34 | $ 169,377.37 |

| Code / Description | | |
|---|---|---|
| 93271 | $ 2,433,168.59 | $ 795,016.31 |
| XTRNL PT ACTIVATED ECG REC DWNLD 30 DAYS | $ 2,433,168.59 | $ 795,016.31 |
| 93527 | $ 890.00 | $ 100.00 |
| RT & LT HEART CATHETERS | $ 890.00 | $ 100.00 |
| 95805 | $ 61,825.00 | $ 13,645.28 |
| MULTIPLE SLEEP LATENCY/TEST, RECRD, ANALYSIS DURING MULTIPLE TRIALS | $ 61,825.00 | $ 13,645.28 |
| 95806 | $ 439,670.00 | $ 121,775.89 |
| SLEEP STUDY UNATT&RESP EFFT | $ 439,670.00 | $ 121,775.89 |
| 95812 | $ 400.00 | $ - |
| EEG EXTENDED MONITORING; 41-60 MINUTES | $ 400.00 | $ - |
| 95816 | $ 795.00 | $ 204.38 |
| EEG; INCLUDING RECORDING AWAKE AND DROWSY | $ 795.00 | $ 204.38 |
| 95824 | $ 400.00 | $ - |
| (blank) | $ 400.00 | $ - |
| 95827 | $ 2,712,914.00 | $ 1,230,445.63 |
| NIGHT EEG | $ 2,712,914.00 | $ 1,230,445.63 |
| 95951 | $ 195.00 | $ - |
| EEG MONITORING/VIDEORECORD | $ 195.00 | $ - |
| 95999 | $ 102,981.00 | $ 10,710.84 |
| NEUROLOGICAL OR NEUROMUSCULAR DIAGNOSTIC PROCEDURE | $ 102,981.00 | $ 10,710.84 |
| 99091 | $ 1,215.00 | $ - |
| COLLECT/REVIEW DATA FROM PATIENT | $ 1,215.00 | $ - |
| **Unknown** | $ 289,313.10 | $ 80,095.37 |
| 31799 | $ 155.00 | $ - |
| 31799 | $ 155.00 | $ - |
| 33271 | $ 695.00 | $ 309.60 |
| (blank) | $ 695.00 | $ 309.60 |
| 92921 | $ 195.00 | $ 53.62 |
| PRQ CARDIAC ANGIO ADDL ART | $ 195.00 | $ 53.62 |
| 93224 | $ 325.00 | $ - |
| ECG MONITOR/REPORT, 24 HRS | $ 325.00 | $ - |
| 93225 | $ 195.00 | $ 107.25 |
| ECG MONITOR/RECORD, 24 HRS | $ 195.00 | $ 107.25 |
| 93226 | $ 800.00 | $ 87.08 |
| ECG MONITOR/REPORT UP TO 48 HRS | $ 800.00 | $ 87.08 |
| 93230 | $ 800.00 | $ 360.00 |
| ECG MONITOR/REPORT, 24 HRS | $ 800.00 | $ 360.00 |
| 93231 | $ 1,095.00 | $ 87.50 |
| ECG MONITOR/RECORD, 24 HRS | $ 1,095.00 | $ 87.50 |
| 93232 | $ 11,160.95 | $ 210.81 |
| ECG MONITOR/REPORT, 24 HRS | $ 11,160.95 | $ 210.81 |
| 93235 | $ 355.00 | $ 355.00 |
| WR ECG 24 HR FULL-SIZE TRCG W/MNTR/A/PHYS R&I | $ 355.00 | $ 355.00 |
| 93270 | $ 3,320.00 | $ 184.00 |
| ECG RECORDING | $ 3,320.00 | $ 184.00 |
| 93278 | $ 49,754.14 | $ 10,028.23 |
| SIGNAL-AVERAGED ECG | $ 49,754.14 | $ 10,028.23 |
| 93325 | $ 325.00 | $ - |
| DOPPLER ECHOCARDIOGRAPHY COLOR FLOW VELOCITY MAPPING (LIST SEPARATELY IN ADDITION TO CODES FOR ECH | $ 325.00 | $ - |
| 93790 | $ 1,180.00 | $ - |
| REVIEW/REPORT BP RECORDING | $ 1,180.00 | $ - |
| 93797 | $ 355.00 | $ 75.00 |
| (blank) | $ 355.00 | $ 75.00 |
| 93799 | $ 2,357.95 | $ 362.97 |
| CARDIOVASCULAR PROCEDURE | $ 2,357.95 | $ 362.97 |
| 95810 | $ 255.00 | $ 255.00 |
| POLYSOMNOGRAPHY, 4 OR MORE | $ 255.00 | $ 255.00 |
| 95921 | $ 197,804.26 | $ 64,119.78 |
| AUTONOMIC NERVE FUNCT TEST | $ 197,804.26 | $ 64,119.78 |
| 95927 | $ 155.00 | $ - |
| SHORT-LATENCY SOMATOSENSORY EVOKED POTENTIAL STUDY, STIMULATION OF ANY/ALL PERIPHERAL NERVES OR SK | $ 155.00 | $ - |
| 99000 | $ 2,925.80 | $ 633.65 |
| SPECIMEN HANDLING OFFICE-LAB | $ 2,925.80 | $ 633.65 |

| | | |
|---|---|---|
| **99025** | **$ 400.00** | **$ -** |
| INIT VISIT WHEN (*) SURG PROC = MAJ SRVC @ VISIT | $ 400.00 | $ - |
| **99090** | **$ 155.00** | **$ -** |
| COMPUTER DATA ANALYSIS | $ 155.00 | $ - |
| **99199** | **$ 1,163.00** | **$ -** |
| SPECIAL SERVICE/PROC/REPORT | $ 1,163.00 | $ - |
| **99204** | **$ 99.00** | **$ -** |
| OFFICE/OUTPATIENT VISIT, NEW | $ 99.00 | $ - |
| **99232** | **$ 195.00** | **$ 72.23** |
| SUBSEQUENT HOSPITAL CARE | $ 195.00 | $ 72.23 |
| **99499** | **$ 100.00** | **$ -** |
| (blank) | $ 100.00 | $ - |
| **A4556** | **$ 528.00** | **$ 87.59** |
| ELECTRODES (E.G., APNEA MONITOR), PER PAIR | $ 303.00 | $ 87.59 |
| MISC DME SUPPLY, ACCESSORY, AND/OR SERVICE COMPONENT OF ANOTHER HCPCS CODE | $ 225.00 | $ - |
| **A9900** | **$ 12,240.00** | **$ 2,706.06** |
| MISC DME SUPPLY, ACCESSORY, AND/OR SERVICE COMPONENT OF ANOTHER HCPCS CODE | $ 12,240.00 | $ 2,706.06 |
| **A9999** | **$ 225.00** | **$ -** |
| MISC DME SUPPLY | $ 225.00 | $ - |
| **Grand Total** | **$ 10,316,506.93** | **$ 3,504,675.17** |

Holter Labs, LLC and Holter Labs, Inc
All claims received by 10/21/2016

|  | BILLED AMT | PAID AMT |
|---|---|---|
| **Appears to Be Valid** | $  1,544,646.28 | $   394,030.49 |
| **Duplicate Date of Service** | $  1,069,119.86 | $   367,817.94 |
| **Unable to Perform** | $  7,129,701.69 | $ 2,550,679.57 |
| **Unknown** | $     283,138.10 | $     79,916.48 |
| **Grand Total** | $ 10,316,506.93 | $ 3,504,675.17 |