```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                              6/13/2025

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY: _____kss_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: __Kamilla Sali-Suleyman Kogosov__      Date: __June 12, 2025__
                       Deputy Clerk

**SUBJECT:** <u>REQUEST FOR CALENDAR DATE</u>

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Michael Mirando | 2:16-CR-00215-PA-1 | 79980-065 |

| DATE IN LOCAL CUSTODY: N/A | DEFENSE ATTORNEY* JOSHUA D. WEISS |
| | TELEPHONE NO.: 213-894-3287 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on _____, at _____. A citation will be issued to the offender

Interpreter Needed?  ☐ Yes   ☒ No       Language Type: _____

SHAMECE SMALL, 310-431-1163                 REGINALD BROWN, 310-215-2391
U. S. PROBATION OFFICER                     SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*   Orig. To Clerk's Office      *Copies to:*   U. S. Attorney (Chief, Criminal Division)
                                                                   Federal Public Defender (Chief Deputy)

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Percy Anderson, United States District Judge on __6/16/2025__ at __1:30__ a.m./p.m. in Courtroom No. __9A__.

CLERK, U. S. DISTRICT COURT

Date __6/13/2025__           By __/s/ K. Sali-Suleyman__
                                     Deputy Clerk

*Routing on Notice by Clerk:*   Original -   Court File                                              [X]
                                cc:          U. S. Probation & Pretrial Services Office              [X]
                                             U. S. Attorney, Attn: Chief, Criminal Division          [X]
                                             Defense Attorney                                        [X]
                                             Federal Public Defender, Attn: Chief Deputy             [X]
                                             U. S. Marshal (Warrant Cases only)                      ☐
                                             Interpreter Section, Clerk's Office (When needed)       ☐

SUP 216
1/10/07